# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>  Defendants. | Case No. 3:24-cv-00012-JCH<br><br>January 9, 2025 |

## JOINT STATUS REPORT

Plaintiffs Federal Trade Commission ("FTC") and State of Connecticut ("State") and Defendants Chase Nissan LLC, also d/b/a Manchester City Nissan ("MCN"), Patrick Dibre, Refaat Soboh, Michael Hamadi, Aiham Alkhatib, Matthew Chmielinski, and Fred Mojica respectfully file this Joint Status Report.

Defendant Dibre intends to disclose his net worth. Should that occur, the State's Motion to Compel (Dkt No. 122) will be resolved.

As for the Defendants' Motion to Compel (Dkt No. 117), Defendants raised some follow-up questions to the information and exhibits provided by Plaintiffs on January 3, 2025. Plaintiffs are considering whether to respond to the questions, but the parties are continuing to work through the issues. The parties request that the Court continue to hold pending Defendants' Motion to Compel until January 13, 2025, at which time the parties will submit a Joint Status Report updating the Court if the dispute has been resolved.

Respectfully submitted,

/s/ Samuel Jacobson

Samuel Jacobson (phv207659)
Edward Smith (phv207656)
Paul Mezan (phv207738)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 876-5590
Fax: (202) 326-3768
sjacobson@ftc.gov
esmith2@ftc.gov
pmezan@ftc.gov


Attorneys for Plaintiff
FEDERAL TRADE COMMISSION



/s/ Jonathan J. Blake
Jonathan J. Blake (Juris no. ct22321)
Michael Nunes (Juris no. ct31522)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: 860-808-5400
Fax: 808-808-5593
Jonathan.blake@ct.gov
Michael.nunes@ct.gov

Attorneys for Plaintiff
STATE OF CONNECTICUT

DEFENDANTS,
CHASE NISSAN LLC, PATRICK DIBRE,
REFAAT SOBOH, MICHAEL HAMADI,
MATTHEW CHMIELINSKI, AND FRED
MOJICA

By: */s/ Jonathan A. Kaplan*
Jonathan A. Kaplan (ct27126)
James T. Shearin (ct01326)
Meagan A. Cauda (ct31501)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone: 860-424-4379
jkaplan@pullcom.com
jtshearin@pullcom.com
mcauda@pullcom.com


DEFENDANT
AIHAM ALKHATIB

By: //s// Thomas J. Murphy (ct07959)
Thomas J. Murphy, Esq.
James J. Healy, Esq.
Allison D, White, Esq.
Cowdery, Murphy & Healy, LLC
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
Telephone: (860) 278-5555
tmurphy@cmandh.com
jhealy@cmandh.com
awhite@cmandh.com
- His Attorneys -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on January 7, 2025.

> By: */s/ Jonathan A. Kaplan*
> Jonathan A. Kaplan (ct27126)
> Pullman & Comley, LLC
> 90 State House Square
> Hartford, CT 06103
> Telephone: 860-424-4379
> jkaplan@pullcom.com