**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>      Plaintiffs,<br><br>      v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>      Defendants. | Case No. 3:24-cv-00012-JCH<br><br>January 14, 2025 |

## JOINT STATUS REPORT

Plaintiffs Federal Trade Commission ("FTC") and State of Connecticut ("State") and Defendants Chase Nissan LLC, also d/b/a Manchester City Nissan ("MCN"), Patrick Dibre, Refaat Soboh, Michael Hamadi, Aiham Alkhatib, Matthew Chmielinski, and Fred Mojica respectfully file this Joint Status Report.

Defendants raised some follow-up questions to the information and exhibits provided by Plaintiffs on January 3, 2025. On January 13, 2025, Plaintiffs provided a letter responding to Defendants' follow-up questions, and the Defendants are reviewing said responses to determine if there are any remaining items. The parties request that the Court continue to hold pending Defendants' Motion to Compel (Dkt No. 117) until January 17, 2025, at which time the parties will submit a Joint Status Report updating the Court if the dispute has been resolved.

Respectfully submitted,

/s/ Samuel Jacobson

Samuel Jacobson (phv207659)
Edward Smith (phv207656)
Paul Mezan (phv207738)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 876-5590
Fax: (202) 326-3768
sjacobson@ftc.gov
esmith2@ftc.gov
pmezan@ftc.gov


Attorneys for Plaintiff
FEDERAL TRADE COMMISSION



/s/ Jonathan J. Blake
Jonathan J. Blake (Juris no. ct22321)
Michael Nunes (Juris no. ct31522)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: 860-808-5400
Fax: 808-808-5593
Jonathan.blake@ct.gov
Michael.nunes@ct.gov

Attorneys for Plaintiff
STATE OF CONNECTICUT

        DEFENDANTS,
        CHASE NISSAN LLC, PATRICK DIBRE,
        REFAAT SOBOH, MICHAEL HAMADI,
        MATTHEW CHMIELINSKI, AND FRED
        MOJICA

By: */s/ Jonathan A. Kaplan*
    Jonathan A. Kaplan (ct27126)
    James T. Shearin (ct01326)
    Meagan A. Cauda (ct31501)
    Pullman & Comley, LLC
    90 State House Square
    Hartford, CT 06103
    Telephone: 860-424-4379
    jkaplan@pullcom.com
    jtshearin@pullcom.com
    mcauda@pullcom.com


        DEFENDANT
        AIHAM ALKHATIB

        By: //s// Thomas J. Murphy (ct07959)
        Thomas J. Murphy, Esq.
        James J. Healy, Esq.
        Allison D, White, Esq.
        Cowdery, Murphy & Healy, LLC
        280 Trumbull Street, 22nd Floor
        Hartford, CT 06103
        Telephone: (860) 278-5555
        tmurphy@cmandh.com
        jhealy@cmandh.com
        awhite@cmandh.com
        - His Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on January 14, 2025.

                                        By: */s/ Jonathan A. Kaplan*
                                            Jonathan A. Kaplan (ct27126)
                                            Pullman & Comley, LLC
                                            90 State House Square
                                            Hartford, CT 06103
                                            Telephone: 860-424-4379
                                            jkaplan@pullcom.com

ACTIVE/81253.4/JKAPLAN/20103520v2