# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and | Case No. 3:24-cv-00012-JCH |
| STATE OF CONNECTICUT, | The Honorable Janet C. Hall |
| Plaintiffs, | April 21, 2025 |
| v. | |
| CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*. | |
| Defendants. | |

**Plaintiffs' Joint Local Rule 56(a)1 Statement of Undisputed Material Facts**

**Table of Exhibits**

| Exhibit | Att. | Description |
| --- | --- | --- |
| PX01 | | Declaration of Ellen Acheampong |
| PX02 | | Declaration of Amy Beaudoin |
| PX03 | | Declaration of Cindy Liszka |
| PX04 | | Declaration of Donald Evans |
| PX05 | | Declaration of Benjamyn Frye |
| PX06 | | Declaration of Steven Heath |
| PX07 | | Declaration of Heidi Rodriguez |
| PX08 | | Declaration of Jefferson Barbabosa |
| PX09 | | Declaration of Jennifer Davis |
| PX10 | | Declaration of Jennifer Klucewicz |
| PX11 | | Declaration of Laura Sullivan |
| PX12 | | Declaration of Mark Michaud |
| PX13 | | Declaration of Matthew Messina |
| PX14 | | Declaration of Paige Simonds |
| PX15 | | Declaration of Walter Parker |
| PX16 | | Declaration of Yomarie Rodgriguez |
| PX17 | | Declaration of Yara Awad |
| PX18 | | Declaration of Elizabeth Brennan |
| PX19 | | Declaration of Sharon Stokland |
| PX20 | | Declaration of Oscar A. Lopez III |
| PX21 | | Declaration of Elizabeth Anne Miles |
| PX22 | | Expert Report of Beth Freeborn (Sept. 18, 2014) <br><br> Addendum to Expert Report of Beth Freeborn (Dec. 13, 2024) |

| | | |
|---|---|---|
| **PX23** | | Declaration of Kendra Freeman |
| | Att. A | Consumer Sentinel Complaints |
| | Att. B | Better Business Bureau Complaints |
| | Att. C1 | Documents Produced by MCN during Discovery |
| | Att. C2 | Chase Nissan, LLC's Responses and Objections to FTC's First Requests for Production of Documents (Apr. 17, 2024) |
| | | Chase Nissan, LLC's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (Sept. 9, 2024) |
| | | Chase Nissan, LLC's Responses and Objections to Plaintiffs' Third Set of Interrogatories (Nov. 7, 2024) |
| | | Patrick Dibre's Responses and Objections to Plaintiffs' Interrogatories (Feb. 20, 2025) |
| | | Brian Soboh's Responses and Objections to Plaintiffs' Interrogatories (Feb. 20, 2025) |
| | Att. D | FTC Civil Investigative Demand of Chase Nissan LLC (Apr. 12, 2022) |
| | | Chase Nissan's Response to the FTC's Civil Investigative Demand (June 22, 2022) |
| | Att. E | Documents Produced by FTC |
| | Att. F1 | Documents Produced by Cars.com |
| | Att. F2 | Documents Produced by Nissan Extended Services North America, G.P. |
| | Att. F3 | Documents Produced by Nissan North America, Inc. |
| | Att. G1 | Defendant Aiham Alkhatib's Answer and Affirmative Defenses (DE 31) |
| | | Answer and Affirmative Defenses of Defendants Chase Nissan, Patrick Dibre, Brian Soboh, Michael Hamadi, Matthew Chmielinski, and Fred Mojica (DE 32) |
| | Att. G2 | Chase Nissan, LLC's Certificate of Organization (July 31, 2017) |
| | | Chase Nissan, LLC Annual Report (Mar. 23, 2025) |
| | Att. G3 | Complaint, *Henck v. Chase Nissan, LLC*, No. 3:24-cv-00220-JAM (D. Conn. Feb. 20, 2024) |
| | | Complaint, *Gagnon v. Chase Nissan, LLC*, No. 3:22-cv-00365-VAB (Conn. Sup. Ct. Feb. 3, 2022) |
| | Att. G4 | Complaint, *Dibre v. Kinarbetri et al.*, No. LCV2018-1053170 (N.J. Superior Ct., Somerset County) (June 15, 2018) |
| **PX24** | | Declaration of Inez Diaz-Galloza |
| | Att. A | Complaints received by the Connecticut Attorney General's Office |

| | | |
|---|---|---|
| | | Declaration of Scott Madeo |
| PX25 | Att. A | Connecticut Department of Consumer Protection Civil Investigative Demand to Chase Nissan LLC (May 14, 2021)<br>Chase Nissan's Response to Connecticut Department of Consumer Protection Civil Investigative Demand (Sept. 29, 2021)<br>Letter from Patricia Marealle to Jonathan Kaplan (June 24, 2022) |
| PX26 | | Excerpted Pages from Transcript of Chase Nissan LLC Deposition |
| PX27 | | Excerpted Pages from Transcript of Patrick Dibre Deposition |
| PX28 | | Excerpted Pages from Transcript of Brian Soboh Deposition |
| PX29 | | Excerpted Pages from Transcript of Michael Hamadi Deposition |
| PX30 | | Excerpted Pages from Transcript of Aiham Alkhatib Deposition |
| PX31 | | Excerpted Pages from Transcript of Fred Mojica Deposition |
| PX32 | | Excerpted Pages from Transcript of Matthew Chmielinski Deposition |
| PX33 | | Excerpted Pages from Transcript of Malaak Hussein Deposition |
| PX34 | | Excerpted Pages from Transcript of Hannah Tapio Deposition |
| PX35 | | Excerpted Pages from Transcript of Sharon Stokland Deposition |
| PX36 | | Excerpted Pages from Transcript of Raymond Gesell Deposition |
| PX37 | | Excerpted Pages from Transcript of Ellen Acheampong Deposition |
| PX38 | | Excerpted Pages from Transcript of Amy Beaudoin Deposition |
| PX39 | | Excerpted Pages from Transcript of Cindy Liszka Deposition |
| PX40 | | Excerpted Pages from Transcript of Donald Evans Deposition |
| PX41 | | Excerpted Pages from Transcript of Heidi Rodriguez Deposition |
| PX42 | | Excerpted Pages from Transcript of Jefferson Barbabosa Deposition |
| PX43 | | Excerpted Pages from Transcript of Jennifer Davis Deposition |
| PX44 | | Excerpted Pages from Transcript of Jennifer Klucewicz Deposition |
| PX45 | Att. A | Excerpted Pages from Transcript of Laura Sullivan Deposition (Jan. 14, 2025) |
| | Att. B | Excerpted Pages from Transcript of Laura Sullivan Deposition (Jan. 17, 2025) |
| PX46 | | Excerpted Pages from Transcript of Mark Michaud Deposition |
| PX47 | | Intentionally left blank |
| PX48 | | Excerpted Pages from Transcript of Paige Simonds Deposition |

| PX49 | | Excerpted Pages from Transcript of Walter Parker Deposition |
|---|---|---|
| PX50 | | Excerpted Pages from Transcript of Yomarie Rodgriguez Deposition |
| PX51 | | Patrick Dibre's Responses and Objections to State of Connecticut's Second Set of Interrogatories and Requests for Production of Documents (Nov. 15, 2024) |

1.      Defendant Chase Nissan LLC, also dba Manchester City Nissan ("Chase Nissan" or "MCN"), was an automobile dealership in Manchester, Connecticut. PX23, Att. C2 (CN's Resp. to FTC Rog No. 12 (Nov. 7, 2024) at 8–9), Att. G1 (DE 32, Answer ¶ 8).

2.      ███████████████████████████████ ████████████████████████████████ ████████████████████████████████ ██████████████████████████ PX23, Att. C1 (MCN-002368 at 72, 94), Att. D (CN's Resp. to FTC CID (June 22, 2022) at 2), Att. E (FTC-PROD-0003305 at 15); PX27 (Dibre Tr. at 25:24–26:10, 26:7–10, 29:4–6, 30:11–25, 34:9–12, 35:10–11, 36:8–18).

3.      ███████████████████████████████ █████████████████████ PX23, Att. C2 (CN's Resp. to FTC Rog No. 12 (Nov. 7, 2024) at 8–9).

4.      ████████████████████████████ ████████████████████ PX23, Att. C1 (MCN-007653 at 55, MCN-007656 at 57, MCN-010579), Att. F1 (CARS00006, CARS00032, CARS00040, CARS00043); PX27 (Dibre Tr. at 25:7–17); PX51 (Dibre Resp. to State's Rog No. 1. (Nov. 15, 2024) at 9–10).

5.      ████████████████████████████ ████ PX23, Att. C1 (MCN-002368 at 75, 81, 92–94); PX27 (Dibre Tr. at 26:1–10, 30:11–25); PX51 (Dibre Resp. to State's Rog No. 1 (Nov. 15, 2024) at 9–10).

6.      ███████████████████████████████ █████████████████████████████ ████████████████████████████████

██████████████████████████████████████████████ PX23, Att. C1 (MCN-002443 at 65, MCN-103604 at 21, MCN-089605 at 06), Att. F2 (NESNA00001), Att. G2 (CN Cert. of Organization (July 31, 2017) at 2, CN Annual Report (Mar. 23, 2025) at 2–3); PX25, Att. A (CN Resp. to DCP CID (Sept. 29, 2021) at 10, 16); PX26 (CN Tr. at 15:15–19, 37:13–18, 39:3–4).

7. ████████████████████████████████████████████████████

███████ PX23, Att. C1 (MCN-082503), Att. D (CN Resp. to FTC Rog. No. 25 (June 22, 2022) at 11), Att. E (FTC-PROD-0037470 at 71); PX26 (CN Tr. at 15:13–15).

8. ████████████████████████████████████ PX28 (Soboh Tr. at 16:7–9).

9. ████████████████████████████████████████████
██████████████████████████████████████████████████████ PX23, Att. C2 (CN's Resp. to FTC's Rog No. 6 (Sept. 9, 2024) at 12), Att. E (FTC-PROD-0003305 at 10–11).

10. ████████████████████████████████ PX23, Att. G1 (DE 32, Answer ¶ 11); PX29 (Hamadi Tr. at 18:3–7).

11. ████████████████████████████████████████████████████

█████████████████ PX29 (Hamadi Tr. at 17:20–21, 18:22–19:6, 19:23–20:6).

12. Alkhatib was a finance manager of MCN. PX23, Att. G1 (DE 31, Alkhatib's Answer ¶ 12; DE 32, Answer ¶ 12).

13. ████████████████████████████████████████████
██████████████████████████████████████████████████████ PX30 (Alkhatib Tr. at 19:17–20:1, 31:1–33:3).

14. Chmielinski and Mojica were the sales managers of MCN. PX23, Att. G1 (DE 32, Answer ¶¶ 13, 14).

15. █████████████████████████████████████████████████████

2



██████████████████████████ PX32 (Chmielinski Tr. at 14:25–15:3, 16:7–18).

16. ███████████████████████████████████████████████████████

████████████████████████████████ PX23, Att. C2 (CN's Resp. to FTC Rog. No. 13 (Nov. 7, 2024) at 9); PX31 (Mojica Tr. at 19:9–24:3).

17.     MCN advertised and sold new, used, and CPO vehicles. PX21 (Miles ¶ 2.A); PX23, Att. G1 (DE 32, Answer ¶ 16).

18. ███████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████ PX23, Att. F3 (NNA00003 at 4–10), Att. G1 (DE 32, Answer ¶ 17); PX26 (CN Tr. at 55:7–17, 56:11–61:23).

19. ███████████████████████████████████████████

████████ PX23, Att. F3 (NNA00003 at 11–13), Att. G1 (DE 32, Answer ¶ 17); PX26 (CN Tr. at 62:2–23).

20. ███████████████████████████████████████████████████████

█████████ PX23, Att. F3 (NNA00003 at 11–13).

21. █████████████████████████████████████████

█████████████████████████████████████ PX23, Att. E (FTC-PROD-00000075 at 78).

22. ███████████████████████████████████████████████████████

████████████████████ PX21 (Miles ¶¶ 2.A, 3.A–C); PX23, Att. E (FTC-PROD-00001321, FTC-PROD-00001323, FTC-PROD-00001324, FTC-PROD-0050447 at 48), Att. G1 (DE 32, Answer ¶ 18); PX26 (CN Tr. at 63:19–23, 64:9–12, 65:21–66:6, 70:9–18; 71:20–73:2); PX43 (Davis Tr. at 44:15–45:12, 48:9–49:3).

23.    In certain advertisements, MCN described itself as the "#1 Factory Certified Nissan Dealer In New England." PX21 (Miles ¶ 5).

24.    ██████████████████████████████████

████████████████████████████████████████ PX19 (Stokland ¶ 8); PX21 (Miles ¶¶ 2.A, 3.A–C, 5); PX23, Att. C2 (CN Resp. to FTC Rog. 1 (Sept. 9, 2024) at 13), Att. E (FTC-PROD-00001323); PX26 (CN Tr. at 71:20–72:22); PX41 (H. Rodriguez Tr. at 78:10–16).

25.    ██████████████████████████████████

██████████████████████████████ PX23, Att. D (CN Resp. to FTC Rog Nos. 14, 16 (June 22, 2022) at 6–7), Att. E (FTC-PROD-0003400 at 03–04); PX26 (CN Tr. at 73:3–15); PX32 (Chmielinski Tr. at 78:11–14, 101:17–102:6, 124:4–10, 154:14–155:9).

26.    ████████████████████████████████████

████████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████

█████████████████████████████████

██████ PX23, Att. E (FTC-PROD-00001321, FTC-PROD-00001323, FTC-PROD-00001324).

27.    ██████████████████████████████████

██████ PX23, Att. E (FTC-PROD-00001321, FTC-PROD-00001323, FTC-PROD-

00001324).

28.    At least one consumer who found an advertisement on MCN's website did not see the statement. PX37 (Acheampong Tr. at 121:16–20, 123:16–124:7).

29.    ███████████████████████████ PX23, Att. E (FTC-PROD-00001321, FTC-PROD-00001323, FTC-PROD-00001324).

30.    █████████████████████████████████████████
███████████████████████████████████ PX23, Att. E (FTC-PROD-00001321, FTC-PROD-00001323, FTC-PROD-00001324).

31.    █████████████████████████████████████████
██████████████████████████████████████████
PX21 (Miles ¶ 26).

32.    Many consumers came to the dealership after seeing MCN's ads, some from out-of-state. PX01 (Acheampong ¶ 2); PX02 (Beaudoin ¶¶ 2–3); PX05 (Frye ¶¶ 2–4); PX07 (H. Rodriguez ¶¶ 3–4); PX10 (Klucewicz ¶¶ 3–4); PX12 (Michaud ¶¶ 2–3); PX14 (Simonds ¶ 3); PX15 (Parker ¶¶ 2–3); PX21 (Miles ¶ 31); PX43 (Davis Tr. at 48:6–21, 49:9–50:3, 92:14–93:1); PX48 (Simonds Tr. at 37:2–38:19); PX49 (Parker Tr. at 36:5–21, 43:16–45:15).

33.    At least two consumers called the dealership beforehand to confirm it had the car at the advertised price. PX01 (Acheampong ¶ 2); PX07 (H. Rodriguez ¶¶ 3–4).

34.    Consumers believed that MCN would sell them the advertised vehicle for the advertised price. PX02 (Beaudoin ¶¶ 2–3); PX04 (Evans ¶¶ 3, 11); PX05 (Frye ¶¶ 2–5, 16); PX07 (H. Rodriguez ¶¶ 3, 13); PX09 (Davis ¶¶ 2–4); PX10 (Klucewicz ¶¶ 3–4, 10); PX12 (Michaud ¶¶ 2–3, 5, 11); PX14 (Simonds ¶¶ 3, 5, 12); PX15 (Parker ¶¶ 2, 4, 10); PX43 (Davis Tr. at 48:6–21, 49:9–50:3, 92:14–93:1); PX48 (Simonds Tr. at 37:2–38:19); PX49 (Parker Tr. at

5

36:5–21, 43:16–45:15).

35. ███████████████████████████████████████████████

PX19 (Stokland ¶ 4, Att. A); PX20 (Lopez ¶ 6); PX26 (CN Tr. at 81:9–17); PX32 (Chmielinski

Tr. at 66:11–67:5, 106:15–21, 116:6–12, 146:25–147:3).

36. ███████████████████████████████████████████████

███████████████████████████████████████████████

████████  PX19 (Stokland ¶ 4, Att. A); PX26 (CN Tr. at 82:2–19).

37. ███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████  PX19 (Stokland ¶¶ 4, 6, 8, Att. A); PX20 (Lopez ¶ 9); PX21

(Miles ¶ 2.D); PX23, Att. C2 (CN's Supp. Resp. to FTC's Rog No. 1(Sept. 9, 2024) at 8–10);

PX25, Att. A (CN's Resp. to DCP CID Rog. 5 at 10–13 (Sept. 29, 2021)); PX26 (CN Tr. at

83:4–22, 99:3–99:23); PX43 (Davis Tr. at 48:14–49:6, 93:2–94:7, 95:13–96:23); PX48 (Simonds

Tr. at 41:16–21, 46:14–47:9, 80:20–81:11).

38. ████████████████████████████████████████  *See, e.g.*,

PX06 (Heath ¶ 3, Att. A); PX19 (Stokland ¶¶ 4, 9, Att. A); PX20 (Lopez ¶ 12 PX26); PX26 (CN

Tr. at 83:23–84:3, 93:3–10).

39. ████████████████████████████████████████  *See, e.g.*, PX06 (Heath ¶

3, Att. A); PX19 (Stokland ¶¶ 4, 9, Att. A); PX26 (CN Tr. at 83:23–84:2).

40. ███████████████████████████████████████

██████████████████████████████████████████  PX23,

Att. E (FTC-PROD-0003400 at 01; FTC-PROD-0003271 at 71–74), Att. C1 (MCN-024567;

MCN-037001); PX34 (Tapio Tr. at 62:1–10).

41. ███████████████████████████████████████████████████████

PX19 (Stokland ¶¶ 4–6); PX20 (Lopez ¶ 6); PX26 (CN Tr. at 84:11–86:13); PX32 (Chmielinski Tr. at 66:18–20, 132:16–21).

42.    MCN's management instructed salespersons to review the pencil's terms quickly and to do their best to bypass discussing the fees listed on the pencil with consumers beyond a cursory explanation. PX19 (Stokland ¶ 6); PX20 (Lopez ¶ 7).

43. ███████████████████████████████████████ PX19 (Stokland ¶ 7); PX20 (Lopez ¶ 8); PX32 (Chmielinski Tr. 146:25–147:16).

44. ███████████████████████████████████████████████████████
███████████████████████████████████████████ PX23, Att. D (FTC CID (Apr. 12, 2022)); PX25, Att. A (DCP CID (May 14, 2021)); PX26 (CN Tr. at 102:12–104:4).

45.    In numerous instances, MCN represented that consumers are required to pay additional inspection, service, reconditioning, and certification fees to purchase vehicles. PX02 (Beaudoin ¶ 3); PX05 (Frye ¶¶ 5–6, 8); PX06 (Heath ¶¶ 3–4); PX09 (Davis ¶ 4); PX14 (Simonds ¶¶ 5–6); PX19 (Stokland ¶¶ 4, 8, Att. A); PX20 (Lopez ¶¶ 9–11); PX38 (Beaudoin Tr. at 61:5–62:6); PX43 (Davis Tr. at 48:14–49:6, 60:9–61:17, 63:14–64:4, 93:2–94:7); PX48 (Simonds Tr. at 41:19–42:17, 45:23–46:13, 53:8–13).

46.    Once consumers settled on a price for the vehicle, consumers had to meet with a finance manager to review the terms of their purchase, financing, or leasing. PX23, Att. G1 (DE 32, Answer ¶ 25).

47. ███████████████████████████████████████████████████████
███████████████████████████████████ PX26 (CN Tr. at 125:8–17); PX30 (Alkhatib Tr. at 84:7–85:16); PX33 (Hussein Tr. at 75:13–76:17).

48. ████████████████████████████████████████████████████████

████████ PX18 (Brennan ¶ 7); PX23, Att. E (FTC-PROD-0008032 at 90, 94; FTC-PROD-

0008164 at 75, 86; FTC-PROD-0008208 at 15, 20; FTC-PROD-0005406 at 43, 55).

49.    Consumers often waited an hour or more to meet with a finance manager at MCN.

*See, e.g*, PX05 (Frye ¶ 7); PX08 (Barbabosa ¶¶ 5–6); PX40 (Evans Tr. at 87:10–15).

50.    The finance manager went through the closing process quickly. *E.g.*, PX01

(Acheampong ¶ 5); PX08 (Barababosa ¶ 6); PX16 (Y. Rodriguez ¶ 6); PX37 (Acheampong Tr. at

60:1–20, 97:14–98:10); PX39 (Liszka Tr. at 73:15–22); PX41 (H. Rodriguez Tr. at 25:9–26:24);

PX42 (Barbabosa Tr. at 136:8–137:12).

51. ████████████████████████████████████████████████████



█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████ *E.g.*, PX23, Att. E (FTC-PROD-0005406 ████████

██████████████████████████████; FTC-PROD-0008032 ████████████

████████████████████; FTC-PROD-0008164 ████████████████████████████;

FTC-PROD-0008208 ██████████████████████████); PX37 (Acheampong

Tr. at 57:15–58:24, 66:4–20); PX42 (Barbabosa Tr. at 126:7–133:30); PX50 (Y. Rodriguez Tr. at

62:16–64:15, 69:12–19).

52.    Consumers frequently were given little or no explanation of the documents they

were signing in the finance office and did not see or have the chance to review them. PX15

(Parker ¶ 6); PX37 (Acheampong Tr. at 66:4–20, 75:15–76:10, 79:13–81:9, 96:14–98:10, 100:3–

19, 154:13–155:7, 161:23–162:25); PX39 (Liszka Tr. at 94:14–96:18, 97:8–99:14, 100:10–

102:7); PX41 (H. Rodriguez Tr. at 25:19–26:24, 74:2–83:1, 90:16–92:1); PX45, Att. B (Sullivan

Tr. at 21:12–23:20); PX49 (Parker Tr. at 49:17–51:15, 52:4–54:14, 67:4–68:5, 75:23–76:02, 88:7–91:5); PX50 (Y. Rodriguez Tr. at 62:16–63:23, 71:1–23).

53.     The finance manager presented to consumers where they should sign or just showed them the signature block. PX01 (Acheampong ¶ 5); PX07 (H. Rodriguez ¶ 6); PX08 (Barbabosa ¶ 6); PX16 (Y. Rodriguez ¶ 6); PX37 (Acheampong Tr. at 57:15–58:24, 66:4–20, 75:15–10, 79:13–81:9, 96:14–98:10, 161:23–162:25); PX38 (Beaudoin Tr. at 64:13–65:3); PX39 (Lizska Tr. at 60:4–22, 68:5–20, 87:3–13, 94:14–96:18, 100:10–102:7); PX40 (Evans Tr. at 92:2–93:1); PX41 (H. Rodriguez Tr. at 25:19–26:24); PX42 (Barbabosa Tr. at 136:8–137:12); PX44 (Klucewicz Tr. at 81:18–82:4); PX45, Att. B (Sullivan Tr. (1/17/25) at 20:1–21:11); PX49 (Parker Tr. at 49:1–52:20).

54.     Although consumers' signatures appear on a menu of add-on products ("Add-on Menu") and a form that lists whether consumers agree to accept or decline each add-on ("Verification Waiver" or "Final Acceptance"), many consumers stated that they did not recall being presented with those documents by MCN. PX38 (Beaudoin Tr. at 65:15–66:24); PX41 (H. Rodriguez Tr. at 52:5–54:16); PX44 (Klucewicz Tr. at 83:8–84:2); PX45, Att. B (Sullivan Tr. (01/17/25) at 37:4–9); PX49 (Parker Tr. at 51:21–55:13, 84:6–19).

55.     In many cases, consumers did not recall checking the boxes indicating whether they agreed to purchase add-ons on the Add-Menu and/or Verification Waiver or Final Acceptance. PX37 (Acheampong Tr. at 142:24–144:6); PX38 (Beaudoin Tr. at 68:21–69:10); PX39 (Liszka Tr. at 49:23–52:14, 78:18–80:22, 99:18–101:7); PX42 (Barbabosa Tr. at 79:8–80:7, 130); PX50 (Y. Rodriguez Tr. at 65:16–67:9).

56.     ███████████████████████████████████████████
███████████████████████████████████████████ PX23, Att. E (FTC-PROD-

0008032 at 48, 89, 94; FTC-PROD-0008164 at 72, 86, 89; FTC-PROD-0008208 at 9, 15, 77–78).

57.    In other cases, MCN did not provide consumers with a copy of the Add-on Menu, Verification Waiver, or Final Acceptance in their paperwork. PX38 (Beaudoin Tr. at 65:14–67:2); PX44 (Klucewicz Tr. at 82:5–83:7); PX49 (Parker Tr. at 84:6–85:10); PX50 (Y. Rodriguez Tr. at 65:16–66:11).

58.    ██████████████████████████████████████████

██████████████████████████████████████████████

████████████████  PX23, Att. C1 (MCN-001711 at 13; MCN-001732 at 34; MCN-001748 at 50; MCN-001763 at 65; MCN-001835 at 37; MCN-001844 at 46; MCN-001874 at 76; MCN-001913 at 15; MCN-001947 at 49; MCN-001969 at 72; MCN-001999 at 2002; MCN-002014 at 17; MCN-002067 at 70; MCN-002120 at 23; MCN-002134 at 37; MCN-002159 at 62; MCN-002188 at 93; MCN-002224 at 27–28; MCN-002231 at 39; MCN-002247 at 50; MCN-002252 at 58; MCN-002261 at 67; MCN-002282 at 85; MCN-002303 at 07; MCN-002311 at 17; MCN-002322 at 25; MCN-002335 at 38–39; MCN-002345 at 48).

59.    MCN often charged consumers for add-ons, such as a Guaranteed Asset Protection ("GAP") agreement, Vehicle Service Contract ("VSC"), Prepaid Maintenance Agreement ("PMA"), and Total Loss Protection ("TLP"). PX23, Att. G1 (DE 32, Answer ¶ 26).

60.    Consumers who later discovered the charges report that they did not ask for these products or agree to them, and that the finance manager didn't discuss the add-ons, their cost, or why consumers would want to purchase them. PX37 (Acheampong Tr. at 137:24–40:12, 144:10–145:1, 154:13–155:7, 160:5–13); PX38 (Beaudoin Tr. at 25:16–19, 28:1–30:1, 62:2–64:19); PX39 (Liszka Tr. at 73:15–74:2, 76:20–80:22, 97:8–24, 100:10–102:7); PX40 (Evans Tr. at

67:5–13, 89:11–96:1, 97:20–98:8); PX41 (H. Rodriguez Tr. at 36:2–37:2, 59:13–23, 62:16–

63:13, 74:5–79:10, 86:24–87:2); PX44 (Klucewicz Tr. at 70:15–73:17, 74:9–77:22, 78:9–79:6,

81:18–82:4); PX45, Att. A (Sullivan Tr. (1/14/25) at 45:1–4, 50:14–18, 58:6–59:16, 60:10–

61:25); PX49 (Parker Tr. at 53:3–55:13, 74:11–75:16, 89:1–91:5).

61.     At least one who was charged TLP never heard about it until the day of her

deposition. PX37 (Acheampong Tr. at 144:10–23).

62.     ████████████████████████████████████████████

████████████████████████████████████████████████ PX34 (Tapio

Tr. at 39:9–41:19).

63.     In other cases, MCN told or implied to consumers that the dealership or a third

party such as the bank or finance company required consumers to purchase add-on products or

packages to purchase, lease, or finance the vehicle. PX02 (Beaudoin ¶ 4); PX04 (Evans ¶ 6);

PX11 (Sullivan ¶ 7); PX12 (Michaud ¶ 6); PX13 (Messina ¶ 6); PX15 (Parker ¶ 5); PX37

(Acheampong Tr. at 87:20–88:3, 107:5–108:19, 153:10–154:12); PX38 (Beaudoin Tr. at 35:5–

36:14); PX40 (Evans Tr. at 91:8–15); PX44 (Klucewicz Tr. at 51:9–17); PX41 (H. Rodriguez Tr.

at 32:16–22); PX45, Att. A (Sullivan Tr. (1/14/25) at 49:4–23, 52:21–53:23), Att. B (Sullivan Tr.

(1/17/25) at 25:22–26:5); PX49 (Parker Tr. at 86:13–87:13, 87:21–88:2); PX50 (Y. Rodriguez

Tr. at 38:11–21, 41:19–43:5, 74:4–23).

64.     ████████████████████████████████████████████

PX19 (Stokland ¶¶ 10–11); PX34 (Tapio Tr. at 51:2–19).

65.     At least several consumers felt intimidated, pressured, or demeaned by Alkhatib

and complained about his behavior and temper. PX23, Att. A (Consumer Sentinel Complaints at

p. 32) ("this man is a danger and has a temper that he is clearly unable to control . . . . [Alkhatib]

is poisoning the reputation of Nissan and having employees who belittle women is very bad for

business."); PX37 (Acheampong Tr. at 60:9–20); PX41 (H. Rodriguez Tr. at 26:20–29:13);

PX45, Att. A (Sullivan Tr. (1/14/25) at 30:1–17); PX48 (Simonds Tr. at 57:5–59:5).

66.     On at least one occasion, the police had to intervene when Alkhatib physically

threatened a customer for coming to the dealership seeking a refund for a warranty that was

useless. PX19 (Stokland ¶ 14).

67.     ██████████████████████████████████████████████████

████████████████████████████ PX30 (Alkhatib Tr. at 16:21–18:24).

68.     MCN sold many vehicles for more than the advertised or listed price. PX21

(Miles ¶ 2.G–H).

69.     When consumers attempted to purchase vehicles for the prices advertised, MCN

charged them hundreds to thousands of dollars in additional, unauthorized fees. PX19 (Stokland

¶¶ 4, 8, Att. A); PX21 (Miles ¶¶ 2.D, 2.F); PX38 (Beaudoin Tr. at 54:17–55:1, 60:15–62:6);

PX43 (Davis Tr. at 60:9–61:17); PX46 (Michaud Tr. at 39:9–40:18, 57:8–18).

70.     MCN charged consumers for services that are part of certifying a vehicle on

vehicles that were advertised as already certified. PX19 (Stokland ¶¶ 4, 8, Att. A); PX21 (Miles

¶¶ 2.D, 10–16).

71.     ██████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████ PX21 (Miles ¶ 2.D).

72.     In numerous instances, MCN has included add-on charges in the closing

documents for deals without obtaining the consumers' express informed consent. PX01

(Acheampong ¶ 10); PX02 (Beaudoin ¶ 6); PX03 (Liszka ¶¶ 4–5, 7); PX04 (Evans ¶¶ 6, 8);

PX05 (Frye ¶ 12); PX07 (H. Rodriguez ¶¶ 8, 12); PX08 (Barbabosa ¶ 7); PX10 (Klucewicz ¶¶ 7–8); PX11 (Sullivan ¶¶ 7–8); PX12 (Michaud ¶ 10); PX13 (Messina ¶¶ 6, 9); PX14 (Simonds ¶ 11); PX15 (Parker ¶¶ 6–9); PX16 (Y. Rodriguez ¶¶ 5–7); PX19 (Stokland ¶¶ 9–10); PX34 (Tapio Tr. at 39:9–41:19, 49:13–15, 107:19–112:8); PX37 (Acheampong Tr. at 66:11–20, 76:1–10, 96:14–97:3, 107:5–109:11, 137:24–140:12, 144:10–145:1, 160:5–10); PX38 (Beaudoin Tr. at 25:16–19, 28:1–30:10); PX39 (Liszka Tr. at 52:7–14, 59:4–8, 96:9–22, 97:8–98:14); PX40 (Evans Tr. at 89:16–93:1); PX41 (H. Rodriguez Tr. at 38:24–39:1, 59:25–60:17, 61:13–22, 62:16–64:17, 74:5–83:1, 86:24–87:2); PX42 (Barbabosa Tr. at 78:3–10, 97:25–98:5); PX43 (Davis Tr. at 102:21–103:23); PX44 (Klucewicz Tr. at 46:10–14, 49:19–25, 51:9–17); PX45, Att. A (Sullivan Tr. (Jan. 14, 2025) at 45:1–4, 48:23–49:23, 52:21–53:20, 59:6–16), Att. B (Sullivan Tr. (Jan. 17, 2025) at 25:22–26:5, 66:25–67:11); PX49 (Parker Tr. at 34:13–20, 47:3–23, 50:1–51:15, 53:3–57:4, 64:19–65:10, 70:20–71:1, 86:13–87:13, 89:1–90:23); PX50 (Y. Rodriguez Tr. at 38:11–21, 41:19–43:5, 45:12–22, 47:14–48:4, 56:19–57:24, 64:16–65:15, 74:4–23, 75:19–76:13).

73.     These charges commonly amount to hundreds or thousands of dollars and are typically added to the amount financed and spread out over monthly payments. PX01 (Acheampong ¶ 10); PX02 (Beaudoin ¶ 6); PX04 (Evans ¶ 8); PX05 (Frye ¶ 12); PX07 (H. Rodriguez ¶¶ 8, 12); PX08 (Barbabosa ¶ 7); PX10 (Klucewicz ¶ 8); PX11 (Sullivan ¶¶ 8, 10); PX12 (Michaud ¶ 10); PX13 (Messina ¶ 6); PX15 (Parker ¶ 9); PX16 (Y. Rodriguez ¶ 7); PX41 (H. Rodriguez Tr. at 36:16–37:25).

74.     Many consumers discovered that MCN charged them for add-ons only after they had left the dealership. *See, e.g.*, PX01 (Acheampong ¶ 10); PX02 (Beaudoin ¶ 6); PX04 (Evans ¶ 8); PX41 (H. Rodriguez Tr. at 36:16–37:25).

75.    For other consumers, MCN did not give them a copy of their agreements and other paperwork when they left the dealership. PX37 (Acheampong Tr. at 98:18–99:10); PX41 (H. Rodriguez Tr. at 33:15–34:19).

76.    ███████████████████████████████████████████████████

███████████████████████████████ *See, e.g.*, PX02 (Beaudoin ¶ 9); PX19 (Stokland ¶¶ 11, 14); PX23, Att. E (FTC-PROD-00000970 at 72–75, 77–79, 88–94, 1002–05, 1016–19); PX34 (Tapio Tr. at 33:16–34:2, 48:9–12).

77.    MCN charged consumers for add-ons that they told the consumers were free. PX08 (Barbabosa ¶¶ 3, 7); PX13 (Messina ¶¶ 5, 8–9); PX16 (Y. Rodriguez ¶¶ 4–5, 9); PX42 (Barbabosa Tr. at 25:17–26:3, 65:11–22, 67:6–10, 68:4–21, 74:4–75:5); PX50 (Y. Rodriguez Tr. at 39:7–19, 45:12–22, 47:14–48:4, 56:19–57:24, 64:16–65:15, 75:19–76:13).

78.    ███████████████████████████████████████████████████

████████ PX23, Att. C1 (MCN-021765); PX34 (Tapio Tr. 64:21–65:13; 108:18–109:5).

79.    ███████████████████████████████████████████████████

██████████████████████████████ PX23, Att. C1 (MCN-040547; MCN-097796); PX34 (Tapio Tr. at 28:11–20, 40:11–16).

80.    ███████████████████████████████████████████████████

████████████████████ PX06 (Heath ¶ 3, Att. A); PX19 (Stokland ¶¶ 4, 9, Att. A); PX26 (CN Tr. at 83:23–84:5, 93:3–10, 99:24–100:9, 107:2–18).

81.    ███████████████████████████████████████████████████

████████ PX23, Att. C1 (MCN-048525 at 26 ███████████████████████████████

██████████, MCN-055766 ███████████████████, MCN-056943, ████████████); PX34 (Tapio Tr. at 39:9–40:10, 40:17–41:19, 107:19–108:11, 109:18–110:11, 111:21–112:8).

14

MCN charged consumers for TLP in these deals. PX21 (Miles ¶ 27) ██████████████████

████████████████████████.

82.    ███████████████████████████████ PX21 (Miles ¶¶ 2.J, 24).

83.    ████████████████████████████████████████████

██████████████████ PX33 (Hussein Tr. at 25:23–26:3, 46:16–20,

47:22–25, 86:19–87:7, 99:5–100:3, 100:23–101:16, 126:13–16).

84.    MCN's add-on claims rate (claims per add-on contract sold) is substantially less

than the rate for consumers that went to other dealerships. PX21 (Miles ¶ 2.K).

85.    ████████████████████████████████████████████

█████████████████ PX19 (Stokland ¶ 9); PX34 (Tapio Tr. at 39:20–41:21,

107:19–108:11, 109:18–110:11, 111:21–112:8).

86.    Consumers are not required to pay inspection, service, safety and reconditioning,

or certification fees for vehicles that are advertised as already certified. PX23, Att. G1 (DE 32,

Answer ¶ 23); PX26 (CN Tr. at 83:13–17, 99:13–23, 105:9–25, 111:10–19).

87.    ████████████████████████████████████

██████████ PX23, Att. C1 (MCN-006786 at 87 █████████████████

████████████████████████████████████████████

██████████)).

88.    The State of Connecticut does not require consumers to pay a fee for safety and

reconditioning. Conn. Gen. Stat. § 14-62(g).

89.    ████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████ PX21 (Miles ¶ 2.C).

90. ████████████████████████████████████████████████████████

████████████████████████████████████████ *See generally* PX23, Att. F3

(NNA00003); PX26 (CN Tr. at 62:2–13).

91.     Consumers are not required to enter into add-on product agreements to purchase,

lease, or obtain financing for a vehicle, and the State of Connecticut, finance companies, and

third-party add-on providers do not require the sale or purchase of add-ons. PX23, Att. G1 (DE

31, Alkhatib's Answer ¶ 37; DE 32, Answer ¶ 37).

92.     ███████████████████████████████████████ PX23, Att. C2

(CN's Resp. to FTC Rog No. 2 (Sept. 9, 2024) at 11); PX26 (CN Tr. at 182:18–183:17); PX29

(Hamadi Tr. at 87:6–88:1).

93.     In many cases, MCN charged consumers more than what the State charged MCN

to register consumers' vehicle and did not refund consumers fully or at all. PX18 (Brennan ¶¶

12–13, 18–19, Att. A–B).

94.     MCN overcharged consumers for registration and other state fees in 34.3% of the

deal jackets from a random sample that covered the time period of April 1, 2019 to April 29,

2022, and in 8.0% of the deal jackets from a random sample that covered the time period of

February 1, 2023 to May 16, 2024. PX22 (Freeborn Expert Report at 1–2, 6).

95.     From 2019 through 2024, Defendants received numerous complaints and reviews

from consumers on public websites, via the Better Business Bureau ("BBB"), in person, by

phone, and by email stating that Defendants charged them: a price for their vehicles higher than

the price that Defendants advertised, a fee related to certification, or add-ons that Defendants

said were required or without obtaining consumers' consent. PX 17 (Awad ¶ 4, Att. A); PX19

(Stokland ¶ 14); PX23, Att. A (Consumer Sentinel Complaints), Att. B. (BBB Complaints), Att.

C1 (MCN-019614 at 14–17; MCN-021770 at 70–72; MCN-023765 at 65–66; MCN-024926 at 26–27; MCN-026683 at 83–84; MCN-036656 at p. 2; MCN-037472 at 73; MCN-039819; MCN-065274), Att. E (FTC-PROD-00000970 at 77–79, 88–94, 1002–05, 16–19); PX 24, Att. A (Connecticut Attorney General's Office Complaints); PX26 (CN Tr. at 151:18–153:15).

96.    Multiple consumers filed lawsuits against MCN alleging similar issues to the ones alleged in Plaintiffs' complaint. PX23, Att. C1 (MCN-024317 at 17–18; MCN-033709 at 09–16), Att. G3 (Complaint, *Gagnon v. Chase Nissan*; Complaint, *Henck v. Chase Nissan*).



97.    ███████████████████████████████████████████

PX26 (CN Tr. at 203:15–204:7, 204:11–205:17, 205:21–206:25).

98.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████ PX23, Att. E (FTC-PROD-0050289 at 01–02).

99.    ██████████████████████████████████████

██████████████████████████████████████████████ PX25, Att. A (CN's Resp. to DCP Rog. No. 5 (Sept. 29, 2021) at 11).

100.    █████████████████████████████████████

█████████ PX25, Att. A (CN's Resp. to DCP Rog. No. 5 (Sept. 29, 2021) at 13).

101.    ███████████████████████████████████

███████████████████████████████████████████████

█████████ PX25, Att. A (CN's Resp. to DCP Rog. No. 5 (Sept. 29, 2021) at 13).

102.    ███████████████████████████████████████

████████████████████ PX25, Att. A (CN's Resp. to DCP Rog. No. 5

(Sept. 29, 2021) at 10, 16).

103. ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████ PX23, Att. E (FTC-PROD-0050394 at 94–95).

104. ███████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████ PX23, Att. E (FTC-PROD-

0050394 at 95).

105. █████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████ PX23, Att. E (FTC-

PROD-0050394 at 95).

106. █████████████████████████████████████

████████████████████████ PX23, Att. C2 (Dibre's Resp. to FTC Rog. No. 3

(Feb. 20, 2025) at 11; Soboh's Resp. to FTC Rog. No. 3 (Feb. 21, 2025) at 11).

107. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████ PX23, Att. D (CID of Chase Nissan LLC, FTC (Apr. 12, 2022)).

108. ██████████████████████████████████████ PX23, Att.

D (CN's Resp. to FTC CID (June 22, 2022)), ███████████████████████████

████████████████████████████, *see, e.g.*, PX23, Att. E (FTC-PROD-0004183).

     109.   █████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████     PX23, Att. C1 (MCN-000855), Att. C2 (Dibre's Resp. to FTC Rog. No. 7

(Feb. 20, 2025) at 14–15); PX28 (Soboh's Resp. to FTC Rog. No. 7 (Feb. 20, 2025) at 14–15).

     110.    Defendants have not produced any communication showing that MCN distributed

these "Procedures" to any of its employees.

     111.   ███████████████████████████████████████

███████████████████████████████     PX36 (Gesell Tr. at 15:24–16:13,

19:15–18, 20:21–21:4).

     112.   ████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████     PX23, Att. C1 (MCN-002067 at 72).

     113.   ███████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████ PX23, Att. C1 (MCN-001799 at
1801, 04, 08, 09, 11, 21, 29, 31; MCN-001874 at 76, 81, 87, 88, 90; MCN-001969 at 72–73;
MCN-002067 at 70, 71, 75; MCN-002159 at 62–64).

114. ████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

██████ PX23, Att. C1 (MCN-028460; MCN-028461 at 66; MCN-032206; MCN-032220 at
28; MCN-036491; MCN-036493 at 97, 99, 36402–03, 05; MCN-036508 at 14–15).

115. ████████████████████████████████

████████ PX23, Att. C1 (MCN-001913 at 17; MCN-001947 at 51; MCN-001969 at 75;
MCN-002159 at 64; MCN-002199 at 2203).

116. ████████████████████████████████

████████████████████████ PX23, Att. C1 (MCN-001711 at 13; MCN-001748 at 50;
MCN-001844 at 54, 57; MCN-001913 at 22; MCN-001947 at 50, 56; MCN-001969 at 77;
MCN-001999 at 2002, 03; MCN-002014 at 19; MCN-002027 at 32, 33; MCN-002050 at 53–56;
MCN-002104 at 08–10, 17–19; MCN-002120 at 23, 24; MCN-002224 at 27, 28; MCN-002322
at 25–26; MCN-002335 at 39–40).

117. ████████████████████████████████

██████████████████████████████████████

████████ PX23, Att. C2 (CN's Resp. to FTC RFP No. 14 (Apr. 17, 2024) at 21–22); PX26
(CN Tr. at 35:20–24, 36:3–19).

118. ████████████████████████████████

████████████████████████████████████████████████ PX19 (Stokland ¶ 13);

PX23, Att. E (FTC-PROD-0008670).

119.    ███████████████████████████████████ PX23, Att. E

(FTC-PROD-0008670, FTC-PROD-0008671 at 76, 80–81).

120.    ████████████████████████████████████████

PX23, Att. C1 (MCN-001278 at 78, 80, 82; MCN-034822).

121.    MCN managers have created fake email addresses for customers so that the sales

managers could fill out these surveys on the customers' behalf. PX19 (Stokland ¶ 13); PX20

(Lopez ¶ 13).

122.    In 378 instances, the email addresses consumers gave MCN differ from the

addresses submitted to Nissan, and the submitter rated the dealership 10 out of 10 in response to

the survey question, "How likely are you to recommend this dealership?" PX20 (Lopez ¶ 20).

123.    ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████ PX23, Att. C1

(MCN-002368 at 78, MCN-002443 at 65, MCN-089605 at 06, MCN-103604 at 21), Att. E

(FTC-PROD-0003305 at 09), Att. F2 (NESNA00001–5); PX26 (CN Tr. at 37:13–18, 38:19–

39:4, 39:16–21, 41:19–22); PX27 (Dibre Tr. 43:14–16, 55:16–56:4, 66:4–7, 70:24–71:11, 71:24–

72:3, 74:25–75:3, 83:14–18, 91:19–21, 93:3–5, 93:13–24, 133:20–134:1).

124.    ████████████████████████████████ PX26 (CN Tr. at 37:10–18,

38:19–39:4).

125.    ██████████████████████████████████████ PX23, Att. C2 (Dibre Resp.

to Plaintiffs' Rog. 5 (Feb. 20, 2025) at 12).

126.    ███████████████████████████████████████████

████████████████ PX27 (Dibre Tr. at 137:13–20).

127.    ██████████████████████████████████████

██████████████████████████████████████ PX27 (Dibre Tr. at

105:15–106:4, 108:6–8).

128.    ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████ PX23, Att. C1 (MCN-103476, MCN-030175, MCN-033855-56, MCN-085758-62);

PX27 (Dibre Tr. at 50:1–16, 75:12–13, 76:1–4, 88:2–89:18, 103:25–105:7, 100:1–10).

129.    ██████████████████████████████████████ PX23, Att.

C2 (Dibre's Response to Rogs (Feb. 20, 2025) at 8–15); PX27 (Dibre Tr. at 102:18–21, 105:15–

105:23, 108:6–8, 110:4–7, 117:15–22, 122:2–5, 155:10–17, 156:16 – 157:2).

130.    ███████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████ PX27 (Dibre

Tr. at 63:19–64:16).

131.    Dibre was aware of at least one negative online review of a dealership he owned,

and in 2018 brought a defamation suit in response to an anonymous poster's accusations of

improper charges at his dealerships for "upfront fees, frequently $1,000 or more . . . without itemizing or informing consumers of the price of the plan," which "misled [consumers] into believing the plan was free or included with the vehicle." PX23, Att. G4 (Complaint, *Dibre v. Kinarbetri et al.*).

132. Dibre owns at least seven Nissan dealerships, which have received complaints from consumers similar to the complaints that MCN received. PX17 (Awad ¶¶ 5–10, Att. B).

133. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████ PX26 (CN Tr. at 37:23–38:3, 39:8–11, 39:22–40:2, 42:2–5); PX28 (Soboh Tr. 29:25–30:4).

134. ████████████████████████████████████████████
████████████████████████████████████████████
████████████ PX34 (Tapio Tr. at 35:11–36:2); ████████████████████
████████████ PX23, Att. C1 (MCN-082668 at 68–69); ████████████████████████
PX23, Att. C1 (MCN-103474 at 74–75); ████████████████████████
████████████████████████████████████ PX23, Att. C1 (MCN-031718–19);
████████████████████████████████ PX32 (Chmielinski Tr. at 19:9–11, 33:12–20, 36:5–
12); ████████████████████████████████████████████ PX23, Att. F1
(CARS00006–08); ████████████████████████████████
████████████ PX23, Att. C1 (MCN-082503); ████████████████████████
████████████████████████████████████████████
████████████ PX23, Att. C1 (MCN-083237); ████████████████████████
████████████████████████████████████████████████████

23

 PX23, Att. C1 (MCN-026157 at 57–58, MCN-081208 at 08–09);

PX23, Att. C1 (MCN-032204 at 04–05);

PX23, Att. C1 (MCN-024567);

PX23, Att. C1 (MCN-084889).

135.

PX23, Att. C1 (MCN-032204 at 04–05, MCN-036491 at 491–515, MCN-083237 at 37–96, MCN-083809 at 09–31, MCN-087587 at 587–603, MCN-091093 at 093–117, MCN-091124 at 24–47); PX34 (Tapio Tr. at 86:23–88:17).

136.

PX23, Att. C1 (MCN-033707 at 07–08, MCN-033709 at 09–16).

137.

PX23, Att. D (CN Resp. to Rog No. 25 (June 22, 2022) at 11).

138.

PX23, Att. C1 (MCN-021774 at 74–75, MCN-026678, MCN-033707 at 07–08; MCN-033709 at 09–16), Att. C2 (CN's Resp. to FTC's Rog No. 9 at 13 (Sept. 9, 2024)), Att. E (FTC-PROD-00000970 at

1016–19); PX26 (CN Tr. at 14:16–21, 36:20–37:9, 43:2–44:4, 50:18–51:5, 70:19–71:1, 189:13–
190:9); PX27 (Dibre Tr. at 48:22–25, 66:1–3, 69:24–69:1, 71:15–17, 74:6–8, 83:9–13, 89:22–
90:3, 115:6–11); PX28 (Soboh Tr. at 29:19–24, 32:23–33:2, 33:12–23, 42:1–24, 46:9–16;
151:25–152:8); PX29 (Hamadi Tr. at 108:8–24, 112:17–25, 114: 2–25, 115:17–20, 126: 6–9,
131: 8–14); PX31 (Mojica Tr. at 32:4–7, 115:6–12, 212:10–18); PX32 (Chmielinski Tr. at
38:16–21, 43:25–44:4, 169:19–22); PX34 (Tapio Tr. at 77:14–78:2).

      139.   ██████████████████████████████████████████████████████

████████████████████████████████████████████████████ PX23, Att. C2

(CN's Resp. to FTC's Rog No. 9 at 13 (Sept. 9, 2024)); PX29 (Hamadi Tr. at 23:16–20, 24:23–
25:2, 25:19–25, 26:4–6).

      140.   ██████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

PX23, Att. C1 (MCN-031404), Att. E (FTC-PROD-0011871),██████████████████████

████████████████████ PX23, Att. C1 (MCN-001278 at 78–82, MCN-030572 at 72–73, MCN-
037000 at 00–01).

      141.   ██████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████ PX19 (Stokland ¶¶ 4, 8–10); PX21 (Miles ¶ 2.D.iii); PX26 (CN Tr.
82:2–9, 97:24–98:18).

      142.   ███████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████ PX23, Att. C1 (MCN-023765
at 65–66, MCN-026683 at 83–84, MCN-027050 at 50–51, MCN-035752, MCN-035921 at 21–

26, MCN-039819, MCN-041833, MCN-065274), Att. E (FTC-PROD-00000970 at 1016–19);
PX50 (Y. Rodriguez Tr. at 76:14–78:16).

143. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████  PX23, Att. C1 (MCN-036466 at 66–90, MCN-036491
at 91–515, MCN-036547, MCN-055607 at 07–28, MCN-083257 at 57–76); PX26 (CN Tr. at
208:16–209:4).

144. ████████████████████████████████████████████████████████████
PX19 (Stokland ¶ 10); PX34 (Tapio Tr. at 89:1–12).

145. ████████████████████████████████████████████████████
████████████████████████████  PX29 (Hamadi Tr. at 87:6–88:1).

146. ████████████████████████████████████████████████  PX23, Att. C1
(MCN-033707 at 07–08, MCN-033709 at 09–16, MCN-099351, MCN-099352 at 52–53).

147. ████████████████████████████████████████████████████████████
█████████████████  PX26 (CN Tr. at 48:20–23, 52:5–11); PX34 (Tapio Tr. at 78:3–11).

148. ████████████████████████████████████████████████████████████
████████  PX26 (CN Tr. at 62:2–16, 146:12–15).

149. Alkhatib charged consumers for add-ons without consumers' consent or after
falsely telling consumers that they were required to purchase add-ons. PX01 (Acheampong ¶¶ 5–
10); PX02 (Beaudoin ¶¶ 4–6); PX07 (H. Rodriguez ¶¶ 5–8, 12); PX08 (Barbabosa ¶¶ 3–8); PX16
(Y. Rodriguez ¶¶ 4–7); PX34 (Tapio Tr. 33:16–34:15, 36:3–12, 37:13–38:10, 40:11–42:23,
51:2–19, 68:13–16, 135:23–136:25); PX37 (Acheampong Tr. at 75:15–76:10, 87:20–88:3,
96:14–97:3, 107:5–14, 137:22–140:12, 144:10–145:7, 161:23–162:25); PX38 (Beaudoin Tr. at

25:7–19, 28:1–23, 29:8–30:1, 35:5–37:6, 63:10–18, 68:1–10); PX41 (H. Rodriguez Tr. 74:5–
80:25, 86:15–87:2); PX42 (Barbabosa Tr. at 68:4–70:2, 126:7–133:1); PX45, Att. A (Sullivan
Tr. at 49:15-23, 51:21–53:23, 61:1–12), Att. B (Sullivan Tr. at 18:15–37:3, 66:25–67:11); PX50
(Y. Rodriguez Tr. at 36:24–39:19, 41:19–43:5, 62:16–76:13).

150. ██████████████████████████████████████████

████████████████████████ PX26 (CN Tr. at 62:2–16); PX30 (Alkhatib Tr. at 53:1–14, 62:2–
16, 73:8–13, 74:22–76:1, 80:25–81:4).

151. ████████████████████████████████████

█████████████████████████████████████ PX30 (Alkhatib Tr. at
176:14–179:7).

152. ██████████████████████████████████████ PX23, Att. C1
(MCN-040547).

153. ████████████████████████████████████████

███ PX23, Att. C1 (MCN-048525 at 26), ████████████████████████

████ PX23, Att. C1 (MCN-056798).

154. ██████████████████████████████████████████

███████████████████████████████████ PX30 (Alkhatib Tr. at
102:15–103:3).

155. ████████████████████████████████████████

PX34 (Tapio Tr. at 37:13–38:10).

156. ██████████████████████████████████████ PX19
(Stokland ¶ 4, Att. A); PX30 (Alkhatib Tr. at 83:16–85:19, 84:7–85:16).

157. ███████████████████████████████ PX23, Att. C1 (MCN-026683 at 83–84,

MCN-041833 at 33–34).

158.    ████████████████████████ PX23, Att. C1 (MCN-032180 at 180–203, MCN-036491 at 491–515, MCN-043355 at 55–78, MCN-055607 at 07–24); PX26 (CN Tr. at 210:9–212:6).

159.    [intentionally left blank]

160.    ████████████████████████████████

████████████████████████████████████████████

████████████████████████ PX19 (Stokland ¶¶ 4, 8–10); PX21 (Miles ¶¶ 2.D.ii, iii); PX26 (CN Tr. at 82:2–9, 97:24–98:18, 106:9–17, 108:9–108:13); PX31 (Mojica Tr. at 126:2–11, 152:2–16); PX32 (Chmielinski Tr. at 105:22–106:21).

161.    ████████████████████████████████

████████████████████████████████████████████

████████ PX19 (Stokland ¶¶ 4, 6); PX35 (Stokland Tr. at 69:25–70:13, 188:16–189:1).

162.    ████████████████████████████████

████████████████████████ PX26 (CN Tr. at 48:1–19); PX31 (Mojica Tr. at 32:8–14, 38:18–39:19, 50:24–51:9); PX32 (Chmielinski Tr. at 20:9–13, 23:20–24:6, 24:12–25:2, 48:10–49:15, 49:22–24); PX34 (Tapio Tr. at 77:14–78:2).

163.    ████████████████████████████████

████████████████████████ PX31 (Mojica Tr. at 110:24–111:3); PX32 (Chmielinski Tr. at 101:8–102:18).

164.    ████████████████████████ PX31 (Mojica Tr. at 115:22–25, 118:10–118:23); PX32 (Chmielinski Tr. at 119:1–3, 124:20–22).

165.    ████████████████████████████████

███████████████████████████████████ PX23, Att. C1 (MCN-007730, MCN-024926 at 26–27, MCN-026261 at 61–62, MCN-027050 at 50–51, MCN-032180 at 2180–2203, MCN-036541 at 41–43, MCN-041833 at 33–84, MCN-043355 at 55–78, MCN-055607 at 07–28, MCN-058419, MCN-065274, MCN-065703); PX23, Att. E (FTC-PROD-00000970 at 72–75, 88–94); PX26 (CN Tr. 189:13–190:9, 210:9–212:2); PX27 (Dibre Tr. at 49:18–20); PX31 (Mojica Tr. at 41:18–22, 177:20–25); PX32 (Chmielinski Tr. at 22:17–23, 170:2–12, 174:17–24).

166. ████████████████████████████████████████████

███████████████████████████ PX26 (CN Tr. at 16:3:18, 213:17–215:6).

167. █████████████████████████████████████

█████████████████████████████████████████████████████

███████ PX23, Att. C1 (MCN-106943 at 73).

168. ████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████████ PX23, Att. C1 (MCN-106943 at 51–52).

169. ██████████████████████████████████

██████████████████████████████████████████████████

████████████████████████ PX23, Att. C1 (MCN-106974 at 83).

170. ███████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████



PX23, Att. C1 (MCN-106974 at 88).

171.

PX23, Att. C1 (MCN-106974 at 89).

172.

PX23, Att. C1 (MCN-106974 at 93).

173.

PX23, Att. C1 (MCN-106974 at 94–95).

174.

PX21 (Miles ¶¶ 2.G, 18–22).

175.

PX21 (Miles ¶¶ 2.E, 10–17).

176.

PX21 (Miles ¶ 23).

177.

PX21 (Miles ¶¶ 2.I, 23).

Respectfully submitted,

*/s/ Samuel Jacobson*

Samuel Jacobson (phv207659)
Edward Smith (phv207656)
Paul Mezan (phv207738)
Daniel Hanks (phv208202)
Daniel Dwyer (phv208445)
Julia E. Heald (phv208446)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 876-5590 (Jacobson)
Fax: (202) 326-3768
sjacobson@ftc.gov
esmith2@ftc.gov
pmezan@ftc.gov
dhanks@ftc.gov
ddwyer@ftc.gov
jheald@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


*/s/ Jonathan J. Blake*

Jonathan J. Blake (ct22321)
Michael Nunes (ct31522)
Assistant Attorneys General
Office of the Attorney General of Connecticut
165 Capitol Avenue Hartford, CT 06106
T: (860) 808-5400
F: (860) 808-5593
Jonathan.Blake@ct.gov
Michael.Nunes@ct.gov

Attorneys for Plaintiff
STATE OF CONNECTICUT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by ECF on April 21, 2025.

/s/ *Samuel Jacobson*

Samuel Jacobson (phv207659)
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 876-5590 (Jacobson)
Fax: (202) 326-3768
sjacobson@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*