# PX01

Declaration of Ellen Acheampong

## DECLARATION OF ELLEN ACHEAMPONG
## PURSUANT TO 28 U.S.C. § 1746

I, Ellen Acheampong, have personal knowledge of the facts stated below and am competent to testify about them:

1. I am a U.S. citizen over the age of 18, residing in Worcester, Massachusetts.

2. Around March 2022, I received an email from Capital One informing me that I had been pre-qualified for an auto loan of up to $36,000. A true and correct copy of this email is attached as **Attachment A**. A friend recommended Manchester City Nissan. I went to the dealer's website and found a used 2020 Nissan Rogue SL SUV for $28,999. A true and correct copy of this ad is attached as **Attachment B**. I called the dealer to confirm they had the car and was told to come in that afternoon. My credit score was low, and I couldn't afford a down payment, but I agreed to come in just to look around. I didn't have a car at the time, so my friend drove me to the dealership.

3. When we got to the dealer, we test drove the 2020 Nissan Rogue SL SUV. When we returned from test driving the vehicle, I showed them my pre-qualified letter from Capital One. The finance manager, whose name was Aiham Alkhatib, said he would investigate the offer from Capital One. He reported back that I was denied financing due to my low credit score. He said that he would try to find me a loan from another bank.

4. After a time, he returned with a financing offer from Ally. He told me that because my credit was low, the interest rate on the offer was high—around 12%. I told him I couldn't afford the loan. I am a graduate student and only receive a stipend of approximately $36,000 a year. Mr. Alkhatib said that I could make biweekly payments (instead of monthly) and I could come back to the dealer after six months and he would personally help me refinance the vehicle at a lower rate. It had been several hours since I walked into the dealership. I felt tired and very pressured to buy the car, so I reluctantly agreed.

5. Mr. Alkhatib then had me sign a bunch of paperwork. He had pre-marked the signature spots on each of the documents with "Sign Here" tags. He went through the documents and just said, "Sign here" or "Initial there." I felt a lot of pressure to sign the documents without

1

first taking the time to read them thoroughly and I was also very tired – it had already been several hours since I arrived at the dealership.

6. I specifically remember him mentioning GAP insurance. He described GAP insurance as a policy that would cover the cost of my car if I ever got into an accident. I also remember him describing some plan which would enable me to get free oil and tire changes every six months. He said that it was in my best interest to purchase them. I didn't know much about cars, so I believed him at his word. I don't remember him discussing any other add-on products.

7. Despite the car being advertised for $28,999, the car ended up costing me over $44,000. I currently pay $869 per month in financing.

8. About six months after purchasing the car and paying each financing payment on time, I called Mr. Alkhatib to see about refinancing. He didn't answer. I left a message, but he never called me back.

9. In the Spring of 2023, I got into a car accident. I called Manchester City Nissan to see if my GAP insurance would cover it. The representative I spoke with stated that the GAP insurance would only cover the cost of my vehicle if the car was totaled. That is not what I understood based on my conversation with Mr. Alkhatib, and I wouldn't have agreed to the $1,500 charge for GAP insurance had I known this information.

10. I didn't realize at the time of purchase that Manchester City Nissan had charged me $1,270 for Chase Auto Care Complete Care Platinum Plus, $4,500 for a Vehicle Service Contract, or $516 for Total Loss Protection. I didn't authorize any of these charges.

11. If I had known that I was going to be charged over $9,250 for add-on products without my knowledge or authorization, I never would have purchased the vehicle from Manchester City Nissan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements in this declaration are true and correct.

2

Executed on June 2nd, 2023, in Worcester, Massachusetts.

_____
Ellen Acheampong

FTC-PROD-00001065

# Attachment A

FTC-PROD-00001066



**1**  You have 1 document to upload. **Upload Now**  ✕

 Auto Navigator 

 Be sure to bring this to the dealer as proof that you're pre-qualified for auto financing with Capital One.

**Prepared by**

▬▬▬▬▬▬▬▬▬▬

| Pre-qualified Through | Reference # |
|---|---|
| 04/07/2022 | ▬▬▬▬▬▬ |

You're pre-qualified up to

$\$$**36,000**

with Capital One

Cars come in all shapes and sizes and your financing does too. Your max amount financed will depend on the vehicle you choose and other factors.

Make sure that you're looking to finance at least $4,000 for...

✓ a new or used car, truck, minivan or SUV for personal use

✓ a 2012 model year or newer vehicle with fewer than 120,000 miles[2]

✓ one vehicle that is available at a participating dealer

**What to expect at the dealer:**

 **Show your letter**
When you arrive, show your pre-qualification letter to the salesperson to let them know you're pre-qualified with Capital One.

FTC-PROD-00001067

# Attachment B

FTC-PROD-00001068



# 2020 Nissan Rogue SL SUV
Stock #MC839313A

118 views

**$28,999**
Your Price