# PX02

Declaration of Amy Beaudoin

## DECLARATION OF AMY BEAUDOIN

## PURSUANT TO 28 U.S.C. § 1746

I, Amy Beaudoin, have personal knowledge of the facts stated below and am competent to testify about them:

1.      I am a U.S. citizen over the age of 18, residing in Bloomfield, Connecticut.

2.      Around October 2020, I suffered a car accident and totaled my vehicle. Needing a new vehicle, I went online and found an advertisement for a 2017 Nissan Rogue Sport that only had 20,000 miles on it. The advertised price for the car was $20,500. The car was advertised by Manchester City Nissan and the advertisement said that the car was "Certified." I was attracted to the car because I could get a vehicle that did not have many miles on it for a used car price. A true and correct copy of the advertisement is **Attachment A** to this declaration.

3.      At the end of October 2020, I went into Manchester City Nissan. I test drove another Nissan Rogue – the car I wanted to buy was in the shop – and then sat down with the salesperson, Louis Lopez. He showed me a sheet of paper that had the price of my vehicle broken down on it. I noticed that it had some kind of inspection, reconditioning, or certification fee for $1,549 on it. When I asked what that fee was, Mr. Lopez said that was for a however-many-point inspection that they performed on the vehicle. Mr. Lopez had me sign the sheet. He also had me fill out a credit application. I couldn't meet with the finance manager that day, however, because the car that I was going to purchase was in the shop.

4.      I came back to the dealership a week later to meet with the finance manager, Aiham Alkhatib. Mr. Alkhatib said that I had been approved for financing through Ally for an interest rate of 8.89%. He also said that "they" wanted me to have GAP insurance. I interpreted "they" as the finance company and assumed that if I did not purchase GAP insurance, the finance company wouldn't loan me the money. So, I agreed to buy GAP insurance.

5.      After that, he had me sign the contract electronically on a tablet. He told me the monthly payment, but not much else. I noticed a jump in the payment that I had been quoted but assumed that it had to do with my credit. I felt that I signed under duress because I needed the

1

car due to the fact my previous car was totaled in the crash. Mr. Alkhatib never mentioned anything about any service contracts or maintenance plans.

6.      When I got home, I checked the contract. I was surprised to learn that without my knowledge or authorization, I had been charged $3,300 for a Nissan service contract and $3,500 for a preventative maintenance plan. I was also surprised to learn I had been charged $516 for something called "Total Loss Protection". A true and correct copy of the retail installment contract and other paperwork I received is **Attachment B** to this declaration.

7.      My first call was to Nissan/NESNA. They said that I could cancel the service contract, but I could not cancel the preventative maintenance plan because it was through the dealership, not through them.

8.      The next day I called the dealership. It must have taken half-an-hour to forty-five minutes, but at last I got Mr. Alkhatib on the phone. We talked for almost an hour. After I said that I felt I was taken advantage of, he agreed to lower the interest rate that I was charged and to also knock off $2,000 from the preventative maintenance plan. He wouldn't agree, however, to not charge me for the service contract or preventative maintenance plan, even after I said, and he acknowledged, that I could just cancel the plans. I did not even bother to ask for a refund of the Total Loss Protection plan because I was too worried about the service and maintenance plans and the Total Loss Protection plan, by comparison, was relatively cheap at least when compared with the $6,800 I had been charged for the service and maintenance plan. ~~The following~~ Later that day I went into the dealership to sign my revised agreement. Mr. Alkhatib ripped up the pink sheet – the Purchase Order – from the initial sale and told me to destroy the other paperwork. A true and correct copy of the second retail installment contract and the other paperwork I received is **Attachment C** to this declaration.

9.      About two weeks later, I wrote letters to NESNA and Manchester City Nissan to cancel the service and preventative maintenance plans. I received a full refund from NESNA promptly. But I didn't receive a refund of my preventative maintenance agreement from Manchester City Nissan until June 2021, more than six months later. A true and correct copy of the letters I sent are **Attachment D** to this declaration.

FTC-PROD-00001071

10.     When I was talking to the attorney from the Federal Trade Commission in February 2023, he indicated that the Purchase Order had a $399.69 charge for VIN Etch Service. I didn't know about, because Mr. Alkhatib never told me, and therefore didn't authorize the charge for VIN Etch Service.

11.     If I had known that I was going to be charged over $7,000 for service and maintenance plans without my knowledge or authorization, I never would have purchased the vehicle from Manchester City Nissan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements in this declaration are true and correct.

Executed on ⎯February 16⎯, 2023, in Bloomfield, Connecticut.


                                        *Amy M Beaudoin*
                                        Amy Beaudoin

FTC-PROD-00001072

# Attachment A

FTC-PROD-00001073



Pre-Owned Nissan...
manchestercitynissan.com

 Manchester City Nissan

SELECT LANGUAGE ▼



SPECIAL FINANCING AVAILABLE*
with a Nissan® Visa® Card or Nissan Visa Signature® Card.    *CLICK FOR DETAILS



ManchesterCityNissan.com

   

# 2017 Nissan Rogue Sport SL SUV

Stock #W64?????^

Lisa
Can I help you with the Rogue Sport? 😃

👁 190 views

## $20,500
Your Price


LOCK IN THIS PRICE

# Attachment B

FTC-PROD-00001075

**RETAIL INSTALLMENT CONTRACT**
**SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

**ILAW 553-CT-ARB-e 5/17**

Dealer Number 0060022354    Contract Number ▮▮▮▮▮

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) N/A | Seller-Creditor (Name and Address) MANCHESTER CITY NISSAN 30 TOLLAND TPKE MANCHESTER, CT 06042-1783 |
|---|---|---|

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | NISSAN ROGUE | ▮▮▮▮▮ | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural    N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 5,000.00 |
|---|---|---|---|---|
| 8.89 % | $ 8,912.45 | $ 28,583.05 | $ 37,495.50 | $ 42,495.50 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 499.94 | Monthly beginning 12/14/2020 |
| One Final Payment Of $ N/A | | On N/A |
| Or As Follows: N/A | | |

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __10.00__ or __5__ % of the part of the payment that is late, whichever is __less__.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide. The** information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**Returned Check Charge:** If the cash price of the vehicle is more than $50,000, you agree to pay a charge of $ __20__ if any check you give us is dishonored.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X ▮▮▮▮▮
Co-Buyer Signs X N/A

**Finance Charge begins on the date of this contract unless the box in the next sentence is checked. If this box is checked,** ☐ **Finance Charge begins on** __N/A__ **and we will not charge Finance Charge before this date, even if you pay late. Regardless of whether the box in the preceding sentence is checked, once Finance Charge begins, you will have to pay Finance Charge on the unpaid Amount Financed at the Annual Percentage Rate shown above. (See also Section 1.a. on page 3.)**

Buyer Signs X ▮▮▮▮▮

If you make any required payment (including any deferred payment) more than 10 days late, you will have to pay a late charge as described above. If you make any required payment (including any deferred payment) late, we may also take the steps described in Sections 3.b. through 3.g. on pages 3 and 4.

By signing below, you agree that we told you what may happen if you do not make the first or any other required payment (including any deferred payment) on time.

Co-Buyer Signs X N/A

FTC-PROD-00001076

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price (including $ 1,901.00 ___ sales tax)                                    $ 27,839.05  (1)
2  Total Downpayment =
   Trade-in  N/A
           (Year)         (Make)                    (Model)

   Gross Trade-In Allowance                                        $ N/A
   Less Pay Off Made By Seller                                     $ N/A
   Equals Net Trade In                                             $ N/A
   + Cash                                                          $ 5,000.00
   + Other  N/A                                                    $ N/A
   (If total downpayment is negative, enter "0" and see 4I below)  $ 5,000.00   (2)
3  Unpaid Balance of Cash Price (1 minus 2)                                          $ 22,839.05  (3)
4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A  Cost of Optional Credit Insurance
      Paid to Insurance Company or Companies.
      Life                                          $ N/A
      Disability                                    $ N/A                            N/A
   B  Vendor's Single Interest Insurance
      Paid to Insurance Company                                                      N/A
   C  Other Optional Insurance Paid to Insurance Company or Companies                N/A
   D  Optional Gap Contract                                                          1,500.00
   E  Official Fees Paid to Government Agencies
      to N/A                       for N/A                         N/A
      to N/A                       for N/A                         N/A
      to N/A                       for N/A                         N/A
   F  Government Taxes Not Included in Cash Price                                    N/A
   G  Government License and/or Registration Fees
      STATE                                                        $ 245.00
      N/A
   H  Government Certificate of Title Fees                                           N/A
   I  Other Charges (Seller must identify who is paid and
      describe purpose)
      to N/A                       for Prior Credit or Lease Balance     N/A
      to DEALER                    for DOCUMENTATION FEE                 699.00
      to SEC PLUS                  for SERVICE CONTRACT                  3,300.00
      to N/A                       for N/A                               N/A
      to N/A                       for N/A                               N/A
      to N/A                       for N/A                               N/A
      to N/A                       for N/A                               N/A
      to N/A                       for N/A                               N/A
      to N/A                       for N/A                               N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf      $ 5,744.00  (4)
5  Amount Financed (3 + 4)                                                           $ 28,583.05  (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before
N/A _____ Year _____ N/A _____ . SELLER'S INITIALS _____ N/A

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, we require VSI insurance for the initial term of the contract to protect us for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for our sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through us, the cost of this insurance is $ ___ N/A ___ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term  75 _____ Mos.          DMS
                              Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X ▓▓▓▓▓▓

---

*(handwritten:)* Sale Price
$25938.05
+5538.05 ?

---

...urance this ...acceptable ...surance to ...gle interest ...certificates ...the terms

...low:

...Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
   Credit Life $ N/A
   Credit Disability $ N/A
Insurance Company Name
N/A
Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in this credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed.

Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A                                        N/A
   Type of Insurance                         Term
Premium $ N/A
Insurance Company Name
N/A
Home Office Address
N/A
☐ N/A                                        N/A
   Type of Insurance                         Term
Premium $ N/A
Insurance Company Name
N/A
Home Office Address
   N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X  N/A                                       N/A
Buyer Signature                              Date

X  N/A                                       N/A
Co-Buyer Signature                           Date

**THE INSURANCE INCLUDED IN THIS CONTRACT DOES NOT PROVIDE COVERAGE FOR PERSONAL LIABILITY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

*(left margin, vertical:)* This is not the Authoritative Copy.

FTC-PROD-00001077

## OTHER IMPORTANT AGREEMENTS

**1.   FINANCE CHARGE AND PAYMENTS**

**a.   How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b.   How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c.   How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d.   You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2.   YOUR OTHER PROMISES TO US**

**a.   If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b.   Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c.   Security Interest.**
You give us a security interest in:

*   The vehicle and all parts or goods put on it;
*   All money or goods received (proceeds) for the vehicle;
*   All insurance, maintenance, service, or other contracts we finance for you; and
*   All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d.   Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle.

If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, if less, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e.   What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3.   IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a.   You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b.   You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right the law gives you to reinstate this contract. Default means:

*   You do not pay any payment on time;
*   You give false, incomplete, or misleading information on a credit application;
*   You start a proceeding in bankruptcy or one is started against you or your property, unless you are an individual and the bankruptcy is under Chapter 7 of the US Bankruptcy Code (11 U.S.C. Sections 701-727);
*   Your debt, or the obligation to pay any part of the amount you owe under this contract, is discharged in a bankruptcy; or
*   You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.   You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fees and court costs, as the law allows. The maximum attorney's fee you will pay will be 15% of the amount due and payable under this contract.

This is not the Authoritative Copy.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

**f. We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are the actual and reasonable expenses we pay as a direct result of taking the vehicle, storing it, and selling it. Attorney fees and court costs the law permits are also allowed expenses.

If any money is left (surplus), we will pay it to you. If not, we will apply the greater of the money from the sale or the market value of the vehicle, less allowed expenses, to the amount you owe.

If the amount we apply (less allowed expenses) is not enough to pay all you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay. The market value of the vehicle will be figured as the law requires.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**6. APPLICABLE LAW**

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

This is not the Authoritative Copy.

FTC-PROD-00001079

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X ▇▇▇▇▇▇   Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on this page, before signing below. You confirm that you received a true and completely filled-in copy when you signed it.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of the contract when you sign it. 3. Under the law, you have the following rights, among others: (a) To pay off in advance the full amount due and obtain a partial refund of any unearned finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.**

Buyer Signs X ▇▇▇▇▇▇          Date 10/30/2020  Co-Buyer Signs X N/A          Date N/A
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A          Address          N/A
Seller signs MANCHESTER CITY NISSAN          Date 10/30/2020   By X          Title By

This is not the Authoritative Copy.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

 **LAW** FORM NO. 553-CT-ARB-e (REV. 5/17)
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.          *LAW 553-CT-ARB-e 5/17 v1*   Page 5 of 5



**Certified Pre-Owned**  |  OPTIONAL CERTIFIED PRE-OWNED WRAP APPLICATION/DECLARATION  |  VEHICLE SERVICE CONTRACT (VSC)

| Dealer Information | NESNA P.O. BOX 685004 FRANKLIN, TN 37068-5004 | Vehicle Information |
|---|---|---|

**Dealer Information**

Dealer #: 5682
Name: MANCHESTER CITY NISSAN 3872/5682
City: MANCHESTER    State: CT
Phone: (860) 643-4165

**Vehicle Information**

Year: 2017    Make: NISSAN    Model: Rogue Spt/Qashqai

**Contract Number**

It's must be obtained from NNAnet/Dealer website.

VSC11981640

**Vehicle ID Number (17-Digit VIN)**

[redacted]

**Applicant Information**

[redacted]

**Lienholder or Service Payment Plan (0% Financing)**

Name: ALLY FINANCIAL
Street or P.O. Box Address: PO BX 8128
City: COCKEYSVILLE    State: MD    Zip Code: 21030
Applicant Email:

| Odometer Reading | New Vehicle Warranty Start Date | Date Of Purchase: CPO Vehicle |
|---|---|---|
| 18,098 | 02/17/2018 — Start of original ownership from Service-Comm. Cannot be the same as date of purchase of CPO vehicle. | 10/30/2020 — Start of subsequent ownership. Cannot be the same as new vehicle warranty start date. |

**Optional Certified Pre-Owned Wrap**

| | Product Type | VSC Purchase Price | Expiration Date and Miles (whichever occurs first) | |
|---|---|---|---|---|
| PRODUCT PLAN: PLAN TYPE: DEDUCTIBLE: | Service Contract with Roadside Security+Plus Gold Preferred $0 per visit | $3,300.00 | 100,000 | 02/17/2025 |
| Time/Mileage: (check one) | X 7 years/100,000 miles on the odometer | | 100,000 | 7 OR 8 years from manufacturer's original new vehicle warranty start date |
| | 8 years/120,000 miles on the odometer | | 120,000 | |
| | 7 years/unlimited miles on the odometer | | UNLIMITED | |

**ACKNOWLEDGEMENT**

Coverage begins on the manufacturer's original warranty start date, with mileage beginning at zero, regardless of the vehicle age or odometer reading at the time of sale, ALTHOUGH ANY OR ALL COMPONENTS OR PARTS MAY BE COVERED BY THE MANUFACTURER'S LIMITED WARRANTY, WARRANTY EXTENSIONS, RECALLS OR CAMPAIGNS.

On the date of purchase, eligible vehicles must have fewer than 80,000 miles on the odometer.

Nissan Extended Services North America (NESNA) reserves the right to accept, correct, modify or refuse any VSC Application/Declaration. Claims within the first 90 days and/or 3,000 miles of the effective date are subject to review and/or denial for a pre-existing condition. NESNA reserves the right to reject any application or contract for any reason at its discretion upon return of the full amount paid.

**WA Residents:** By initialing this box, YOU acknowledge that YOU have received the attached VSC/Summary which contains information on material conditions that YOU must meet to maintain coverage, including, but not limited to: the maintenance schedule to which YOU must adhere; the requirement to document repair and maintenance work; the procedures for filing claims; the work and parts covered by the VSC; the time and mileage limitations; the exclusions of coverage; the right to return the VSC for a full refund; the implied warranty of merchantability of the motor vehicle is not waived if the VSC has been purchased within 90 days of the purchase date of the motor vehicle from a provider who also sold the motor vehicle covered by the VSC. **Nissan Security+Plus is administered by Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068, tel. 615-725-1000.**

I agree that my VSC is being issued in accordance with the information contained in this Application/Declaration and is subject to the terms and conditions stated therein. I understand that purchase of the VSC is not required in order to purchase or obtain financing for a motor vehicle.

**I agree that maintenance of the above-described vehicle, in accordance with factory standards in the Owner's Manual, is a condition precedent to the coverage under this VSC.** A deductible, if applicable, applies per visit where a covered component is repaired. Please review the attached VSC before signing this Application/Declaration. Please call 800-NISSAN-1 if you have any questions.

| X [redacted] | 10/30/2020 | X [signature] | 10/30/2020 |
|---|---|---|---|
| APPLICANT'S SIGNATURE | DATE | AUTHORIZED DEALER'S SIGNATURE | DATE |
| NCPO-WRAP | CUSTOMER | | 9728 |

 **Security+Plus**®

**VEHICLE SERVICE
CONTRACT (VSC)**

## 1 HOW DOES MY VEHICLE SERVICE CONTRACT (VSC) PROTECT ME?

In return for your payment, NESNA* will arrange for a Nissan dealer to repair or replace all covered parts of your vehicle (see Section 4 below) when such repair or replacement is due to a mechanical breakdown, as defined below, and when all other terms and conditions of this VSC are met. The deductible which you must pay, if any, is listed in the Application/Declaration.

Mechanical breakdown means the inability of a covered part(s) to perform the function(s) for which it was designed, due solely to defects in Nissan materials or faulty workmanship for which Nissan is responsible. Mechanical breakdown does not include damage due to negligence, damage caused by an accident, or the gradual reduction in operating performance due to wear and tear. In addition, this VSC does not provide any benefit for any mechanical failure or breakdown caused by a non-covered part.

*Nissan Extended Services North America, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000.

## 2 WHAT ARE MY VSC TERMS?

This VSC applies during the term shown in the Application/Declaration.

## 3 WHEN DOES MY COVERAGE BEGIN AND END?

Coverage begins on the manufacturer's original warranty start date, with mileage beginning at zero, regardless of the vehicle age or odometer reading at the time of sale , ALTHOUGH ANY OR ALL COMPONENTS OR PARTS MAY BE COVERED BY THE MANUFACTURER'S LIMITED WARRANTY, WARRANTY EXTENSIONS, RECALLS OR CAMPAIGNS.

This VSC continues until the expiration date or expiration mileage listed in the Application/Declaration is reached, whichever occurs first.

Odometer reading, which appears in the Application/Declaration, means the actual number of miles which the vehicle has been operated since manufacture as indicated on the vehicle's odometer, **unless the odometer is/has been broken, has been replaced or has been tampered with**. In such a situation, NESNA will calculate the total actual number of miles which the vehicle operation since manufacture based on the information available. If ever the odometer is tampered with, and/or is inoperative so that the vehicle's total actual number of recorded miles of operation since manufacture cannot be accurately determined by NESNA, then this VSC will be void. Odometer reading reflects the mileage based upon the recording device and numerous factors, and may not reflect actual distance traveled.

## 4 WHAT DOES MY VSC COVER?

This VSC covers repairs needed due to MECHANICAL BREAKDOWN, as defined above, for all Nissan parts and components of your vehicle except for those items described in Section 8.

Only those specific parts listed in this VSC are covered.

**NOTE: Seals and gaskets are covered components for leakage failures as they relate to any repairs needed due to mechanical breakdown, as defined above. However, seepage is not covered and cannot be claimed under this VSC. Leakage is defined as an actively dripping seal/gasket; seepage is defined as a wet seal/gasket.**

**DEDUCTIBLE:**

Repairs for components covered under this VSC are subject to the deductible listed in the Application/Declaration, per visit.

**REPLACEMENT PARTS:**

Replacement of any part will be made with a new or remanufactured Genuine Nissan or Nissan-approved replacement part in use at the time of repair. The replacement part may differ from the original part.

**CAR RENTAL REIMBURSEMENT**

If you require alternate transportation due to the mechanical breakdown of a covered part, then this VSC will provide reimbursement for the actual expenses of substitute transportation up to $35 per day, to a maximum of five (5) days, and $175 per breakdown. Rental must be made from an authorized rental agency or your repairing Nissan dealer. Substitute transportation is based on the Nissan Flat Rate Time required to repair the vehicle according to the following table:

| Repair Time Required | Number of Days Allowed | Maximum Reimbursement |
|---|---|---|
| 0.1 - 8.0 Hours | 2 | up to $70 |
| 8.1 - 16.0 Hours | 3 | up to $105 |
| 16.1 - 24.0 Hours | 4 | up to $140 |
| 24.1 - 32.0 Hours | 5 | up to $175 |

**EMERGENCY ROADSIDE ASSISTANCE* BENEFITS**

This VSC includes a Roadside Assistance Program:

• ROADSIDE ASSISTANCE

Upon receiving your call, a Roadside Assistance administrator will dispatch a qualified service facility to provide assistance for: battery boost (jump-start); flat tire change (with your good spare); out-of-gas delivery (maximum $5); and lock-out assistance, up to a maximum of $100 per claim. Battery boost and gas delivery does not apply to Nissan LEAF; see enhanced towing assistance for Nissan LEAF below.

FTC-PROD-00001082

- TOWING

  If your vehicle requires towing due to the mechanical breakdown of a covered part, then this VSC will provide reimbursement for the actual towing expense incurred in towing it to the nearest participating Nissan dealer, not to exceed $100 per claim. For Nissan LEAF, towing is covered via flatbed tow truck in the sole discretion of NESNA to: 1) the VSC holder's home for charging, 2) an independent charging facility, 3) the closest authorized Nissan Certified Electric Vehicle dealership for charging or repair, or 4) the VSC holder's choice of a Nissan Certified Electric Vehicle dealership within 50 miles beyond the nearest Nissan Certified Electric Vehicle dealership for charging or repair. The $100 limit does not apply to Nissan LEAF.

- TRIP INTERRUPTION BENEFITS

  Emergency travel/trip interruption coverage is provided should any mechanical breakdown occur when you are 100 miles or more away from home. Benefits may apply to the occurrence of the following expenses: alternate transportation, meals and lodging. This VSC will provide coverage for trip interruption, not to exceed $500 per claim.

**FOR 24-HOUR ROADSIDE ASSISTANCE CALL 800-225-2476**

**(GT-R owners call 866-668-1GTR; LEAF owners call 800-801-6161)**

*Services administered by Cross Country Motor Club, Inc., Medford, MA 02155, except in AK, CA, HI, OR, WI, and WY, where services are administered by Cross Country Motor Club of California, Inc., Medford, MA 02155.

Due to the requirements of the laws of certain states, some of the above coverages, such as towing, may be unavailable in your state. Please refer to the endorsements on this VSC for any exceptions to coverage mandated by state law or state regulatory authority. If you have any questions, please contact your dealer or call 800-NISSAN-1.

## 5   WHAT DO I DO IN CASE OF THE MECHANICAL BREAKDOWN OF A COVERED PART?

5.1   **It is your responsibility to protect the vehicle against any further damage.**

5.2   **Return the vehicle to the selling dealer if possible, or the nearest participating Nissan dealer.**

5.3   **Provide this VSC to the repairing dealer to obtain coverage afforded.**

5.4   **Provide proof of maintenance to the repairing dealer, as applicable (refer to section 7).**

5.5   **Pay the deductible shown, if any, in the Application/Declaration. All other costs relating to excluded items will be the responsibility of the holder of this VSC.**

5.6   **If emergency repairs are required and performed outside of normal business hours, then please contact 800-647-7261 the next business day.**

## 6   WHAT IF I NEED ASSISTANCE LOCATING A NISSAN REPAIR FACILITY?

The repair or replacement must be performed by your selling Nissan dealer or by a participating Nissan dealer in the U.S. (including Alaska and Hawaii, but excluding U.S. Territories), except as otherwise approved by NESNA. Should you require assistance in locating the nearest participating Nissan dealer, point your browser to https://www.nissanusa.com/nissandealers/locate/ or call Nissan Consumer Affairs at **800-NISSAN-1**.

## 7   WHAT ABOUT MAINTENANCE AND RECORD-KEEPING?

**You are responsible for properly using, maintaining and caring for your vehicle as outlined in the Scheduled Maintenance section of your Nissan Owner's Manual. Evidence of the performance of the required maintenance must be kept and presented as proof of such maintenance in connection with related repairs covered by this VSC.** To assist you in maintaining appropriate records, the service record section of your Warranty Information Booklet can be used with supporting repair invoices, receipts and other such records. **FAILURE TO PROVIDE SUCH EVIDENCE, OR FAILURE TO PROPERLY MAINTAIN THE VEHICLE IN ACCORDANCE WITH YOUR OWNER'S MANUAL, MAY DISQUALIFY YOU FROM COVERAGE.**

## 8   WHAT IS NOT COVERED BY MY VSC?

8.1   **Nissan Electric Vehicle lithium-ion battery (your 8-year/100,000-mile Original Equipment Manufacturer (OEM) factory battery warranty still applies. See the Warranty Information Booklet for complete details, terms and conditions).**

8.2   **Paint, exhaust system, carpet, glass, upholstery, soft trim, weatherstripping, convertible soft top fabric and liner, moldings, bright metal, clutch disc, pressure plate and throw out bearing (manual transmission), air bags and any related sensors and modules, conversion of the air conditioning system to operate on R134, battery and cables, lenses and bulbs, tires, brake drums, disc brake rotors, wheels, strut inserts, shock absorbers, squeaks, rattles, water leaks, wind noise, immobilizer key, and remote keyless entry switch assembly. Headlight systems including, but not limited to: High Intensity Discharge, Adaptive Front Lighting, Daytime Running Light, Head lamp/Tail lamp assemblies, Center high-mounted stop lamp assembly and their lenses, bulbs/LEDs.**

8.3   **Maintenance service expenses specified in your Owner's Manual such as: engine tune-up, wheel balance and alignment, spark plug and wire replacement/adjustment, timing belt replacement, fluid and lubricant replacement/replenishment, wiper blade replacement, headlight aiming, filter replacement, and brake pad and shoe replacement.**

8.4   **Any repairs relating to loss of performance caused by normal wear and tear unless an actual mechanical breakdown occurs.**

8.5   **Any failures due to damage resulting from: accident, fire, theft, water damage, freezing, vandalism, explosion, natural disaster, acts of God, physical damage, or any other outside influences.**

8.6   **Any failures resulting from:**
   - **Lack of normal maintenance, as specified in your vehicle Owner's Manual, while the vehicle is owned by You**
   - **Overheating of the powertrain**
   - **Engine detonation**
   - **Engine over-rev or transmission mis-shift (improper shift)**
   - **Use of improper or contaminated fuels, fluids or lubricants**

FTC-PROD-00001083

- Failure to maintain proper fluid, coolant or lubricant levels
- Sludge, sludge build-up, varnish, restricted oil passages, stuck piston rings, engine oil consumption
- Use of inferior, modified, or non-approved parts
- Modification of the vehicle departing from, or differing from, the original factory specifications, including but not limited to altering/ tampering with any computer, control unit or electronic modules, while the vehicle is owned by You.
- Negligent operation of a vehicle with a failed component(s), or failure to protect your vehicle from further damage when a breakdown has occurred or continued operation with a failed component that may result in further damages
- Pulling a trailer or other vehicle that exceeds Nissan's recommendations or exceeds the maximum Gross Vehicle Weight (GVW) of the vehicle

8.7    Any failures due to rust or corrosion, regardless of cause.

8.8    Any failures caused by racing and/or competitive driving of any sort whatsoever, and/or use on a track or driving on any closed course; or operation of the vehicle not in compliance with the vehicle's Owners Manual / Warranty Information Booklet.

8.9    Service adjustments not usually associated with the replacement of parts.

8.10   Any incidental or consequential damages such as loss of the use of the vehicle, storage charges, inconvenience or commercial loss.

8.11   Any vehicle with an inoperative or altered speedometer and/or odometer so that the actual mileage of the vehicle cannot be determined.

**8.12   Any failure resulting from pre-existing conditions which were present at the time of vehicle sale.**

8.13   Any vehicle used for commercial uses (such as taxi, limousine, rental, snow plow, fleet, etc.), except for Nissan Commercial Vehicles and vehicles used for on-demand "ride-sharing" services, where the vehicle is privately owned and is driven by the vehicle's owner (such as Uber, Lyft, Maven and the like).

8.14   Any expense that is covered by your New Vehicle Warranties, parts warranties, or other VSCs.

8.15   Any repair or replacement that has not been authorized by NESNA, or in which the information provided to NESNA cannot be verified as accurate or is found to be deceptive.

8.16   This VSC, and all coverages described herein, does not apply to any vehicle which has ever been:

- the subject of a "salvage" or similar title under any state's law, or
- "totaled" by a licensed insurance company; that is, been the subject of any insurance company's cash payment of claim in lieu of repairs because of a determination that the cost of repairs exceeded the actual cash value of the vehicle. If this VSC is written on such a vehicle, then the full amount of NESNA's liability under this VSC is limited to a refund from NESNA of the amount paid to NESNA for this VSC.

8.17   Liability for damage to property or injury to or death of any person arising out of the operation, maintenance, or use of the vehicle described in this VSC, whether or not related to the PARTS COVERED by this VSC.

8.18   Any vehicle not distributed by Nissan North America, Inc.

8.19   Repairs of covered components which components are still covered by a Nissan warranty, even if the particular repair is excluded from coverage by the terms of the warranty.

NESNA's limit of liability for any one repair visit, shall not exceed the actual cash value of the vehicle at the instant prior to the most recent loss. The aggregate total of all benefits paid or payable during the term of this VSC shall not exceed the private party value of the vehicle as listed by Kelley Blue Book® immediately preceding the loss due to the most current claim.

This VSC provides coverage only with respect to mechanical breakdowns which occur during this VSC period in the United States (excluding U.S. Territories).

## 9    LEGAL DEFINITIONS OF MY VSC

THIS VSC IS NOT A WARRANTY, AN EXTENSION OF A NEW VEHICLE WARRANTY, OR AN IMPLIED OR GENERAL WARRANTY AND IT IS NOT A CONDITION OF THE SALE OR FINANCING OF THE VEHICLE. This VSC is a "Service Contract" as defined in federal law. (See 15 USCS SEC. 2301 (8).) BY ENTERING INTO THIS VSC, YOU DO NOT WAIVE ANY APPLICABLE WARRANTIES. Be sure to read this VSC carefully so that you understand the difference in coverage between your Warranties and this VSC. FURTHER, you are advised that there are various state and federal laws that protect your interests as a consumer. In the event of a problem that cannot be resolved with NESNA, you may have other rights and remedies available to you.

## 10    ARE THERE ANY OPTIONS/EXCLUSIONS TO MY VSC?

Please read the state amendatory endorsements below, which apply to the state in which the dealer You purchased this VSC from is located.

**Alabama:** Cancel: Fee is $25. If the lienholder or NESNA cancels the VSC, then the fee may not be deducted. A 10% penalty per month shall be added to a refund that is not paid or credited within 45 days after return of this VSC to NESNA. Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

**Alaska:** If You cancel this VSC within 60 days of its effective date, then You will receive a full refund. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid.

If You cancel this VSC after 60 days from its effective date, then You will be charged a cancel fee of $75 or 7.5% of the unearned portion of the VSC purchase price, whichever is lesser. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty based on 10% of the unearned amount You paid for this VSC.

NESNA may cancel this VSC for:

(1)    nonpayment of the provider fee;

(2)    conviction of You of a crime having as one of its necessary elements an act increasing a hazard covered by this VSC;

(3)    discovery of fraud or material misrepresentation made by You or a representative of You in obtaining this VSC, or by You in pursuing a claim under this VSC;

FTC-PROD-00001084

(4)    discovery of a grossly negligent act or omission by You that substantially increases the hazards covered by this VSC;

(5)    physical changes in the vehicle covered by this VSC that result in the vehicle becoming ineligible for coverage under this VSC; or

(6)    a substantial breach of duties by You related to the covered vehicle.

If NESNA cancels this VSC for reasons other than nonpayment or fraud or material misrepresentation, then NESNA will provide cancellation notice to You at least 5 days prior to cancellation stating the effective date and reason for cancellation.

**Arizona:**

THERE IS NO COVERAGE UNDER THIS VSC FOR LOSS OR BREAKDOWN OF AN ELECTRIC MOTOR, BATTERY PACK, AND GENERATOR.

CONTRACTS CANNOT BE CANCELLED OR COVERAGE VOIDED FOR THE FOLLOWING REASONS: 1) PRE-EXISTING CONDITIONS; 2) PRIOR USE OR THE ODOMETER HAS BEEN TAMPERED WITH PRIOR TO YOUR PURCHASE OF THE VEHICLE; 3) MISREPRESENTATION BY EITHER THE MOTOR VEHICLE DEALER OR ITS SUBCONTRACTORS; 4) INELIGIBILITY FOR THE PROGRAM INCLUDING GRAY MARKET AND HIGH PERFORMANCE AUTOS.

Cancel: Fee is $75. The fee will not exceed 10% of the amount paid by You for this VSC.

Transfer: Fee is $25. Your refund will not be reduced by claims cost.

All Consumer complaints are subject to the provisions of A.R.S. 20-1095.04 and 20.1095.09. You may file such complaints directly with the Arizona Department of Insurance Consumer Affairs Division (toll-free number 800-325-2548 or email to consumers@azinsurance.gov).

Under Section 8, items 8.12 and 8.16 do not apply.

THIS VSC IS EFFECTIVE AS OF THE EFFECTIVE DATE SHOWN ABOVE, AND ITS TIME AND MILEAGE LIMITS BEGIN TO RUN AS OF THIS DATE, EVEN THOUGH ANY COMPONENTS OR PARTS COVERED BY THE MANUFACTURER'S LIMITED WARRANTY ARE NOT COVERED BY THIS VSC UNTIL EXPIRATION OF SUCH WARRANTY.

**Arkansas:** If You request cancellation of this VSC, then the fee is $50.

**California:** Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000, CA VSC License #0E81392.

NESNA is the sole obligor under this VSC and is solely responsible for payment of or reimbursement for all covered claims. If any promise made in this VSC has been denied or has not been honored within 60 days after your request, you may contact the California Department of Insurance at 800-927-4357 or access the department's Internet Web site (www.insurance.ca.gov).

This VSC is a "Service Contract" as defined in federal law (see CIC 12800 et seq.). Replace all references to 'mechanical breakdown' with 'DEFECT IN MATERIALS OR WORKMANSHIP'.

Cancel: Replace Section 11 How Do I Cancel My VSC? in its entirety with the following:

You or a person authorized by You may cancel this VSC by submitting a written cancellation request which includes the mileage (odometer reading) of the vehicle at the time the cancellation is to be effective, and mailing this information to Your selling dealer as listed under the Application/Declaration.

If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, or a pro rata refund if this VSC is canceled within the free-look period (from the date You purchase this VSC), but a claim has been denied by Us. After 60 days, a pro rata refund will be based on mileage driven, less a processing fee of $25 or 10% of the VSC purchase price, whichever is lesser. No refunds will be given for prepaid maintenance not performed at the prescribed intervals, or for maintenance services that do not apply to a particular vehicle.

(a)    NESNA may cancel this VSC within 60 days under the following conditions:

    (1)    Notice of cancellation is mailed to You postmarked before the 61st day after the date the VSC was sold by the selling dealer.

    (2)    NESNA provides You with a refund equal to the full purchase price stated in this VSC within 30 days from the date of cancellation. However, if NESNA has paid a claim, or has advised You in writing that it will pay a claim, it may provide a pro rata refund, less the amount of any claims paid prior to cancellation.

    (3)    This VSC ceases to be valid no less than 5 days after the postmark date of the notice.

    (4)    The notice states the specific grounds for the cancellation.

(b)    NESNA may cancel this VSC after 60 days for nonpayment by you, conditioned upon each of the following:

    (1)    Notice of cancellation is mailed to You.

    (2)    If any refund is owed pursuant to Section 1794.41 of the Civil Code, the refund is paid within 30 days of the date of cancellation.

    (3)    This VSC ceases to be valid no less than 5 days after the postmark date of the notice.

    (4)    The notice states the specific grounds for the cancellation.

(c)    NESNA may cancel this VSC after 60 days for material misrepresentation or fraud by You, conditioned upon each of the following:

    (1)    Notice of cancellation is mailed to You

    (2)    A pro rata refund of the purchase price stated on the VSC is paid within 30 days of the date of cancellation.

    (3)    The notice states the specific nature of the misrepresentation.

(d)    If NESNA cancels this VSC, it is liable for any claim reported to NESNA if the claim is reported prior to the effective date of cancellation and is covered by this VSC. For the purpose of this subdivision, you are deemed to have reported a claim if You have completed the first step required under this VSC for reporting a claim.

Under Section 5 What Do I Do In Case Of The Mechanical Breakdown Of A Covered Part?, delete item 5.4.

Under Section 7 What About Maintenance And Record-Keeping?, delete "...and presented as proof of such maintenance in connection with related repairs covered by this VSC."

Transfer: Fee is $25.

Under Section 14 Arbitration, replace "...Federal Arbitration Act (9 U.S.C. 1 et. seq.), and not by any state law concerning arbitration" with "California Arbitration Act (Code of Civ. Proc. 1280 et seq."

FTC-PROD-00001085

**Colorado:** NESNA is the sole obligor under this VSC and is solely responsible for payment of or reimbursement of all covered claims. The obligations of NESNA under this VSC are guaranteed under a motor vehicle mechanical reimbursement policy underwritten by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Connecticut:** The obligor/provider of this VSC is Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 800-647-7261.

If You purchased this VSC in Connecticut, You may pursue mediation to settle disputes between You and NESNA. You may mail Your complaint to: State of Connecticut, Insurance Department, P.O. Box 816, Hartford, CT 06142-0816, Attention: Consumer Affairs. The written complaint must describe the dispute, identify the price of the product and cost of repair, and include a copy of this VSC. In-home service is not included with this VSC.

Should a VSC expire while a vehicle is at a NESNA authorized repair facility for a covered repair, NESNA will complete the repair [begun prior to the expiration of the service contract (based on the repair order open date)].

**District of Columbia:** If You cancel this VSC within 60 days from the date of purchase, then You will receive a full refund. If You cancel this VSC after 60 days from the date of purchase, then the cancel fee is $75 or 10% of the VSC purchase price, whichever is lesser. If You cancel this VSC after 60 days from its effective date and NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid. If NESNA cancels this VSC for reasons other than nonpayment or fraud or material misrepresentation, then NESNA will provide cancellation notice to You at least 5 days prior to cancellation stating the effective date and reason for cancellation.

**Florida:** Nissan Security+Plus is administered by Nissan Extended Services North America, Inc., License #60128. The retail price charged for this VSC is not regulated by the Florida Office of Insurance Regulation.

Cancel: If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, less any claims paid on this VSC. You will be charged a $25 cancel fee or 5% of the VSC purchase price, whichever is lesser. After 60 days, NESNA will refund You no less than 90% of the unearned pro rata premium, less any claims paid on this VSC.

NESNA may cancel this VSC after 60 days only for:

(1)     nonpayment by You, in which case NESNA will provide You notice of cancellation by certified mail;

(2)     material misrepresentation or fraud made by You at the time of sale of this VSC;

(3)     failure by You to maintain Your vehicle as prescribed by Nissan;

(4)     tampering with or disabling the odometer and Your failure to repair it.

If NESNA cancels this VSC, then You will receive `no less than 100% of the paid unearned pro rata premium, less any claims paid on this VSC.

If, after 60 days, this VSC is canceled by NESNA, then You will receive not less than 90% of the unearned pro rata premium, less any claims paid on this VSC. Transfer: Fee is $40.

**Georgia:** Cancel: No fee. Transfer: No fee. Obligations of NESNA under this VSC are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. Cancellations by the obligor will comply with O.C.G.A. 33-24-44. If this VSC has been in force less than 60 days or is canceled for nonpayment of premium, then a 10-day written notice will be issued to You. If this VSC has been in force 60 days or more and cancels for fraud or material misrepresentation, then a 30-day written notice will be issued to You. If NESNA cancels this VSC, then refunds will be issued on a 100% pro-rata basis. Exclusion 8.6 for sludge and sludge build-up is deleted, and is amended to read "Any modifications to the vehicle made by You, or with Your knowledge." Exclusion 8.12 is amended to say "...pre-existing conditions known to you." Exclusion 8.11 is amended to say "Subsequent to the purchase of this VSC, any vehicle with an inoperative or altered speedometer and/or odometer".

This VSC shall be non-cancelable by NESNA except for fraud, material misrepresentation or failure to pay the consideration due therefore.

If You cancel this VSC, then NESNA shall refund the excess of the consideration paid for this VSC above the customary short rate for the expired term of the VSC. Your refund will not be reduced by the amount of the claim. Under Section 8 CANCELLATION, the last line in the third paragraph is deleted.

**Hawaii:** Obligations of the provider under this VSC are backed by the full faith and credit of the provider. Upon return of this VSC to NESNA within sixty days, and if no claim has been made under this VSC prior to its return to NESNA, this VSC shall be void and NESNA will refund to You, or credit Your lienholder, the full purchase price of this VSC. A ten per cent penalty per month will be added to a refund that is not paid or credited within forty-five days after the return of this VSC to NESNA. The right to void this VSC is not transferable, and shall apply only to the original VSC purchaser upon the terms and conditions provided in this VSC. Upon cancellation of this VSC by NESNA, We, at least five days prior to cancellation, will mail to You at your last known address, a written prior notice of cancellation that states the effective date of the cancellation; provided that prior notice is not required if cancellation is for:

(1)  Nonpayment of NESNA's fee for the service provided under this VSC;

(2)  A material misrepresentation by You to NESNA; or

(3)  A substantial breach of duties of You under this VSC

**Idaho:** Cancel: Fee is $50. Obligations of NESNA under this VSC provider are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within sixty (60) days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. Coverage afforded under this motor VSC is not guaranteed by the Idaho Insurance Guarantee Association.

**Illinois:** The cancellation fee is $50 or 10% of the retail price, whichever is lesser. NESNA is the sole obligor under this VSC and is a) the party responsible for honoring cancellation requests, and b) solely responsible for payment of or reimbursement for all covered claims.

**Indiana:** This VSC is not insurance and is not subject to Indiana insurance law. Obligations of NESNA under this VSC provider are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within sixty (60) days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Iowa:** At the time of purchase of this VSC, the following options for payments are made available to You: 1) Single payment; 2) 0% financing; or 3) Financing through a lienholder.

The obligations of NESNA under this VSC are guaranteed under a motor vehicle mechanical reimbursement policy underwritten by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157-6596, Tel. 305-253-2244. If NESNA fails to pay or provide service on a claim within sixty days after proof of loss has been filed, then the VSC holder is entitled to make claim directly against the reimbursement policy.

FTC-PROD-00001086

If You cancel this VSC, then NESNA shall mail a written notice of termination to You within fifteen (15) days of the date of the termination. You may cancel and return this VSC within at least twenty (20) days of the date this VSC was mailed to You, or within at least ten (10) days after delivery of this VSC, if this VSC is delivered to You at the time of sale of this VSC, or within a longer period of time as permitted under this VSC. If You have made no claim under this VSC prior to returning it, then this VSC is void and its full purchase price shall be refunded to You. A 10% penalty shall be added each month to a refund that is not paid to You within thirty (30) days of returning this VSC to NESNA. The applicable time period for cancellation of this VSC shall apply only to the original VSC holder who purchased this VSC.

Consumers requesting additional information pertaining to this VSC may contact the Iowa Insurance Division, Two Ruan Center, 601 Locust Street, 4th Floor, Des Moines, IA 50309-3738, Tel. 515-281-5705.

**Kentucky:** The obligations of NESNA under this VSC are insured under a motor vehicle mechanical reimbursement policy underwritten by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. You are entitled to make a direct claim against the insurer in the event the claim is not paid within sixty (60) days after the proof of loss has been submitted to the VSC Administrator. In consideration of the provisions and stipulations of this VSC, it is agreed that the lienholder identified in the Application/Declaration shall be provided coverage under this VSC to the extent of its financial interest in the covered vehicle.

**Louisiana:** Under Section 11, the phrases "provided you have not filed a claim" and "if you have filed a claim" are deleted. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, You are entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Maine:** Maine: Your vehicle is covered under an express dealer warranty for thirty (30) days. The coverage provided under your VSC begins upon the expiration of:

1.  The thirty-day dealer express warranty period.
2.  The New Vehicle Limited Warranty, if any.

If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, including any sales tax refund required pursuant to state law. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid. If You cancel this VSC after 60 days, then You will be charged a $75 cancellation fee or 10% of the VSC purchase price, whichever is lesser. If NESNA cancels this VSC, then We will provide notice to You at least 15 days prior to cancellation stating the effective date and reason for cancellation.

**Maryland:** The VSC Purchaser is entitled to make a direct claim against the insurer in the event the claim is not paid within sixty (60) days after the proof of loss has been submitted to the VSC Administrator. Obligations of NESNA under this VSC are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. If You request cancellation of this contract, and if the refund is not paid or credited within forty-five (45) days after Your cancellation request to Us, then a 10% penalty will be added to the refund for every thirty (30) days the refund is not paid. The term of this VSC will be extended automatically if NESNA fails to perform the services under this VSC. This VSC does not terminate until the services are provided in accordance with the terms of this VSC.

**Minnesota:** This VSC is administered by Nissan Extended Services North America, which is obligated to perform under this VSC. The obligations of NESNA under this VSC are guaranteed under a motor vehicle mechanical reimbursement policy underwritten by American Reliable Insurance Company, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

Section 8 is amended to read: 8.11 Any coverage under this VSC if the information provided by the purchaser of this VSC is later discovered by NESNA to have been either false or clearly misleading in the submission of a claim. In Section 7, add "Statute 325F.662, subd.2, provides for express warranty coverage on used vehicles as follows: (1) if the used motor vehicle has less than 36,000 miles, the warranty must remain in effect for at least sixty (60) days or 2,500 miles, whichever comes first; (2) if the used motor vehicle has 36,000 miles or more but less than 75,000 miles, the warranty must remain in effect for at least thirty (30) days or 1,000 miles, whichever comes first. All coverage provided for your vehicle under this motor VSC shall exclude coverage currently in force under any express warranty providing the same coverage for such vehicle as outlined above."

Section 11 is amended to include the following: NESNA shall mail a written notice to you at your last known address at least fifteen (15) days prior to cancellation.

**Mississippi:** Section 11 is amended to include the following: NESNA shall mail a written notice to you at your last known address at least fifteen (15) days prior to cancellation.

**Missouri:** Obligations of the provider under this VSC are backed only by the full faith and credit of the provider (issuer) and are not guaranteed under a VSC reimbursement insurance policy. Nissan Security+Plus is administered by Nissan Extended Services North America, Inc., P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000. Cancel: Fee is $50. If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, less any claims paid on this VSC. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then We will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid.

If NESNA cancels this VSC, then We will provide written notice to You within 45 days of the cancellation effective date.

**Montana:** If NESNA cancels this VSC for reasons other than nonpayment, material misrepresentation or substantial breach of duties, then NESNA will provide cancellation notice to You at least 5 days prior to cancellation stating the effective date and reason for cancellation.

**Nebraska:** The obligations of NESNA under this VSC are insured by a policy of insurance issued by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157. Please call Tel. 305-253-2244 for instructions.

**Nevada:** Obligations of the provider under this VSC are backed only by the full faith and credit of the provider and are not guaranteed under a reimbursement insurance policy. This VSC is not renewable. NESNA will refund to You the purchase price of this VSC within 45 days after it has been canceled. If We do not refund the purchase price within 45 days, then We will pay You a penalty of 10% of the purchase price for every 30-day period that the refund remains unpaid. NESNA may cancel this VSC for the following reasons:

(a)   Failure by You to pay an amount when due;

(b)   Conviction of You of a crime which results in an increase in the service required under this VSC;

(c)   Discovery of fraud or material misrepresentation by You in obtaining this VSC, or in presenting a claim for service thereunder;

FTC-PROD-00001087

(d)  Discovery of (1) An act or omission by You; or (2) A violation by You of any condition of this VSC, which occurred after the effective date of this VSC and which substantially and materially increases the service required under this VSC;

(e)  A material change in the nature or extent of the required service or repair which occurs after the effective date of this VSC and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that this VSC was issued or sold.

If NESNA initiates cancellation of this VSC, then cancellation will not become effective until at least 15 days after the notice of cancellation is mailed to You, and We will not charge You a cancellation fee.

If You request cancellation of this VSC, then We will charge a $25 cancellation fee to cover staff time processing, telephone, postage, mailing, and supplies. Transfer: Fee is $25.

**New Hampshire:**

1.  Replacement of any part may be made with a part of like kind or quality.
2.  For terms, conditions and exclusions regarding what is not covered under this VSC, see the appropriate section of the VSC.
3.  This VSC covers the specific components set forth therein upon expiration of the manufacturer's warranty.

**New Jersey:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Cancel: NESNA will pay You a 10% per month penalty, based upon the purchase price of this VSC, if the refund or credit is not completed within 45 days of the cancellation of this VSC. If NESNA cancels this VSC, then we will mail You a written notice at your last known address notifying You of the reason for and effective date of the cancellation. You will receive the cancellation notice at least five days prior to the effective date of the cancellation. You will not receive written notice if the reason for cancellation is non-payment of the provider fee, material misrepresentation or omission, or a substantial breach of the contractual obligations outlined in this VSC.

**New Mexico:** If You cancel this VSC within 60 days of its effective date, then there is no fee. If We do not refund the VSC purchase price within 60 days of receiving Your cancellation request, then We will pay You a penalty of 10% of the VSC purchase price for each 30-day period that the refund remains unpaid.

After 60 days, the cancel fee is $75 or 10% of the VSC purchase price, whichever is lesser. You will not be charged a cancel fee if NESNA cancels this VSC, and We will notify You at least 15 days prior to cancellation. If this VSC has been in effect for at least 70 days, then NESNA can cancel only for nonpayment, conviction of a crime that results in an increase in the service required under this VSC, discovery of fraud or material misrepresentation by You in obtaining this VSC or in presenting a claim thereunder, or discovery of either of the following if it occurred after the effective date of this VSC and substantially and materially increased the service required under this VSC: (a) an act or omission by You, or (b) a violation by You of any condition of this VSC.

**New York:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider. You have the right to return this VSC, pursuant to Sections 7905(n) and 7903(e) of Article 79 of the state Insurance Law. This VSC contains a termination provision requiring the VSC provider to mail written notice to You at least 15 days prior to cancellation by NESNA, unless the termination is for nonpayment of the provider fee, material misrepresentation, or substantial breach of duties by the consumer, pursuant to Section 7905(k) of the state Insurance Law.

**North Carolina:** If You cancel this VSC, then the fee is $75 or 10% of the VSC purchase price, whichever is lesser. NESNA will not cancel this VSC due to total loss or repossession of Your vehicle.

**North Dakota:** Nissan Security+Plus is administered by Nissan Extended Services North America, Inc., P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000.

**Oregon:** NESNA is the sole obligor under this VSC and is solely responsible for all covered claims. All VSCs issued by NESNA, Inc. are guaranteed by its parent company, NESNA, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000. Your refund may be requested and obtained directly from NESNA, or requested from the selling dealer for distribution from the dealer or directly from NESNA.

Replace Section 14 Arbitration in its entirety with "Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this clause, and the arbitrability of the claim or dispute), between You and NESNA or its employees, agents, successors or assigns, which arises out of or relates to any resulting transaction or relationship (including any such relationship with third parties who do not sign Your VSC) shall be resolved through arbitration by mutual agreement and conducted under Oregon law in the contract holder's county or another agreed upon location."

**South Carolina:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider. Consumers requesting additional information or in the event of a problem that cannot be resolved with NESNA may contact the South Carolina Department of Insurance, Office of Special Services, P.O. Box 100105, Columbia, SC 29202-3105, Tel. 800-768-3467. If You cancel this VSC within 60 days and NESNA does not refund the full purchase price within 45 days from the date We receive Your request, then We will pay You a refund penalty of 10% for each month the refund remains unpaid.

If NESNA cancels this VSC for reasons other than nonpayment, material representation, or substantial breach of duties by You, then We will provide notice of cancellation to You at least 15 days prior to cancellation stating the effective date and reason for cancellation.

**Texas:** Cancel: Fee is $50. If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, less any claims paid. If NESNA cancels this VSC for reasons other than nonpayment, fraud or material representation, or substantial breach of duties by You, then We will provide notice of cancellation to You at least 5 days prior to cancellation stating the effective date and reason for cancellation, and We will not charge You a cancellation fee. A 10% penalty per month shall be added to a refund that is not paid or credited within 45 days after return of this VSC to NESNA. Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Consumers requesting additional information or in the event of a problem that cannot be resolved with NESNA may contact the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, Tel. 800-803-9202.

**Utah:** Obligations of NESNA under this VSC are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the contract holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

This VSC is subject to limited regulation by the Utah Insurance Department. To file a complaint, contact the Utah Insurance Department at 801-538-3800. Coverage afforded under this VSC is not guaranteed by the Property and Casualty Guaranty Association. Under Section 5, insert:

• "If emergency repair is required and performed outside of normal business hours, call 800-647-7261 the next business day, or as soon as reasonably possible, to submit a request for reimbursement. Failure to give any notice or file any proof of loss required by the policy within the time specified in the policy does not invalidate a claim made by the insured, if the insured shows that it was not reasonably possible to give the notice or file the proof of loss within

FTC-PROD-00001088

the prescribed time and that notice was given or proof of loss filed as soon as reasonably possible. NESNA will determine if the mechanical breakdown is related to a component covered by this VSC and will reimburse you in accordance with this VSC."

Under Section 11, replace "if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this VSC, or c) the registered vehicle has been used in any manner not covered by this VSC" with "due to material misrepresentation; substantial change in the risk assumed, unless NESNA should reasonably have foreseen the change or contemplated the risk when entering into the contract; and substantial breaches of contractual duties, conditions, or warranties."

Under Section 11, insert third paragraph to read: "If your policy is cancelled for any of the reasons stated above except for nonpayment of premium, the cancellation is effective no sooner than 30 days after the delivery or first-class mailing of a written notice to you. If your policy is cancelled due to nonpayment of premium, the cancellation is effective no sooner than 10 days after delivery or first class mailing of a written notice to you." At the time of purchase of this VSC, the following options for payments are made available to you:

1) Single payment
2) 0% Financing
3) Financing through a lienholder.

**Vermont:** Any person who knowingly presents a false statement in an application for coverage under this VSC may be guilty of a criminal offense and subject to penalties under state law. For fraud or material misrepresentation in the presentation of a claim, the claim will be denied and the policy will be cancelled.

**Virginia:** If any promise made in this VSC has been denied or has not been honored within 60 days after your request, You may contact the Virginia Department of Agriculture and Consumer Services, Office of Charitable and Regulatory Programs at http://www.vdacs.virginia.gov/food-extended-service-contract-providers.shtml to file a complaint.

**Washington:** This VSC is not an insurance contract.

Trip interruption: The state of Washington requires that an insurance company underwrite trip interruption benefits, so Cross Country Motor Club has engaged Old Republic Insurance Company. Claims are to be submitted to Cross Country for routine handling, but after sixty (60) days from your filing a proof of loss, you are entitled to also submit a claim directly to Old Republic Insurance Company - Tulsa Branch, 8282 South Memorial Drive, Tulsa, OK 74133, Tel. 918-307-1000.

Definitions:

**Motor vehicle/vehicle** means any vehicle subject to registration under Chapter 46.16 RCW described in the **Application/Declaration** that is covered under this **VSC.**

**Provider Fee/Single Payment Contract Sales Price** means the consideration paid by the consumer for the **VSC.**

**Reimbursement Insurance Policy** means a policy of insurance issued by American Bankers Insurance Company of Florida issued to **NESNA.**

**VSC** means a **Service Contract/Service Agreement** which You have purchased for the **Motor Vehicle/Vehicle** described in the **Application/Declaration.**

**VSC Holder/You/Your** means the person who is the purchaser or holder of the **VSC** as shown in the **Application/Declaration.**

**VSC Provider** means NESNA, who is contractually obligated to the **VSC Holder** under the terms of the **VSC.**

Cancel: You may submit a cancellation request directly to your selling dealer, NESNA, or to the insurer of the reimbursement insurance policy. Fee is $25. A 10% penalty shall be added to any refund that is not paid within thirty days of return receipt of the VSC to the provider.

Transfer: Fee is $25. After the first 60 days, NESNA may not cancel the VSC and is fully obligated under the terms of the VSC. The State of Washington is the jurisdiction of any civil action in connection with a motor VSC. The State of Washington commissioner is the VSC provider's attorney to receive service of legal process in any action, suit or proceeding in any court. The implied warranty merchantability on the covered vehicle is not waived if the VSC has been purchased within ninety days of the purchase date of the covered vehicle and through the dealer from whom the vehicle was purchased.

NESNA shall not deny a claim for coverage based upon the VSC holder's failure to properly maintain the vehicle, unless the failure to maintain the vehicle involved the failed part or parts. NESNA's obligations under this VSC are guaranteed under a motor vehicle mechanical reimbursement insurance policy, Policy Number SFN-68-WA-1, issued to NESNA by American Bankers Insurance Company of Florida. We encourage you to submit your proof of loss directly to NESNA at P.O. Box 685009 (P-3-B), Franklin, TN 37068-5009 or by calling 800-888-5245. The claimant also has the option to submit a claim in writing to the insurer, American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Wisconsin:** NESNA (P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000) is the administrator and sole obligor under this VSC and is solely financially responsible for all covered claims.

**THIS CONTRACT IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE.**

In the state of Wisconsin, preauthorization of repair work is required by NESNA. However, if extenuating circumstances prevent you from obtaining preauthorization, NESNA will not deny a claim based solely on the lack of preauthorization.

Section 11 is amended as follows: If Your vehicle is repossessed, stolen or declared a total loss, You authorize the lender, if any, to cancel this VSC. If NESNA does not pay or credit a refund within 45 days after the return of Your contract to us, then we will pay a 10% per month penalty of the refund amount outstanding, which we will add to the amount of Your refund. If you cancel Your contract after having filed a claim, or 60 or more days after purchasing Your contract, then Your refund will be based on the lesser of the unused percentage of either time or mileage purchased. For example, if You purchased an 84-month/100,000-mile contract and canceled it at 48 months/60,000 miles, then the unused portion of Your time would be 36 months, or 43%, and the unused portion of you mileage would be 40,000 miles, or 40%. As a result, if You paid $1,000 for Your contract, then Your refund would be 40% (the lesser of the unused percentage of either time or mileage purchased), or $400, less the aforementioned cancellation fee.

You may return this VSC within 20 days of the date it was mailed to You, or within 10 days if it was delivered to You at the time of sale, and receive a full refund of the purchase price of this VSC.

In the event of a total loss of property covered by a VSC that is not covered by a replacement of the property pursuant to the terms of this VSC, You are entitled to cancel this VSC and receive a pro rata refund of any unearned provider fee, less any claims paid. In this case, NESNA will waive the $75 cancel fee.

Delete Section 14 Arbitration in its entirety.

NESNA may cancel this VSC only for nonpayment of the provider fee, material misrepresentation by You to NESNA, or substantial breach of duties by You relating to this VSC or its use. If NESNA cancels this VSC:

FTC-PROD-00001089

(a)  NESNA will mail a written notice to You at Your last-known address contained in Our records at least 5 days prior to cancellation by Us.

(b)  The notice under par. (a) will state the effective date of the cancellation and the reason for the cancellation.

(c)  If NESNA cancels this VSC for a reason other than nonpayment of the provider fee, We will refund to You 100% of the unearned pro rata provider fee, less any claims paid.

(d)  NESNA will not charge a cancel fee that exceeds 10% of what You paid for this VSC.

**Wyoming:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Under Section 11, the following state requirements apply: If this VSC was financed and no proof of payoff is submitted, then the refund will be paid to the purchaser and the lienholder as an additional payee. Lienholders may cancel this VSC only if your vehicle is a total loss or repossessed.

1.  Provisions for cancellation by the VSC holder: W.S. 26-49-103(e) "... A ten percent (10%) penalty per month shall be added to a refund that is not paid or credited within forty-five (45) days after return of the VSC to the provider."

2.  Provisions for cancellation by the VSC provider: W.S. 26-49-105(k) "... The provider of the VSC shall mail a written notice to the VSC holder at the last known address of the VSC holder contained in the records of the provider at least ten (10) days prior to cancellation by the provider. Prior notice is not required if the reason for cancellation is nonpayment of the provider fee, a material misrepresentation by the VSC holder to the provider or a substantial breach of duties by the VSC holder relating to the covered product or its use."

Under Section 14, the following state requirements apply: You are not required to arbitrate any claim in the event of disagreement with NESNA, nor shall any language in Section 14 require arbitration results to be binding on the parties without the right of appeal, unless the parties agree to be so bound by a separate agreement. Also, any arbitration proceedings shall be conducted within Wyoming.

## 11  HOW DO I CANCEL MY VSC?

You or a person authorized by you may cancel this VSC by submitting a written cancellation request which includes the mileage (signed Odometer Statement or recent service record) of the vehicle at the time the cancellation is to be effective, and mailing this information to your selling dealer as listed in the Application/ Declaration, or directly to NESNA, P.O. Box 685004, Franklin, TN 37068-5004.

NESNA and/or the Lienholder may cancel this VSC if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this VSC, or c) the registered vehicle has been used in any manner not covered by this VSC.

If this VSC is cancelled within 60 days from the VSC effective date, then you will receive a full refund provided you have not filed a claim. If you have filed a claim or if this VSC is cancelled after 60 days, then the refund will be calculated based on the greater of the time in force or the mileage driven compared to the total time or mileage of your term. In addition, a processing fee of $75 (or as noted in Section 10) will be deducted from the refund.

If the VSC was financed, then the refund will be paid to the lienholder unless proof of pay-off is submitted.

For questions, please contact your selling dealer or call 800-NISSAN1.

## 12  HOW DO I TRANSFER MY VSC?

This VSC is for the benefit of the Purchaser, and applies only to the vehicle listed in this VSC. However, this VSC may be transferred to subsequent owners of the covered vehicle in the case of a private party sale only, and if all of the following conditions are met:

1.  **The vehicle's service records are current and indicate that the vehicle was maintained in accordance with Nissan's recommendations. In the event service records are not available, NESNA may require the vehicle to be inspected and serviced at an approved repair facility at the owner's expense to ensure the vehicle has been properly maintained. If the inspection and service disclose abnormal vehicle conditions, then the transfer request may be rejected. This determination shall be within the sole discretion of NESNA.**

2.  **The transfer request is made within 30 days of change in ownership.**

3.  **The transfer information and the appropriate signatures are provided in the Transfer Certificate section.**

4.  **A transfer fee of $50 (or as noted in Section 10), payable to NESNA, is included with the transfer request. Payment may be by check or money order.**

**NESNA cashes all checks upon receipt, but that does not constitute an approved transfer request. NESNA reviews all submitted documents, as well as other information such as vehicle history file, to determine whether or not to approve your request. It is NESNA's sole discretion to approve or deny a transfer request. If your request is denied, then your fee will be refunded.**

**An updated VSC will be sent to the subsequent owner after NESNA's receipt and successful processing of all requested material.**

FTC-PROD-00001090

## 13  TRANSFER CERTIFICATE

Address: _____ City: _____ State: _____

Zip: _____ Phone: _____ Date of Transfer: _____ Odometer at Transfer: _____

Transferred to: _____ Address: _____

City: _____ State: _____ Zip: _____

I have read and understand all the terms and conditions listed above:

Signature of Former Owner: _____ Date: _____

Signature of New Owner: _____ Date: _____

Your transfer request must include the following:
- Current and new VSC holder signatures
- Transfer date and mileage
- Current VSC holder's signature on the transfer request form OR copy of Power of Attorney and signature of that person who is authorized to sign for the current VSC holder
- Change of Ownership documents (at least one of the following: copy of title, registration application, Bill of Sale, and signed Odometer Statement on that date)
- Copies of complete maintenance records indicating the vehicle has been maintained in accordance with the manufacturer's recommendations OR inspection of the vehicle by a Nissan dealer and completion of a Vehicle Inspection Report (inspection at owner's expense)
- Transfer fee, by personal check or money order, payable to 'Nissan Extended Services North America' or 'NESNA'. Refer to Section 12 for transfer fee information.

Mail the items listed above, a copy of this Transfer Certificate and your transfer fee payment to:

NESNA
P.O. BOX 685004
FRANKLIN, TN 37068-5004
If you have any questions, please contact Nissan Consumer Affairs at 800-647-7261.





## 14 | ARBITRATION

**ARBITRATION CLAUSE - IMPORTANT - PLEASE REVIEW - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER THE POLICY HOLDER ('YOU/YOUR') OR NISSAN EXTENDED SERVICES NORTH AMERICA ('WE/US/OUR') MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT, OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, THEN YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US, INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this clause, and the arbitrability of the claim or dispute), between You and Us or Our employees, agents, successors or assigns, which arises out of or relates to any resulting transaction or relationship (including any such relationship with third parties who do not sign Your VSC) shall, at Your or Our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right You may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: JAMS, 1925 Main St., Ste. 300, Irvine, CA 92614 (www.jamsadr.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4604 (www.adr.org), or any other organization that You may choose subject to Our approval. You may get a copy of the rules of these organizations by contacting the arbitration organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which You reside, unless the seller of the vehicle is a party to the claim or dispute, in which case the hearing will be held in federal district where Your VSC was executed. We will advance Your filing, administration, service or case management fee, and Your arbitrator or hearing fee, all up to $2,500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party, in that case, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting the new arbitration shall be responsible for their filing fee and the other arbitration costs, subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. (symbol) 1 et., seq.), and not by any state law concerning arbitration.

You and We retain any rights to self-help remedies, such as repossession, and You and We retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed, or appealed to a different court. Neither You nor We waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This clause shall survive any termination, pay Your or transfer of Your purchase, lease agreement, or financing contract. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Clause shall be unenforceable.

Notwithstanding any other provision of this Arbitration Clause, the validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.





Applicable only if your contract(s) include Emergency Roadside Assistance (ERA) benefits. Please take a moment to find your VIN & Contract numbers on the Application/Declaration page and write them on these cards (if applicable). Tear out just one ERA card and keep in your wallet, purse or glove box in the unlikely event you need ERA for your covered vehicle.

NISSAN
**Certified Pre-Owned**
VIN #: [redacted]
Contract #: VSC11981640
**EMERGENCY ROADSIDE ASSISTANCE**
1-800-225-2476



Security+Plus

Model Year 2014 & later
**PREPAID MAINTENANCE AGREEMENT (PMA)**

APPLICATION/DECLARATION

## VEHICLE INFORMATION

| CONTRACT # | | VEHICLE ID NUMBER (17 DIGIT VIN) | |
|---|---|---|---|
| | | | |

| YEAR | MAKE | MODEL |
|---|---|---|
| 2017 | NISSAN | Rogue Spt/Qashqai |

## DEALER INFORMATION

| SELLING DEALER | PHONE NUMBER | | DEALER # |
|---|---|---|---|
| MANCHESTER CITY NISSAN 3872/5682 | (860) 643-4165 | | 5682 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 30 TOLLAND TURNPIKE | MANCHESTER | CT | 06040 |

| LIENHOLDER | ADDRESS | |
|---|---|---|
| ALLY FINANCIAL | PO BX 8128 | COCKEYSVILLE MD 21030 |

## CONTRACT HOLDER INFORMATION

| FIRST NAME | | LAST NAME | | |
|---|---|---|---|---|
| | | | | |

| ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | CT | |

| A/C PHONE | PM PHONE | EMAIL ADDRESS | |
|---|---|---|---|
| | | | |

## CONTRACT INFORMATION

| Vehicle Type | New Only | New & Used | | PURCHASE INFORMATION | EXPIRATION INFORMATION |
|---|---|---|---|---|---|
| Plan Type | Scheduled Maintenance | Basic+Plus Maintenance | Basic Maintenance | PURCHASE DATE | EXPIRATION DATE |
| Genuine Nissan 5W-30 or 0W-20* | ☐ | ☐ | ☒ | 10/30/2020 | 10/30/2026 |
| 2.0L VC-Turbo† | ☐ | ☐ | ☐ | PURCHASE MILEAGE | EXPIRATION MILEAGE |
| Nissan LEAF† | 1☐ 2☐ | Not applicable | | 18,098 | 78,098 |
| GT-R‡ | ☐ | Not applicable | | | |
| Titan XD Diesel** | ☐ | ☐ | ☐ | TERM / MILEAGE PURCHASED | PMA PURCHASE PRICE†† |

*Or SAE equivalent weight and specification engine oil. 6-month 5,000-mile intervals; †12-month, 7,500-mile intervals/Mobil 1 5W-30 only; ‡5-month, 7,500-mile intervals/100% electric, no oil used; §6-month 6,000-mile intervals/Mobil 1 0W-40 only; **12-month/10,000-mile intervals/Mobil Delvac 10W-30 Only

| TERM/MONTHS | MILEAGE |
|---|---|
| 72 | 60,000 |

$3,500.00

††Subject to state and local sales taxes, where applicable

## TIME & MILEAGE TERMS

Coverage under Scheduled Maintenance (PMA) begins on the vehicle's original In-Service Date listed above (i.e., the manufacturer's original new vehicle warranty start date) and zero miles on the odometer. Basic and Basic+Plus PMA coverage begins on the PMA Purchase Date and Odometer Reading shown above. In all cases, the PMA expires at the PMA Expiration Mileage or PMA Expiration Date listed above. Vehicles which have been in service more than 6 months from the in-service date, or which have more than 7,500 miles on the odometer, are only eligible for Basic and Basic+Plus PMAs. All plans are $0 deductible.

## CUSTOMER ACKNOWLEDGEMENT

I am applying for the Security+Plus PMA covering the motor vehicle described in this Application/Declaration. I agree that the time and mileage limits for Scheduled Maintenance PMAs begin from the Original Manufacturer's New Vehicle Warranty Start Date and zero miles on the odometer. For Basic and Basic+Plus PMAs, time and mileage limits begin on the PMA Purchase Date and Odometer Reading shown above. Nissan Extended Services North America (NESNA) reserves the right to accept, correct, modify or refuse any Application/Declaration. NESNA reserves the right to reject any Application/Declaration for any reason at its discretion upon return of the full amount paid. I agree that my PMA is being issued in accordance with the information contained in this Application/Declaration and is subject to the terms and conditions stated therein.

| X | 10/30/2020 | X | 10/30/2020 |
|---|---|---|---|
| | DATE | CUSTOMER | AUTHORIZED DEALER'S SIGNATURE | DATE |

SEC-PMA-526   0220

 **Security+Plus®**

**Model Year 2014 & later**
**PREPAID MAINTENANCE AGREEMENT (PMA)**

**1  HOW THIS SECURITY+PLUS PMA PROTECTS YOU**

In return for your payment, NESNA*, will arrange for a participating Nissan dealer to perform the service(s), including inspection and/or replacement of the parts listed and described in Exhibit A of this PMA, as applicable to the type of PMA that you purchased and vehicle which is covered by the PMA. Please refer to Exhibit A for your applicable plan's specific coverage information.

*Nissan Extended Services North America, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000.

**2  YOUR PMA TERM**

**This PMA applies during the term shown in the Application/Declaration.** Scheduled Maintenance PMAs begin at the Manufacturer's New Vehicle Warranty start date (i.e., the "in-service date" described in your warranty booklet and listed in the Application/Declaration) and at zero miles on the odometer. Basic and Basic+Plus PMAs begin at the time the PMA is sold and the odometer reading on that date.

**This PMA continues until the expiration date or vehicle mileage listed in the Application/Declaration is reached**, or until the performance of the final scheduled maintenance service covered (listed in Exhibit A) by the term of this PMA as provided in the Application/Declaration, whichever is earlier.

"Odometer Reading," which appears in the Application/Declaration, means the actual number of miles which the vehicle has been operated since manufacture as indicated on the vehicle's odometer, **unless the odometer is/has been broken, has been replaced or has been tampered with.** In such a situation, NESNA will make a good faith calculation of the total actual number of miles of vehicle operation since manufacture based on the information available. If ever the odometer is tampered with, and/or is inoperative, so that the vehicle's total actual number of recorded miles of operation since manufacture cannot be accurately determined by NESNA, this PMA will be void. Odometer reading reflects the mileage based upon the recording device and numerous factors, and may not reflect the actual distance traveled.

**3  THIS SECURITY+PLUS PMA COVERS**

* * * * Refer to Exhibit A for coverage afforded by this PMA for the type of vehicle (model/trim) and plan purchased, up to the time/mileage term limit (whichever occurs first) listed in the Application/Declaration.

**4  WHEN THESE SERVICES MAY BE PERFORMED**

The routine maintenance services described in Exhibit A of this PMA should be performed at the time and mileage intervals specified in Exhibit A. The number of services you can receive is based on the maintenance interval. Divide the term mileage by 5,000 miles to determine the maximum number of services. For example, a 36-month/45,000-mile term includes up to 9 services. Services can be used at any time, until you have used all your available services or your contract expires by time of mileage, whichever comes first.

**5  SCHEDULED MAINTENANCE SERVICE COVERAGE**

Please refer to the Maintenance Service Schedule described in Exhibit A for specific items and intervals. The Optional Premium Maintenance Upgrade items listed in the back of the Nissan Service and Maintenance Guide, and any other additional maintenance items NOT covered under this plan, may need to be inspected and/or replaced. For details relating to the expiration of your PMA, refer to the Application/Declaration.

**6  PARTS/FLUID REPLACEMENT**

The Basic and Scheduled Plans cover replacement of engine oil and oil filter. Scheduled Maintenance Plans also cover replacement of brake fluid, in-cabin microfilter and engine air filter. Replacement of covered parts/fluids will be made with Genuine Nissan or Nissan-approved replacement parts. Please refer to Exhibit A for parts/fluids covered. This plan pays for oil changes using Genuine Nissan 5w-30 or Genuine Nissan 0W-20 engine oil or SAE equivalent weight and specification engine oil per the Owner's Manual (except for Nissan GT-R, Altima Hybrid and all models with VC-Turbo engine that specify and for which this plan covers the cost of special engine oil). Your Nissan dealer may offer you alternative oils; or Genuine Nissan Ester Oil, neither of which is covered by this PMA, but is available for the additional cost of the alternative oil at the time of each oil change.

**7  HOW TO RECEIVE SERVICES**

• Return the vehicle to the selling Nissan dealer or the nearest participating Nissan dealer.
• Keep this PMA available in your vehicle.
**These services must be performed by your selling Nissan dealer or by any participating Nissan dealer in the U.S. (including Alaska and Hawaii, but excluding U.S. Territories).** Should you require assistance in locating the nearest participating Nissan dealer, point your browser to https://www.nissanusa.com/nissandealers/locate/ or call Nissan Consumer Affairs at 800-NISSAN-1. Services performed at any other service facility are not covered under the terms of this PMA and will NOT be eligible for reimbursement.

**8  CAR RENTAL REIMBURSEMENT (not applicable to GT-R*)**

The Scheduled Maintenance plan provides reimbursement for the actual expenses of substitute transportation up to $35, limited to one day, when having your scheduled maintenance performed as shown in Exhibit A. The LEAF plan provides reimbursement for the actual expenses of substitute transportation

SEC-PMA-526   0220                                          1

FTC-PROD-00001094

up to $35, limited to one day, when having your scheduled maintenance performed at the 30,000-mile service. The term of your PMA, which is detailed in the Application/Declaration, will determine your eligibility for car rental reimbursement. *Service Loan Cars are provided under the GT-R's ownership amenities during the Powertrain Warranty.

## 9 NO DEDUCTIBLE

Coverage for parts and services (including taxes) for maintenance services eligible under this PMA includes no deductible.

## 10 WHAT IS NOT COVERED

**NV200 Taxi is not eligible for coverage.** Any items not listed in Exhibit A for your type of plan and vehicle are not covered. Maintenance otherwise covered by this PMA which is required due to incidents caused by operating the vehicle in severe usage conditions such as pulling a trailer or other vehicle that exceeds Nissan's recommendation or exceeding the maximum Gross Vehicle Weight (GVW) of the vehicle is not covered by this PMA. (See your owner's manual.) **This PMA does not cover incidental or consequential damages** including but not limited to: loss of the use of the vehicle, rental vehicle, storage charges, lost wages, inconvenience, and commercial loss.

**No refunds will be given for scheduled maintenance not performed at the prescribed intervals, or for maintenance services that do not apply to a particular vehicle.**

## 11 TIRE ROAD HAZARD PROTECTION*

This PMA provides Tire Road Hazard Protection as detailed below.

- Tires
  This PMA provides protection against damage to tire(s) that is not covered by the tire manufacturer's warranty and is caused by roadway debris such as potholes, nails, glass, or any other materials that might cause damage to the tire(s).
- Eligibility and Extent of Coverage
  This PMA covers the four original tires equipped on the vehicle at the time of your purchase of the vehicle. This PMA provides reimbursement for your tire repair costs or replacement of a covered tire(s) for the term of the plan or a maximum of 36 months on the 48- and 60-month plans, whichever is less, or until the covered tire's tread depth wears below 2/32 inch (4/32 inch for truck/sport utility vehicles), whichever occurs first (time or mileage).
- Flat Tire Repair Coverage (not applicable to GT-R**)
  This PMA will cover 100 percent of the cost to safely repair a covered tire up to a maximum of $35 in the event that a tire develops a repairable leak or puncture due to a road hazard condition. **GT-R tires must be replaced, once removed from the wheel.
- Tire Replacement Coverage
  This PMA covers the cost of a required tire replacement of a covered tire if replacement becomes necessary due to damage caused by a non-repairable road hazard in accordance with the pro-rated schedule listed below. Eligible tires are covered up to $250 per claim, ($550 per tire for GT-R) up to a maximum of four damaged tires per vehicle during the period of tire coverage provided by this PMA (see above). Included in this amount is a $25 allowance (per tire) for mounting & balancing, replacement of rubber valve stems, wheel weights, and tire disposal fees.
- What Is Not Covered
  **Premature or irregular tire wear; tire damage due to improper inflation, misalignment of wheels, fire, a vehicle collision or accident, vandalism, malicious or intentional acts or abuse, tire chains, or mechanical defects of the vehicle; scuffing damage to sidewalls or other cosmetic damage; roadside assistance services and towing costs.**
  NOTE: This is a tire repair/replacement reimbursement program ONLY. As detailed above, roadside assistance and towing are not covered or included.

|  | Tire Tread Depth Remaining | Replacement Coverage Percent |  | Tire Tread Depth Remaining | Replacement Coverage Percent |
|---|---|---|---|---|---|
| Cars | 8/32" or Greater | 100% | Light Truck and Sport Utility | 10/32" or Greater | 100% |
|  | 6/32" to 7/32" | 75% |  | 8/32" to 9/32" | 75% |
|  | 4/32" to 5/32" | 50% |  | 6/32" to 7/32" | 50% |
|  | 2/32" to 3/32" | 25% |  | 4/32" to 5/32" | 25% |
|  | 2/32" or Below | 0% |  | 4/32" or Below | 0% |

- How To Receive Reimbursement For Tire Road Hazard Repair or Replacement
  Many Nissan or Infiniti dealers will be able to make necessary tire repairs or replacement services, and process your claim for reimbursement. If you have the repair/replacement done at an independent repair facility, you must submit a letter requesting evaluation for reimbursement which must include the following five items:
    1. Full VIN and PMA number
    2. Vehicle mileage
    3. Original repair order receipt from the dealership or repair facility
    4. Tread depth of damaged tire and cost of repair / replacement
    5. Reason for tire repair or replacement (what happened that caused the damage)
  Mail to: Security+Plus Prepaid Maintenance Tire Protection, Claims Department P.O. Box 9145, Medford, MA 02155.
- Recorded information about how to obtain reimbursement is also available by calling **800-225-2476, Option 3**.
- **Tire road hazard protection is not available on Basic plans and all contracts sold by dealers in Florida.**

FTC-PROD-00001095

- If you also have a Security+Plus Gold Preferred, Silver Preferred or Powertrain Preferred Vehicle Protection Plan, you can use the Roadside Assistance benefits provided with that plan to obtain flat tire service (change to your working spare) and then have your tire repaired or replaced under your Tire Road Hazard protection included with Security+Plus PMA.

\*Tire Road Hazard Protection services are administered by Cross Country Motor Club, Inc. Medford, MA 02155, except in AK, CA, HI, OR, WI and WY, where services are administered by Cross Country Motor Club of California, Inc., Medford, MA 02155. Reimbursement for claims may be mailed directly to: Security+Plus Prepaid Maintenance Tire Protection, Claims Department, P.O. Box 9145, Medford, MA 02155.

## 12  NOT A WARRANTY

THIS PMA IS NOT A WARRANTY, AN EXTENSION OF A NEW VEHICLE WARRANTY, OR AN IMPLIED OR GENERAL WARRANTY, AND IT IS NOT PROVIDED OR SOLD AS A CONDITION OF, OR INCLUDED WITH, THE SALE OF THE VEHICLE. This PMA is a "Service Contract" as defined in federal law and is sold only as a separate product apart from the vehicle itself. (See 15 USCS SEC. 2301 (8).) BY ENTERING INTO THIS PMA, YOU DO NOT WAIVE ANY APPLICABLE WARRANTIES. Be sure to read this PMA carefully so that you understand the difference in coverage between your Warranties and this PMA. FURTHER, you are advised that there are various state and federal laws that protect your interests as a consumer. In the event of a problem that cannot be resolved with NESNA, you may have other rights and remedies available to you.

## 13  CALIFORNIA-SPECIFIC INFORMATION

Section 14 is deleted in its entirety and replaced with the following information:

Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000, CA License #0E81392.

NESNA is the sole obligor under this PMA and is solely responsible for payment of or reimbursement for all covered claims. If any promise made in this PMA has been denied or has not been honored within 60 days after Your request, you may contact the California Department of Insurance at 800-927-4357 or access the department's Internet Web site (www.insurance.ca.gov).

This PMA is a "Service Contract" as defined in federal law (see CIC 12800 et seq.).

Cancel: If You request cancellation, then the fee will be the lesser of $25 or 10% of the purchase price of this PMA. This fee shall only apply to cancellation requests outside the free-look period. NESNA-initiated cancellations are not subject to a cancellation fee.

You or a person authorized by you may cancel this PMA by submitting a written cancellation request which includes the mileage (odometer reading) of the vehicle at the time the cancellation is to be effective, and mailing this information to Your selling dealer as listed under the Application/Declaration.

If You cancel this PMA within 60 days of its effective date, then you will receive a full refund, or a pro rata refund if this PMA is cancelled within the free-look period but a claim has been paid by Us. After 60 days, a pro rata refund will be based on mileage driven, less a processing fee of the lesser of 10% of the PMA purchase price or $25.

(a)  NESNA may cancel this PMA within 60 days under the following conditions:

    (1)  Notice of cancellation is mailed to You postmarked before the 61st day after the date the PMA was sold by the selling dealer.

    (2)  NESNA provides You with a refund equal to the full purchase price stated in this PMA within 30 days from the date of cancellation. However, if NESNA has paid a claim, or has advised You in writing that it will pay a claim, it may provide a pro rata refund, less the amount of any claims paid prior to cancellation.

    (3)  This PMA ceases to be valid no less than 5 days after the postmark date of the notice.

    (4)  The notice states the specific grounds for the cancellation.

(b)  NESNA may at any time cancel this PMA for nonpayment by You, conditioned upon each of the following:

    (1)  Notice of cancellation is mailed to You.

    (2)  If any refund is owed pursuant to Section 1794.41 of the Civil Code, the refund is paid within 30 days of the date of cancellation.

    (3)  This PMA ceases to be valid no less than 5 days after the postmark date of the notice.

    (4)  The notice states the specific grounds for the cancellation.

(c)  NESNA may at any time cancel this PMA for material misrepresentation or fraud by You, conditioned upon each of the following:

    (1)  Notice of cancellation is mailed to You

    (2)  A pro rata refund of the purchase price stated on the PMA is paid within 30 days of the date of cancellation.

    (3)  The notice states the specific nature of the misrepresentation.

(d)  If NESNA cancels this PMA it is liable for any claim reported to NESNA if the claim is reported prior to the effective date of cancellation and is covered by this PMA. For the purpose of this subdivision, You are deemed to have reported a claim if You have completed the first step required under this PMA for reporting a claim.

Transfer: Fee is $25.

FTC-PROD-00001096

## 14 CANCELLATION

You or a person authorized by you may cancel this PMA by submitting a written cancellation request which includes the mileage (signed Odometer Statement) of the vehicle at the time the cancellation is to be effective, and mailing this information to your selling dealer as listed under the Application/ Declaration.

NESNA and/or the Lienholder may cancel this PMA if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this PMA, or c) the registered vehicle has been used in any manner not covered by this PMA.

If this PMA is cancelled within 60 days of its effective date, then you will receive a full refund, less any paid or pending claims.

After 60 days, a pro rata refund will be based on the greater of time in force or mileage driven, less a processing fee of $50 ($25 in AL, FL and WA, and $0 in GA).

| | 60 days or less | |
| --- | --- | --- |
| | No Claims | Claim(s) |
| Cost | $500 | $500 |
| Pro Rata | N/A | N/A |
| Claim* | $ -- | $100 |
| Process Fee | $ -- | $ -- |
| Refund | $500 | $400 |

* If applicable

NOTE: If this PMA was financed, then the refund will be paid to the lienholder unless proof of lien payoff is submitted.

## 15 TRANSFER REQUESTS

This PMA is for the benefit of the Purchaser and applies only to the vehicle listed in this PMA. However, this PMA may be transferred to subsequent owners of the covered vehicle in the case of a private party sale only, and if all of the following conditions are met:

1. The vehicle's service records are current and indicate that the vehicle was maintained in accordance with Nissan's recommendations. In the event service records are not available, NESNA may require the vehicle to be inspected and serviced at an approved repair facility at the owner's expense to ensure the vehicle has been properly maintained. If the inspection and service disclose abnormal vehicle conditions, the transfer request may be rejected. This determination shall be within the sole discretion of NESNA.

2. The transfer request is made within 30 days of change in ownership.

3. The transfer information and the appropriate signatures are provided in the Transfer Certificate section.

4. A transfer fee of $50 ($40 in FL, $25 in AZ and WA , $0 in GA) payable to NESNA is included with the transfer request. Payment may be by check or money order.

NESNA cashes all checks upon receipt, but that does not constitute an approved transfer request. NESNA reviews all submitted documents, as well as other information such as vehicle history file, to determine whether or not to approve your request. It is NESNA's sole discretion to approve or deny a transfer request. If your request is denied, then your fee will be refunded.

An updated PMA will be sent to the subsequent owner after NESNA's receipt and successful processing of all requested material.

FTC-PROD-00001097

**16  TRANSFER CERTIFICATE**

Address: _____ City: _____ State: _____

Zip: _____ Phone: _____ Date of Transfer: _____ Odometer at Transfer: _____

Transferred to: _____ Address: _____

City: _____ State: _____ Zip: _____

I have read and understand all the terms and conditions listed above:

Signature of Former Owner: _____ Date: _____

Signature of New Owner: _____ Date: _____

Your transfer request must include the following:

· Current and new PMA holder signatures
· Transfer date and mileage
· Current PMA holder's signature on the transfer request form OR copy of Power of Attorney and signature of that person who is authorized to sign for the current PMA holder
· Change of Ownership documents (at least one of the following: copy of title, registration application, or Bill of Sale; and signed Odometer Statement on that date)
· Transfer fee, by personal check or money order, payable to 'Nissan Extended Services North America' or 'NESNA'. Refer to Sections 13 & 15 for transfer fee information.

Mail the items listed above, a copy of this Transfer Certificate and your transfer fee payment to:

NESNA
P.O. BOX 685004
FRANKLIN, TN 37068-5004

NESNA may require the vehicle to be inspected and serviced at the owner's expense to assure that the vehicle has been properly maintained. If the inspection and/or service records show any abnormal conditions, NESNA will reject the transfer request.

If you have any questions, please contact Nissan Consumer Affairs at 800-647-7261.

FTC-PROD-00001098

## SCHEDULED MAINTENANCE

**EXHIBIT A**

| | Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| | Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | | |
| Replace engine oil and filter | | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | | • | • | • | • | • | • | • | • |
| Replace brake fluid | | | | | • | | | | • |
| Replace engine air filter | | | | | | | • | | |
| Replace in-cabin microfilter | | | | • | | | • | | |
| Replace manual transmission oil (Frontier only) | | | | | | | • | | |
| Rental Car | | | | | | | • | | |
| **Covered inspections** | | | | | | | | | |
| Automatic transmission/CVT fluid [1,5] | | | • | | • | | • | | |
| Axle & suspension parts | | | | | • | | | | • |
| Brake lines & cables | | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | | • | | • | | • | | • |
| Differential oil [5] | | | • | | • | | • | | • |
| Drive shaft boots [3] | | | • | | • | | • | | • |
| Engine drive belts | | | | | | | | | • |
| Exhaust system | | | | | • | | | | • |
| Front suspension ball joints | | | | | • | | | | • |
| Fuel lines/connections | | | | | • | | | | • |
| Fuel tank vapor vent system hoses | | | | | • | | | | • |
| Manual transmission oil [5] | | | • | | | | • | | • |
| Propeller shaft (4WD/AWD) | | | | | • | | | | • |
| Steering gear and linkage | | | | | • | | | | • |
| Steering linkage ball joints | | | | | • | | | | • |
| Transfer case oil (4WD/AWD) | | | • | | • | | • | | • |

| | Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|
| | Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| | Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | | |
| Replace engine oil and filter | | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | | • | • | • | • | • | • | • | • |
| Replace brake fluid [1] | | | | | • | | | | |
| Replace engine air filter | | | | | • | | | | |
| Replace in-cabin microfilter [1] | | • | | | • | | | • | |
| Replace manual transmission oil (Frontier only) | | | | | • | | | | |
| Rental Car | | | | | | | | | |
| **Covered inspections** | | | | | | | | | |
| Automatic transmission/CVT fluid [1,5] | | | • | | • | | • | | • |
| Axle & suspension parts | | | | | | | | | • |
| Brake lines & cables | | | | | • | | • | | • |
| Brake pads, drums, rotors & linings | | | • | | • | | • | | • |
| Differential oil [5] | | | • | | • | | • | | • |
| Drive shaft boots [3] | | | • | | • | | • | | • |
| Engine drive belts | | | • | | • | | | | • |
| Exhaust system | | | | | • | | | | • |
| Front suspension ball joints | | | | | • | | | | • |
| Fuel lines/connections | | | | | • | | | | • |
| Fuel tank vapor vent system hoses | | | | | • | | | | • |
| Manual transmission oil [5] | | | • | | | | • | | • |
| Propeller shaft (4WD/AWD) | | | • | | • | | | | • |
| Steering gear and linkage | | | | | • | | | | • |
| Steering linkage ball joints | | | | | • | | | | • |
| Transfer case oil (4WD/AWD) | | | • | | • | | • | | • |

[1] If applicable
[2] Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Murano AWD
[3] All front wheel drive, 4WD, AWD models.
[4] Murano, Altima, Maxima, Rogue, Sentra, Versa
[5] Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads

## BASIC+PLUS

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission/CVT fluid[3] | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential oil[1] | | • | | • | | • | | • |
| Drive shaft boots[2] | | • | | • | | • | | • |
| Exhaust system | • | • | • | • | • | • | • | • |
| Fuel lines/connections | | | | • | | | | |
| Fuel tank vapor vent system hoses | | | | | | | | • |
| Manual transmission oil[3] | | • | | • | | • | | • |
| Steering gear and linkage | • | • | • | • | • | • | • | • |
| Steering linkage ball joints | • | • | • | • | • | • | • | • |
| Transfer case oil (4WD/AWD)[3] | | • | | • | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission/CVT fluid[3] | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential oil[1] | | • | | • | | • | | • |
| Drive shaft boots[2] | | • | | • | | • | | • |
| Engine drive belts | | | | | | • | | |
| Exhaust system | • | • | • | • | • | • | • | • |
| Fuel lines/connections | | | | • | | | | |
| Fuel tank vapor vent system hoses | | | | • | | | | |
| Manual transmission oil[3] | | • | | | | • | | |
| Steering gear and linkage | • | • | • | • | • | • | • | • |
| Steering linkage ball joints | • | • | • | • | • | • | • | • |
| Transfer case oil (4WD/AWD)[3] | • | • | • | • | • | • | • | • |

[1] Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Murano AWD.

[2] All front wheel drive, 4WD, AWD models.

[3] Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.

## BASIC MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |

FTC-PROD-00001100

## GT-R SCHEDULED MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles | 6,000 | 12,000 | 18,000 | 24,000 | 30,000 | 36,000 | 42,000 | 48,000 | 54,000 | 60,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
| **Covered services** | | | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • | • | • |
| Replace in-cabin microfilter | | • | | • | | • | | • | | • |
| Replace transmission oil | | | • | | | • | | | • | |
| Replace differential oil front/rear | | | • | | | • | | | • | |
| Replace engine coolant | | | | | • | | | • | | |
| Replace engine air filter | | | | | | • | | | | • |
| Replace brake fluid | | | | | | • | | | | |
| Replace spark plugs | | | | | | | | | | • |
| Replace brake hoses | | | | | | | | | | • |
| Replace secondary air injection filter assy | | | | | | | | | | • |
| **Covered inspections** | | | | | | | | | | |
| Axle & suspension parts | • | • | • | • | • | • | • | • | • | • |
| Brake lines & cables | | • | | • | | • | | • | | • |
| Brake pads & rotors | • | • | • | • | • | • | • | • | • | • |
| Differential oil (front & rear) | | • | | • | | • | | • | | • |
| Drive shaft boots | • | • | • | • | • | • | • | • | • | • |
| Driving performance | | • | | • | | • | | • | | • |
| Secondary air injection system | | • | | • | | • | | • | | • |
| Engine drive belts | | | | • | | • | | • | | |
| Engine settings (Balancing of air flow for left & right banks) | | | | | | | | • | | • |
| Engine startability & abnormal sounds | | • | | • | | • | | • | | • |
| Exhaust system | • | • | • | • | • | • | • | • | • | • |
| Front suspension ball joints | • | • | • | • | • | • | • | • | • | • |
| Fuel lines/connections | | | | • | | | | • | | |
| Fuel tank vapor vent system hoses | | | | • | | | | • | | |
| Transmission oil | | • | | | | | | • | | • |
| Measurement & adjustment of wheel alignment | | | | | | | | • | | • |
| Propeller shaft | • | • | • | • | • | • | • | • | • | • |
| Steering gear and linkage | • | • | • | • | • | • | • | • | • | • |
| Steering linkage ball joints | • | • | • | • | • | • | • | • | • | • |
| Throttle chamber deposits | | • | | | | • | | • | | • |
| Transmission settings | | | | | | | | • | | • |

## LEAF SCHEDULE 1 & 2

**Key:** LEAF Schedule 1 = Prem/Sev   LEAF Schedule 2 = Std

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 | 67,500 | 75,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
| **Covered services** | | | | | | | | | | |
| Rotate tires | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 |
| Replace brake fluid | | 1 | | 1, 2 | | 1 | | 1, 2 | | 1 |
| Replace in-cabin microfilter | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| **Covered inspections** | | | | | | | | | | |
| Axle & suspension parts | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| Brake lines & cables | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| Brake pads & rotors | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 |
| Charging port | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| Drive shaft boots | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 |
| Front suspension ball joints | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| Reduction gear oil | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| Steering gear & linkage | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| Steering linkage ball joints | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| EV battery usage report[1] | | | | | | 1, 2 | | 1, 2 | | 1, 2 |

[1] Review of the EV Battery Usage Report is required as a condition of EV battery warranty. Refer to the Nissan LEAF Warranty Information Booklet for details.

## TITAN XD DIESEL - SCHEDULED MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |
| Replace fuel filters & drain water | | • | | • | | • | | |
| Replace brake fluid | | | | • | | • | | |
| Replace engine air filter | | | | | | • | | |
| Replace in-cabin microfilter | | | • | | | | | |
| Replace automatic transmission oil | | | | • | | | | |
| Replace Engine Coolant (every 45,000 miles) | | | | | | | | |
| Rental Car | | | | | | • | | |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | | | • | | |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential gear oil | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | • | | |
| Exhaust system | | | | • | | | | • |
| Fuel lines/connections | | | | • | | | | • |
| Propeller shaft & drive shaft boots (4WD models) | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | | • | | | | • |
| Transfer case fluid (4WD models) | | • | | • | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |
| Replace fuel filters & drain water | | • | | • | | • | | |
| Replace brake fluid | | | | • | | | | |
| Replace engine air filter | | | | • | | | | |
| Replace in-cabin microfilter | • | | | • | | | • | |
| Replace automatic transmission oil | | | | • | | | | |
| Replace Engine Coolant (every 45,000 miles) | • | | | | | | | |
| Rental Car | | | | • | | | | |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | | | • | | |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential gear oil | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | • | | |
| Exhaust system | | | | • | | | | • |
| Fuel lines/connections | | | | • | | | | • |
| Propeller shaft & drive shaft boots (4WD models) | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | | • | | | | • |
| Transfer case fluid (4WD models) | | • | | • | | • | | • |

FTC-PROD-00001102

## TITAN XD DIESEL - BASIC+PLUS

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Brake Fluid | | | | • | | | | • |
| Differential gear oil | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | • | | • |
| Engine air filter | | | | | | — | | |
| Exhaust system | | | | • | | | | • |
| Fuel Filters | | | | • | | | | • |
| Fuel lines | | | | • | | | | • |
| In-cabin microfilter | | | • | | | • | | |
| Propeller shaft & drive shaft boots (4WD models) | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | | • | | | | • |
| Transfer case fluid (4WD models) | | • | | • | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Brake Fluid | | | | • | | | | • |
| Differential gear oil | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | • | | • |
| Engine air filter | | | | • | | | | |
| Exhaust system | | | | • | | | | • |
| Fuel Filters | | — | | • | | — | | • |
| Fuel lines | | | | • | | | | • |
| In-cabin microfilter | • | | | • | | | • | |
| Propeller shaft & drive shaft boots (4WD models) | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | | • | | | | • |
| Transfer case fluid (4WD models) | | • | | • | | • | | • |
| Engine Coolant | — | | | | | | | |

## TITAN XD DIESEL - BASIC MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |

FTC-PROD-00001103

## 2.0L 4-Cyl Variable Compression Turbo Engine - SCHEDULED MAINTENANCE

**EXHIBIT A**

| | Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 |
| | Months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 |
| **Covered services** | | | | | | | | | |
| Rotate tires (every 7,500 miles or 12 months) | | • | • | • | • | • | • | • | • |
| Replace engine oil and filter (every 7,500 miles or 12 months) | | • | • | • | • | • | • | • | • |
| Replace brake fluid (every 15,000 miles or 24 months) | | | • | | • | | • | | • |
| Replace engine air filter (every 30,000 miles or 48 months) | | | | | • | | | | • |
| Replace in-cabin microfilter (every 11,250 miles or 18 months) | | | • | • | | | • | • | |
| Rental Car | | | | | | • | | | • |
| **Covered inspections** | | | | | | | | | |
| Automatic transmission fluid | | | • | | • | | • | | • |
| Brake lines & cables | | • | • | • | • | • | • | • | • |
| Brake pads, drums, rotors & linings | | • | • | • | • | • | • | • | • |
| Differential gear oil | | • | • | • | • | • | • | • | • |
| Engine drive belts | | | • | | • | | • | | • |
| Exhaust system | | | • | | • | | • | | • |
| Fuel lines/connections | | | • | | • | | • | | • |
| Propeller shaft & drive shaft boots (4WD models) | | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | • | | • | | • | | • |

## 2.0L 4-Cyl Variable Compression Turbo Engine - BASIC+PLUS MAINTENANCE

**EXHIBIT A**

| | Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 |
| | Months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 |
| **Covered services** | | | | | | | | | |
| Rotate tires (every 7,500 miles or 12 months) | | • | • | • | • | • | • | • | • |
| Replace engine oil and filter (every 7,500 miles or 12 months) | | • | • | • | • | • | • | • | • |
| **Covered inspections** | | | | | | | | | |
| Automatic transmission fluid | | | • | | • | | • | | • |
| Brake lines & cables | | • | • | • | • | • | • | • | • |
| Brake pads, drums, rotors & linings | | • | • | • | • | • | • | • | • |
| Differential gear oil | | • | • | • | • | • | • | • | • |
| Engine drive belts | | | • | | • | | • | | • |
| Exhaust system | | | • | | • | | • | | • |
| Fuel lines/connections | | | • | | • | | • | | • |
| Propeller shaft & drive shaft boots (4WD models) | | • | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | • | | • | | • | | • |

## 2.0L 4-Cyl Variable Compression Turbo Engine - BASIC MAINTENANCE

**EXHIBIT A**

| | Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 |
| | Months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 |
| **Covered services** | | | | | | | | | |
| Rotate tires (every 7,500 miles or 12 months) | | • | • | • | • | • | • | • | • |
| Replace engine oil and filter (every 7,500 miles or 12 months) | | • | • | • | • | • | • | • | • |

FTC-PROD-00001104

10-18


**Dealer Motor Services Inc.**
**dms**

# (Gap) Addendum    AT320

This Guaranteed Automobile Protection (GAP) Contract Addendum (addendum) amends the financing contract. This GAP addendum is between the customer/borrower (I, you or your) and the dealer/creditor (we, us, or our), or if assigned with the assignee.

| CUSTOMER/ BORROWER | DEALER/CREDITOR Manchester City Nissan (Chase Nissan) | | ACCOUNT NUMBER |
|---|---|---|---|
| | ADDRESS 30 Tolland Turnpike | | |
| | CITY Manchester | STATE CT | ZIP 06040 |
| | PHONE (860) 643-4165 | CONTACT | |

| YEAR 2017 | MAKE Nissan | MODEL Rogue Sport | VIN NUMBER | CURRENT MILEAGE 18098 |
|---|---|---|---|---|

| FINANCIAL AGREEMENT DATE 10/30/2020 | VEHICLE PURCHASE PRICE $21,922.05 | FINANCIAL INSTITUTION/ LENDER ALLY FINANCIAL | | |
|---|---|---|---|---|
| ☑ LOAN/INSTALLMENT SALES CONTRACT ☐ LEASE   *TERM OF LOAN/CONTRACT: 75 MONTHS | | ADDRESS PO BOX 8138 | | |
| **MSRP/NADA $ 24,550.00 | AMOUNT FINANCED $28,583.05 | CITY COCKEYSVILLE | STATE MD | ZIP 21030 |
| GAP COST $ 1,500.00 | For Administrative Purpose: CLASS 1 | PHONE | CONTACT | |

Maximum Term of GAP: 96 Months    **Maximum Eligibility Limit: 150% and/or $100,000

## The Charge for YOU for GAP is $  $1,500.00

Although not required to do so, you have elected to participate in our GAP Program. GAP does not take the place of insurance on the vehicle. You are responsible for maintaining collision and comprehensive insurance for the full value of the vehicle and any other insurance required by the financing contract or applicable law. You are responsible for all notifications or claims that are required to be filed with your automobile insurance company. We will not process or handle your insurance claims for you. TERMINATION OF ADDENDUM: This addendum will terminate on the date that either of the following events occur: 1. the date your financing contract is scheduled to terminate; 2. upon payment in full of the financing contract; 3. expiration of any redemption period following the repossession or surrender of the covered vehicle; 4. in the event of a constructive total loss or theft of the covered vehicle; or 5. the date the financing contract is prepaid or the financing contract is refinanced. It is your responsibility to notify the dealer/creditor, in writing, of your request to cancel this coverage and to request a refund/credit of the GAP charges.

IN THE EVENT OF A CONSTRUCTIVE TOTAL LOSS TO THE COVERED VEHICLE, WE AGREE TO WAIVE OUR RIGHTS AGAINST YOU FOR THE AMOUNT DUE UNDER A WAIVABLE LOSS. IN ADDITION TO THE PROVISIONS OF WAIVABLE LOSS, YOU WILL REMAIN RESPONSIBLE FOR PAYMENT OF ANY ITEMS STATED UNDER EXCLUSIONS.

YOUR RIGHT TO CANCEL: You have the unconditional right to cancel and terminate this optional addendum for a refund/credit of the unearned portion of the charge for this addendum at any time. If any termination occurs within 30 days of the addendum purchase you will receive a full refund/credit of the addendum cost, provided no loss has occurred. After 30 days, you will receive a refund/credit of the addendum cost calculated by the Pro Rata method, or by the refund method as may be required by state or federal law, less a $50.00 cancellation fee. We will refund all charges to the financial institution/lender. To cancel the addendum and request a refund/credit, you must contact the dealer/creditor, in writing, at the address shown above. If you do not receive the refund/credit within 60 days of notice of cancellation/termination, contact the GAP Administrator stated below. Cancellation cannot be processed while a claim is being paid or after a claim has been paid.

ENROLLMENT IS AVAILABLE ONLY AT THE TIME THE FINANCING CONTRACT IS ORIGINALLY EXECUTED. BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT YOUR ACCEPTANCE OF THIS GAP ADDENDUM IS VOLUNTARY AND IS NOT REQUIRED IN ORDER FOR YOU TO OBTAIN CREDIT, DOES NOT IMPACT YOUR ABILITY TO OBTAIN ANY PARTICULAR OR MORE FAVORABLE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THIS VEHICLE.

This coverage may decrease over the term of your financing contract and may not extend for the full term of your financing contract. You may wish to consult an alternative source to determine whether similar coverage may be obtained and at what cost. You also acknowledge that you have read and understand this addendum and its provisions. No other verbal representations have been made to you that differ from these written provisions. If you purchase GAP from this dealer/creditor, you understand that the dealer may retain all or a portion of the charge paid by you. This addendum includes a binding arbitration clause. You should carefully read the back of this addendum for additional information on eligibility, requirements, conditions and exclusions that could prevent you from receiving benefits under this addendum.

☐ Yes, I accept this GAP addendum and its terms and Conditions.

| X _____ Customer/Borrower Signature | 10/30/2020 Date | AT320#  AT AT320-159535 |
|---|---|---|
| X _____ Dealer/Creditor Signature | 10/30/2020 Date | |

REPORT YOUR TOTAL LOSS TO OUR GAP ADMINISTRATOR
Dealer Motor Services • P.O. Box 852770 RICHARDSON, TX 75085 • (800) 242-7316

Pg 1 of 4    ORIGINAL-CUSTOMER/BORROWER    YELLOW-DEALER/CREDITOR    PINK-ADMINISTRATOR    GOLD-FINANCIAL INSTITUTION/LENDER    AT-DMS 320 12-18

ASSIGNMENT: The GAP addendum will follow the financing contract or lease with no subrogation rights against the customer/borrower, if the financing contract is sold or assigned by the dealer/creditor.

LIMITATIONS:

A. No addendum will be issued for the covered vehicle with a Manufacturer's Suggested Retail Price (MSRP) or NADA retail value of more than $100,000, or if the amount financed exceeds $100,000 and/or 150%.

B. No coverage is provided for that portion of the net payoff that results from the amount financed/lease cap cost exceeding the Maximum Eligibility Limit stated above at the inception date of this addendum and will be deducted from the waivable loss due.

C. The waivable loss for financing contracts with terms greater than the Maximum Term of GAP stated above will be based on a net payoff calculated using the Maximum Term of GAP stated above.

D. Any addendum issued for an amount financed in excess of B or C above will be deemed eligible for enrollment as limited by this section.

E. No coverage is provided for a financing contract that does not have uniform monthly repayment terms for the full period of the financing agreement and/or for a financing contract that is self- financed.


LOSS DOCUMENT PROCEDURES: In the event of a constructive total loss, you must notify and provide all of the following to our GAP Administrator, Dealer Motor Services (at the address shown above): 1. a complete copy of the primary insurance settlement, including the valuation report; 2. a copy of the original financing contract and this addendum; 3. a copy of the accident/police report; 4. a copy of your automobile insurance policy; 5. a copy of the payoff from the financial institution/lender as of the date of loss; 6. a copy of the insurance settlement check; and 7. any additional reasonable documentation requested by our GAP Administrator or us. The GAP Administrator will not obtain this information for you. The GAP Administrator must receive this documentation within 90 days of settlement by your primary carrier. If you do not have primary insurance coverage, the Administrator must receive this documentation within 90 days from the Date of Loss. No waiver will be made if this documentation is not provided to the GAP Administrator within this stated time period. Reasonable access must be provided to the vehicle for inspection if required.

## DEFINITIONS

Actual Cash Value (ACV) – The retail value of the covered vehicle, on the date of loss, as listed in a national or regional guide, such as National Automobile Dealers Association (NADA) or, at the administrator's discretion, the GAP administrator may use an equivalent national or regional guide for the territory in which the covered vehicle is principally garaged. For a covered vehicle which has no retail value available, or is located in territories where NADA or an equivalent national or regional guide is not customarily used, ACV will be determined using the best information available to our GAP administrator, or which GAP administrator reasonably believes accurately reflects the retail value of the covered vehicle and is customarily used as the basis for establishing ACV for covered vehicle in the territory of the covered vehicle location.

Customer/Borrower (I, you or your) – The natural person(s) named in the financing contract receiving a financing contract from the financial institution/lender.

Constructive Total Loss – A direct and accidental loss of or damage of covered vehicle, which meets one of these criteria: 1. the total cost to repair the covered vehicle is greater than the ACV of the covered vehicle immediately prior to the date of loss; or 2. the covered vehicle is stolen and is not recovered within 30 days from the date a police report was filed, and your primary carrier declares the covered vehicle a total loss. In the case there is no primary insurance coverage, the covered vehicle must be available for the GAP Administrator's inspection or appraisal to determine if the covered vehicle is a constructive total loss. The Customer/Borrower is responsible for the cost of the inspection or appraisal. If the covered vehicle is not available for inspection or appraisal the waiver will not be granted, unless the vehicle has not been recovered due to theft.

Commercial Vehicle – Any vehicle in excess of 10,000 lbs, and/or used for commercial purposes including but not limited to: transportation of persons or property for hire, compensation, profit, or in the furtherance of a commercial enterprise, including but not limited to the following: a) a business name is permanently displayed on the vehicle; b) the vehicle is used for a business purpose more than 50% of the week; c) the primary insurance for the vehicle is a Business Auto Policy or Commercial Vehicle Policy. Trailers, special commercial usage optional equipment, accessories, and body components are excluded from coverage. Share-the-expense car pools are not considered a commercial purpose.

Covered Vehicle – Any four-wheel private passenger automobile, van, or light truck, as described in the financing contract, utilized for personal purposes. This definition is subject to the Exclusions provisions.

Date of Loss – The date on which covered vehicle is reported stolen or incurs physical damage that is severe enough to constitute a constructive total loss.

Delinquent Payment – Any payment, as described in the financing contract, which remains unpaid for a period of more than 30 days after the due date stated in the financing contract. The delinquent payment will be determined as of and limited to amounts past due on the date of loss.

Financing Contract – The contract which represents the financing agreement between the financial institution/lender and customer/borrower for the purchase or lease of the covered vehicle, and which explains the terms, conditions, inception date, and expiration date of the financing agreement.

Net Payoff – The amount of the financial institution/lender's interest as of the date of loss, as represented by the portion of the customer/borrower's unpaid balance according to the original payment schedule of the financing contract that is secured by collateral subject to the Limitations. The amount does not include any unearned finance charges; financing contract charges; late charges; any delinquent payments; uncollected service charges; refundable prepaid taxes and fees; disposition fees; termination fees; penalty fees; the recoverable portion of financed insurance charges; or the recoverable portion of financed amounts for unearned insurance premiums or refundable charges (including, but not limited to credit life and vehicle service coverages/warranties and guaranteed automobile protection charges) that are owed by you on the date of loss; and amounts that are added to the financing contract or lease balance after the inception date of the financing contract. The net payoff calculation also excludes loans or special finance offers that may waive or delay payment of principal and/or interest.

Waivable Loss – The difference between the net payoff and the primary carrier settlement. The waivable loss will not exceed $50,000. Waivable loss includes the amount of your physical damage deductible on the primary carrier's policy up to $1,000. In the event that there is no primary carrier coverage in effect on the date of loss, or if the primary carrier is declared insolvent, we will only waive the difference between the net payoff as of the date of loss and the ACV.

Primary Carrier – The insurance company that is selected by the customer/borrower to provide physical damage coverage on the vehicle; or provides liability coverage to any person who has caused your vehicle to incur a constructive total loss.

Self-financed – A financing contract that is funded and retained by the selling dealer or an affiliate.

Territory – This coverage applies only to payable losses sustained while the covered vehicle is on: 1. within the United States of America (U.S.), its territories or possessions; 2. Canada 3. being transported between any of the previously stated.

## CONDITIONS

Exclusions – This addendum will not provide coverage for loss:

1. Resulting from losses occurring prior to the effective date of this addendum.
2. Resulting from confiscation of covered vehicle by a government body or public official.
3. Caused by theft, unless customer/borrower or financial institution/lender files a police report.

FTC-PROD-00001106

4. Resulting from being operated, used, or maintained in any race, speed contest, or other contest.

5. To a covered vehicle held as security under any wholesale, floor plan, field warehouse, or any type of financing to a dealership.

6. To the following vehicles which are excluded from coverage: Daewoo, Bentley, Lamborghini, Lotus, Maserrati, Ferrari, Rolls Royce, Yugo, Aston Martin, RV's, boats, ATV's, snowmobiles, motorcycles, trailers and commercial vehicles.

7. To a covered vehicle with a financing contract in which the capitalized cost or total amount financed is more than the Maximum Eligibility Limit at the inception date of the financing contract.

8. Attributable to other than the standard or optional equipment available from the manufacturer of the covered vehicle or any personal property within the motor vehicle, including but not limited to: special carpeting, furniture, bars, audio, video, or data equipment, cooking and sleeping facilities, customized paint, or any equipment installed to overcome a physical handicap. Factory approved conversion packages and dealer installed options usually included in used car value guidebooks are not excluded.

9. Occurring after covered vehicle has been repossessed by a financial institution/lender or placed in a financial institution/lender's possession or in possession of a financial institution/lender's employees or agents.

10. For any amounts deducted from the primary carrier's settlement due to wear and tear, prior damage, unpaid insurance premiums, salvage, towing and storage and other condition adjustments.

11. To a covered vehicle with a salvage or rebuilt title at the time of sale or for which title has been changed or re-issued as salvage or rebuilt prior to the date of loss.

12. Resulting directly or indirectly from any fraudulent, deceptive, illegal, or criminal act by You, whether acting alone or in collusion with others.

13. If the customer/borrower is covered by another GAP insurance policy.

**Arbitration** – It is understood and agreed that the transaction evidenced by this addendum takes place in and substantially affects interstate commerce. Any controversy or dispute arising out of or relating in any way to this addendum or the sale of this addendum, including for recovery of any claim under this addendum including the applicability of this arbitration clause and the validity of this addendum shall be resolved by neutral binding arbitration on an individual basis without resort to any form of class action or any other collective or representative proceeding by the American Arbitration Association (AAA), under the Commercial Arbitration Rules in effect at the time the claim is filed. All preliminary issues of arbitration will be decided by the arbitrator.

1. The arbitration shall take place in the county of residence of the customer/borrower unless another location is mutually agreed upon by the parties. The arbitration shall take place before a single arbitrator selected in accordance with the AAA Commercial Arbitration Rules. AAA rules and forms may be obtained and all claims shall be filed at www.adr.org. or at any AAA office.

2. The cost of the arbitration shall be borne by us except that each party must bear the cost of filing and the cost of its own attorneys, experts and witness fees and expenses. You may seek a waiver of the filing fee under the applicable AAA rules. If the arbitrator holds that a party has raised a dispute without substantial justification, the arbitrator shall have the authority to order that the cost of the arbitration proceedings be borne by the other party.

3. It is understood and agreed that the arbitration shall be binding upon the parties, that the parties are waiving their right to seek remedies in court, including the right to a jury trial. You will not be able to participate as a representative or member of any class of claimants. An arbitration award may not be set aside in later litigation except upon the limited circumstances set forth in the Federal Arbitration Act. An award in arbitration will be enforceable under the Federal Arbitration Act by any court having jurisdiction.

4. All statutes of limitations that would otherwise be applicable shall apply to any arbitration proceedings. If any portion of this arbitration provision is deemed invalid or unenforceable, the remaining portions of this arbitration provision shall nevertheless remain valid and in force. In the event of a conflict or inconsistency between this arbitration provision and the other provisions of this agreement or any prior agreement, this arbitration provision shall govern.

Fraud and Misrepresentation - This addendum is issued in reliance upon the truth of all representations made by you. We will not pay a claim as to any financing contract where you: 1. Intentionally concealed or misrepresented any material fact; 2. Engaged in fraudulent conduct; or 3. Made a false statement relating to submitting a claim. If you have concealed or misrepresented any material fact(s) concerning this coverage, or in case of fraud, attempted fraud, or the false swearing by affecting any matter relating to this coverage, whether before or after waivable loss, this addendum may be denied and all charges will be returned.

## STATE PROVISIONS

The cancellation fee is not applicable in the following states: Colorado, Indiana, Louisiana, Missouri, New Hampshire, New Mexico, South Carolina, Vermont, and Wisconsin.

Alabama: If this addendum is cancelled early because of early termination of the Financing Contract, you will be entitled to any refund of the purchase price without having to request cancellation of the addendum. Any cancellation refund due under this addendum may be paid directly to the Lienholder, who may apply the refund as a reduction of the amount owed under the Financing Contract, unless You can show the Financing Contract has been paid in full. The cost of this addendum is not regulated and you should determine whether the cost of this addendum is reasonable in relation to the protection afforded by this addendum.

Alaska: The following language does not apply, "Waivable loss includes the amount of your physical damage deductible on the Primary Carrier's policy up to $1,000."

Georgia: The effective date of any cancellation may be no earlier than ninety (90) days prior to the date such written notice is received by Administrator.

Illinois: There is no deductible coverage available for vehicles leased in Illinois.

Kansas: EXCLUSIONS section is amended by deleting exclusion 8. Resulting directly or indirectly from any fraudulent, deceptive, illegal, or criminal act by You, whether acting alone or in collusion with others. ASSIGNMENT: This addendum will remain a part of the Financing Contract with no subrogation rights against the Customer/Borrower, if the Financing Contract or lease is assigned, sold or transferred by the Dealer/Creditor. The coverage provided by this Addendum may not cancel or waive the entire amount owing at the time of loss. If you have questions or complaints regarding this Addendum You may contact the Office of the State Bank Commissioner, 700 S.W. Jackson #300, Topeka, KS 66603, 1-785-296-2266 or toll free 1-877-387-8523.

Minnesota: THIS WAIVER IS OPTIONAL. YOU DO NOT HAVE TO PURCHASE THIS PRODUCT INORDER TO BUY OR LEASE THIS MOTOR VEHICLE. YOU ALSO HAVE A LIMITED RIGHT TO CANCEL.

FTC-PROD-00001107

Nebraska: This Addendum is not regulated by the Department of Insurance.

Nevada: Cancellations by Borrower:
(1) You may cancel this contract at any time by notifying Us in writing and enclosing a copy of this Waiver.
(2) If you cancel this Waiver in writing to Us within 60 days (new and 30 days used) after receipt of the Waiver.
(3) If you cancel this Waiver in writing to Us within 60 days (new and 30 days used) after receipt of the Waiver, and You have made a Claim, We will refund, at our option, a pro rata portion of the Waiver purchase price based on (a) expired months; or (b) expired mileage, or (c) the retail value of any service provided.
(4) If you cancel this Waiver in writing to Us after the first sixty (60) days (for new vehicle and 30 days for a used vehicle)n after receipt of the Waiver, We will refund, at our option, a pro rata portion of the Waiver purchase price based on expired months.
• A guaranteed asset protection waiverwaiver is not a policy of liability or casualty insurance nor does it satisfy the requirement
to maintain liability insurance, pursuant to NRS 485.185.
• Failure to make timely payment under the terms of the finance agreement may void the waiver.
The creditor may apply any refund owed to the borrower because of the cancellation of a GAP waiver, including, without limitation, cancellation during the free look period or cancellation caused by a default on the finance agreement or the repossession of the vehicle associated with the finance agreement, to any amount still owed to the creditor under the finance agreement.

New Hampshire: In the event You do not receive satisfaction under this Agreement, You may contact the New Hampshire Insurance Department at 21 South Fruit Street, Suite 14, Concord, NH 03301, 1-800-852-3416.

Oregon: In the Definitions section of this waiver, Net Payoff is amended to inlcude: If Borrower has insurance you must rely upon insurer's determination nof ACV. If insurance does not cover the loss, you must calculate the ACV using regional or national guide.ermination of Addendum is amended to add: Any cancellation refund shall be provided without requiring the Borrower to apply or submit a claim for the refund.

Pennsylvania: A portion of the charges you pay for your coverage will be retained by the Dealer.

South Carolina: THIS GAP WAIVER IS NOT REQUIRED TO OBTAIN CREDIT, NOR TO OBTAIN CERTAIN TERMS OF CREDIT OR TO PURCHASE THE RELATED MOTOR VEHICLE. THIS GAP WAIVER WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. The sale of the Addendum is not permitted if the amount financed, less the cost of a Waiver Addendum, the cost of credit insurance, and the cost of service contracts is less than eighty percent (80%) of the manufacturer suggested retail prices for a new vehicle or the National Automobile Dealers Association average retail value for a used vehicle.

Tennessee: The cost of this Addendum is not regulated and You have the responsibility to determine whether the cost of this Addendum is reasonabl in relation to the protection afforded by this Addendum.

Utah: This Addendum is subject to limited regulation by the Utah Insurance Commissioner and a complaint regarding this Addendum may be submitted to the Commissioner at the Utah Department of Insurance, State Office Building, Room 3110, Salt Lake City, UT 84114.

Vermont: We must assign, sell or transfer, within fifteen (15) business days, the Financing Contract to a Financial Institution/Lender as defined in subdivision 11101(32) of Title 8 or a credit union or entity licensed under subdivision 2201(a)(1) or (3) of Title 8 or this Addendum is void and You will receive a full refund of the charges of this Addendum.

Washington: 1. Any refund of the purchase price for an Addendum that was included in the financing of the Covered Vehicle or vessel may be applied by the Lender/Financial Institution as a reduction of the overall amount owed under the Financing Contract, rather than applying the refund strictly to the charge for this Addendum. 2. The Guaranteed Asset Protection Addendum is not credit insurance, nor does it eliminate the Customer/Borrower's obligation to insure the Covered Vehicle as provided by laws of this state. Purchasing a Addendum does not eliminate the Customer/Borrower's rights and obligations under the vendor single-interest and collateral protection coverage laws of this state.

Wisconsin: A cancellation refund within the first thirty (30) days will also include the amount of the applicable finance charge.

FTC-PROD-00001108

CATLPNACASCACTPNAC-31028



chase autocare

**Total Protection**
DECLARATIONS PAGE



| CUSTOMER | | | EMAIL ADDRESS | | |
|---|---|---|---|---|---|
| A█████ | | | TELEPHONE | | |
| C█████ | | STATE CT | ZIP CODE | | |

| DEALER Manchester City Nissan (Chase Nissan) | | | DEALER CODE | |
|---|---|---|---|---|
| ADDRESS 30 Tolland Turnpike | | | TELEPHONE (860) 643-4165 | |
| CITY Manchester | | STATE CT | ZIP 06040 | |

| LIENHOLDER ALLY FINANCIAL | | |
|---|---|---|
| ADDRESS PO BOX 8138 | | TELEPHONE |
| CITY COCKEYSVILLE | STATE MD | ZIP 21030 |

| ODOMETER MILEAGE ON GUARANTEE PURCHASE DATE  18098 | | VEHICLE PURCHASE PRICE $21,922.05 |
|---|---|---|
| GUARANTEE PURCHASE DATE 10/30/2020 | GUARANTEE PURCHASE PRICE $516.00 | GUARANTEE TERMS OF PAYMENT: PAID IN FULL ☐   PAYMENT PLAN ☐   FINANCED ☐   LEASED ☐ |
| YEAR 2017 | MAKE Nissan   MODEL Rogue Sport | VEHICLE IDENTIFICATION NUMBER ████████ |

Term: ☐ 12 mos ☐ 24 mos ☑ 36 mos ☐ 39 mos ☐ 42 mos ☐ 48 mos ☐ 60 mos ☐ 72 mos ☐ 84 mos

If no term is selected above, the 12 month term will automatically be applied.

YOU ARE NOT REQUIRED TO ENTER INTO THIS GUARANTEE IN ORDER TO PURCHASE, LEASE OR OBTAIN FINANCING FOR A VEHICLE. You should read this Guarantee carefully. It contains the entire guarantee between You and Us. It takes precedence over any other written or oral statements made to You with respect to this Guarantee. Any modification(s), alteration(s) or change(s) to the preprinted terms and conditions is/are invalid and of no force or effect.

_____
Customer Signature

_____
Dealership Signature

_____
Date

**AUTHORIZATION IS REQUIRED PRIOR TO THE COMMENCEMENT OF ALL REPAIRS!**
FOR NATIONWIDE CLAIMS CALL: 855-292-9312

White - Administrator        Canary - Dealer        Gold - Lessor        Pink - Customer        PDIBRE-PL-TPNA-C (AT-SP) 4-19

Performance to You under this Agreement is guaranteed through a policy of Insurance issued by Lyndon Southern Insurance Company 10151 Deerwood Park Blvd., Bldg. 100, Ste. 500, Jacksonville, FL 32256, Tel: (800) 888-2738.

In Georgia, our obligations under this agreement are insured under an insurance policy issued by the Insurance Company of the South, 10151 Deerwood Park Blvd., Bldg. 100, Ste. 500, Jacksonville, FL 32256, Tel: (800) 888-2738.

In California, New York, Rhode Island, and Wisconsin, our obligations under this agreement are insured under an insurance policy issued by Atlantic Specialty Insurance Company 605 North Highway 169, Suite 800, Plymouth, MN 55441, Tel: (800) 888-2738.

In the event the Obligor fails to pay an authorized claim within sixty (60) days after proof of loss has been filed, You may file a direct claim with Lyndon Southern Insurance Company, Insurance Company of the South, or Atlantic Specialty Insurance Company. To do so, please call the following toll-free number for instructions: (800) 888-2738.

## SECTION ONE – DEFINITIONS

ADMINISTRATOR – shall mean Independent Dealer Group, Inc. P.O. Box 852770, Richardson, TX 75085.
AUTHORIZED DEALER shall mean the licensed dealer named above that has provided this Guarantee.
DEALER CREDIT shall mean the Guarantee as described below.
DECLARATIONS PAGE – shall mean the numbered document which is part of this Guarantee where information regarding You, Your Vehicle and coverage options is shown.
TOTAL LOSS shall mean a Total Loss of the vehicle due to accidental occurrence or theft.
REPLACEMENT VEHICLE shall mean a vehicle to replace the vehicle as above.
VEHICLE shall mean any of the following: Motorized Automobile or Truck, not to exceed 80,000 GVW.
NEW VEHICLE is classified as a Vehicle with less than 40,000 miles and/or 3 model years.
USED VEHICLE is classified as a Vehicle in excess of 40,000 miles and/or 4 model years.
WE, US, AND OUR COMPANY means the dealer named on the Declarations Page.
YOU, YOUR – means the customer named on the Declarations Page.

## SECTION TWO – COVERAGES

### A. COVERAGES AND CONDITIONS

#### A.1. GUARANTEE

If the **Vehicle** is declared a **Total Loss** or unrecovered theft by **Your** primary insurance company within the number of months (term) as described above from the date of **Vehicle** purchase or lease, then subject to the conditions and limitations set forth below, the **Authorized Dealer** guarantees the following: if the original **Vehicle** was a New Vehicle as of the date of **Vehicle** purchase or lease, the **Authorized Dealer** will provide **You** with a credit towards the purchase or lease of a Replacement Vehicle in an amount up to 10% of the original MSRP, not to exceed five thousand dollars ($5,000), minimum payment three thousand dollars ($3,000). If the original **Vehicle** was a Used Vehicle as of the date of **Vehicle** purchase or lease, the **Authorized Dealer** will provide **You** with a credit toward the purchase or lease of a **Replacement Vehicle** in an amount up to three thousand dollars ($3,000) but not to exceed 50% of the NADA Retail Official Used Car Guide value of the **Vehicle** as of the date of **Vehicle** purchase or lease. In the event **You** do not have theft/comprehensive insurance in effect at the time of **Total Loss**, verification of **Total Loss** must be made, at **Your** expense, by an adjuster approved by the Company.

#### A.2. GUARANTEE PERIOD

The Guarantee begins at 12:01 a.m. on the Date of Vehicle Purchase or Lease set forth AS ABOVE ON this Guarantee. This Guarantee expires at 12:01 a.m. ACCORDING TO THE TERM from the Date of Vehicle Purchase or Lease set forth AS ABOVE ON this Guarantee.

#### A.3. GUARANTEE LIMITATIONS

1.  The maximum Limit of Total Loss Liability under this Total Loss Guarantee is $5,000.
2.  No Total Loss Guarantee will be available in the event such Total Loss Guarantee would totally eliminate any Dealer profit of Replacement Vehicle. In such event, a reduced amount will be paid.
3.  Any loss other than Total Loss, and any loss due to any fraudulent, dishonest, illegal, or criminal act by You, whether acting alone or in collusion with others, is specifically excluded.
4.  This Total Loss Guarantee is for the sole benefit of the registered customer shown on this Guarantee, may not be assigned or transferred to another person, may not be used at any other automobile dealer, and is not renewable.
5.  Replacement Vehicle shall be an amount equal to or greater than the value of the original vehicle.
6.  The guarantee holder is required to have comprehensive coverage on their automobile insuring at least 100% of the ACV of the vehicle.

B. CLAIM PROCEDURE

**Credit will only be available at the Authorized Dealer,** provided **You** report the **Total Loss** to law enforcement authorities within twenty-four (24) hours of knowledge of the Total Loss and the following is made available to the **Company within 30 days after the date of the Total Loss.**
1) Your copy of this Guarantee;
2) A copy of the Original and Replacement Vehicle's bill of sale;
3) A copy of the police report;
4) Verification from Your primary insurance carrier substantiating the date and cause of loss, net loss amount, copy of settlement check and breakdown of the gross settlement figures.

**For claims authorization please call 855-292-9312.**

C. EXCLUSIONS

1.) **Total Loss** or damage resulting from war, whether or not declared, invasion, civil war, insurrection, rebellion or revolution, nuclear reaction, nuclear radioactive contamination;
2.) **Total Loss** or damage resulting directly or indirectly from forgery or any dishonest, fraudulent or criminal act, or due to conversion, embezzlement or secretion by any person in lawful possession of the covered collateral.
3.) **Total Loss** occurring prior to the effective date of this guarantee.

## SECTION THREE – GUARANTEE GENERAL PROVISIONS

A. GUARANTEE GENERAL PROVISIONS

(1) Failure to satisfy the foregoing requirements will serve to terminate this Total Loss Guarantee with respect to the involved Total Loss. This is not an insurance policy and does not afford any protection against Bodily Injury or Property Damage, nor does it fulfill the requirements of financial responsibility laws. This Total Loss Guarantee does not eliminate the need for an automobile insurance policy. You can make a claim directly to the Administrator at 855-292-9312. (2) If more than one service guarantee/contract, warranty or insurance policy can be applied to a claim, coverage under this Guarantee shall be excess over all other such coverage(s), whether collectible or not. However, when You are required to pay a deductible under another service guarantee/contract, warranty or insurance policy, this Guarantee will reimburse You for such deductible if the claim would have been covered under this Guarantee. The maximum benefit per each covered deductible reimbursement shall be one hundred dollars ($100.00).

B. TRANSFER

Conditions and rights regarding transfer in the state where You purchased this Agreement may be different from the conditions and rights set forth in this subsection. Please read SECTION FOUR, "SPECIAL STATE DISCLOSURES AND REQUIREMENTS" for the state in which You purchased this Agreement. This Agreement applies only to You and the Vehicle listed on the Declarations Page. Only You can transfer this Agreement. This Agreement cannot be transferred to or from an automobile dealer. We will allow a transfer of this Agreement only if each of the following conditions, if applicable, are met:
(1) You have requested a transfer request form from Us within fifteen (15) days of the change of ownership of the Vehicle.
(2) Within thirty (30) days of change of ownership You provide Us with the following:
(a) Copy of Bill of Sale
(b) A transfer fee of fifty dollars ($50.00). Only a check or a money order will be accepted.
(c) The completed transfer request form with all required signatures.
(3) If the transferee does not receive a confirmation of transfer within forty-five (45) days after change of ownership, the transferee should notify Us.

C. CANCELLATION

1. The Guarantee Holder may cancel this Guarantee by contacting your issuing dealership.
2. If the Vehicle and this Guarantee have been financed, the lienholder may cancel this Guarantee for non-payment, or if the vehicle has been declared a total loss or has been repossessed. The rights under this Guarantee are transferred to the lienholder and the lienholder is also entitled to any refund.
3. The Agreement Holder may cancel this Agreement within thirty (30) days of the Agreement Purchase Date, if no claim has been made, and receive a full refund of the total Agreement Purchase price, less the applicable cancellation fee in the amount of seventy-five ($75.00). The Agreement Holder may cancel this Agreement at any other time and receive a pro-rata refund of the total Agreement Purchase Price based on the greater of the days in force or the miles driven compared to the total Agreement term, less the applicable cancellation fee. The term of this Agreement for cancellation purposes will be based on the date of purchase of the vehicle and the vehicle mileage on such date. Refunds issues hereunder shall be issued less the value of any services received by the contract holder (including claims paid).
4. In the event the purchase price of Your Guarantee is being paid for through a Payment Plan (or its equivalent) any outstanding balance held by payment plan provider would be deducted from the refund amount due to the Guarantee Holder.
5. The right of the Guarantee Holder to cancel the Guarantee applies only to the original purchaser of the Guarantee.
6. All refunds will be issued through the Dealer from whom the Guarantee was purchased.

Administrator reserves the right to cancel this Guarantee upon the occurrence of any of the following:

- Failure by the Guarantee Holder to pay an amount when due.
- Conviction of the Guarantee Holder of a crime, which results in an increase in the service required under this Guarantee.
- Discovery of fraud or material misrepresentation by the Guarantee Holder in obtaining this Guarantee or in presenting a claim for service hereunder.
- Discovery of an act or omission by the Guarantee Holder, or a violation by the Guarantee Holder of any condition of this Guarantee, which occurred after the effective date of this Guarantee and which substantially and materially increases the service required under this Guarantee, including but not limited to failure of the odometer of the vehicle or if for any reason it does not record the actual mileage of the vehicle after the Guarantee Purchase Date and the actual mileage of the vehicle cannot be established to a reasonable degree of certainty.
- A material change in the nature or extent of the required service or repair which occurs after the effective date of this Guarantee and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time this Guarantee was issued or sold.
- No cancellation of this Guarantee by The Administrator shall become effective until fifteen (15) days after the notice of cancellation is mailed to the Guarantee Holder the Administrator will not charge a cancellation fee if this Guarantee is canceled by the Administrator.

### D. FOR ASSISTANCE

IN THE EVENT OF A CLAIM, TRANSFER OR FOR ANY OTHER QUESTIONS OR CONCERNS, CALL 855-292-9312 TOLL FREE.

---

***TEXAS CUSTOMERS ONLY:** Any unresolved complaints concerning the warrantor or questions concerning the regulation of a warrantor may be addressed to: Texas Department of Licensing and Regulation. P.O. Box 12157, Austin TX 78711. Or call 512-463-6599 / 800-803-9202. If covered service is not provided by the warrantor before the 61st day after the date the consumer provides proof of loss, the consumer may apply for reimbursement directly to the vehicle protection product's reimbursement insurance company. Regulated by The Texas Department of Licensing and Regulation.

---

TO TRANSFER THIS CONTRACT, COMPLETE THE FOLLOWING AND MAIL IT ALONG WITH A PHOTOCOPY OF THE FRONT OF THIS CONTRACT TO:  THE ADMINISTRATOR/OBLIGOR, PO Box 852770, Richardson, TX 75085. *Please transfer the remainder of the Vehicle Service Contract. I am transferring this Contract in accordance with the provisions stated in the Contract. In order to transfer I am enclosing with this Application a $50.00 check or money-order payable to:  Administrator (If applicable)*

*Name of New Owner:* _____     *Date of Transfer* _____

*Address:* _____     *City, ST, Zip* _____

*Odometer Mileage on Date of Transfer:* _____

*Signature of Vehicle Purchaser:* _____     *Signature of Vehicle Seller:* _____

Verification that the vehicle has been maintained as required by this contract must be supplied by the vehicle seller to the vehicle purchaser. Transfer will be valid when vehicle purchaser receives a confirmation letter from Administrator.

# Chase Nissan, LLC.
## DBA Manchester City Nissan

30 Tolland Turnpike • Manchester, CT 06042
(860) 643-4165 • Fax (860) 647-0406

Dealer License Number N2702

DEAL #:   9292

Stock No. 1643032A

| | |
|---|---|
| Purchaser Name | |
| Address | State CT   Zip 06002-1416 |
| EMAIL | |
| ☐ NEW | |
| ☐ DEMONSTRATOR  2017 NISSAN ROGUE SPOR | Color MAGNETIC B |
| (YEAR & MAKE) (MODEL) (CYL.) | Delivered on or About  10/31/2020 |
| Ident. No. | D.O.B. |   S.S. No. |

Sales-Person LUIS LOPEZ

Date 2/31/2020

FILL OUT THIS SECTION IF USED CAR OR TRUCK IS TO BE TRADED IN AS PART PAYMENT AND DO WARRANT THE TITLE THERETO TO BE FREE AND CLEAR EXCEPT FOR THE UNPAID BALANCE AS SHOWN AND TO THE BEST OF MY KNOWLEDGE, I, THE UNDERSIGNED, STATE THAT THE MILEAGE AS SHOWN ON THE ODOMETER IS THE ACTUAL MILEAGE WHICH THE CAR HAS DRIVEN.

| | |
|---|---|
| Make & Year Used | Model |
| Cyl. | Body Type | Color | Title No. |
| Ident. No. | Allowance $ |
| Balance Owed $ | Net Allowance $ |
| To Whom Owed | |

I CERTIFY THAT THE VEHICLE IS NOT SUBJECT TO A TITLE MARKED
☐ SALVAGE  ☐ REBUILT  ☐ MANUFACTURER'S BUY BACK   Initials ___

## ☐ NO INSURANCE IS INCLUDED IN THIS ORDER

OTHER CHARGES: ☐ Enter My Order for Insurance as follows:
CREDIT INSURANCE AGREEMENT: The purchase of Accident & Health & Credit Life Insurance is voluntary and not required for credit.
☐ Credit Life $ _____   ☐ Accident & Health $ _____
BUYER'S SIGNATURE

My Ins. Co. is STATE FARM INSURANCE   I.D. No. _____
Driver's Lic. No _____

### TERMS OF WARRANTY

## ☐ THIS MOTOR VEHICLE NOT GUARANTEED

BY _____
THIS VEHICLE IS SUBJECT TO A LIMITED WARRANTY OF
☐

FOR _____ MILES OR _____ MONTHS, WHICHEVER OCCURS FIRST. COPY GIVEN CUSTOMER.

The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sales.
**Buyer's Guide Disclosure**

☐ THIS MOTOR VEHICLE BEING PURCHASED IS PREVIOUS RENTAL OR LEASE VEHICLE   Initials ___

☐ THIS MOTOR VEHICLE IS GUARANTEED For _____ days or _____ miles whichever comes first. The dealer will pay 100% of the labor and 100% of the parts for the covered systems which renders the vehicle mechanically operational and sound during the warranty period. **All work must be done in dealer shop. No outside invoice will be honored by the dealer.**

☐ "AS IS" THIS VEHICLE IS SOLD "AS IS". THIS MEANS THAT YOU WILL LOSE YOUR IMPLIED WARRAN-TIES. YOU WILL HAVE TO PAY FOR ANY REPAIRS NEEDED AFTER SALE. IF WE HAVE MADE ANY PROMISES TO YOU, THE LAW SAYS, WE MUST KEEP THEM, EVEN IF WE SELL "AS IS". TO PROTECT YOURSELF, ASK US: 1. TO PUT ALL PROMISES INTO WRITING, AND 2. IF WE OFFER A WAR-RANTY ON THIS VEHICLE   signature _____

### BRING WITH YOU AT TIME OF DELIVERY:

P L E A S E

☐ TITLE ON CAR TRADED  ☒ C.O.D. ON VEHICLE
☐ CURRENT REGISTRATION   IN THE AMOUNT OF:
☐ INSURANCE CARD   $   5000.00
**FINAL PAYMENT CASH OR CERTIFIED CHECK**

LIEN  ALLY FINANCIAL

## Payment Schedule, will be to

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 83 | $ 404.27 | MONTHLY BEGINNING |
| 1 Final | $ 404.27 | DUE ON 7/15/2027 |

| THE MILEAGE AS SHOWN ON THE ODOMETER OF THE MOTOR VEHICLE TO BE PURCHASED IS: | 18098 |
|---|---|
| CASH PRICE AT SELLER'S PLACE OF BUSINESS | 21922.05 |
| ACCESSORIES AND EXTRA EQUIPMENT: | |
| TIP | 516.00 |
| | |
| EXT WARRANTY | 3300.00 |
| | 1500.00 |
| GAP INSURANCE | 1500.00 |
| (OPTIONAL) VIN Etch Service | $399.69 |
| CASH PRICE | 28738.05 |

**DEALER CONVEYANCE FEE IS NOT PAYABLE TO THE STATE OF CT. THIS FEE IS NEGOTIABLE.**

| DEALER CONVEYANCE FEE | 699.00  $699.00 |
|---|---|
| SALES TAX | 1774.00 |
| GREENHOUSE GAS REDUCTION FEE | N/A |

| REG. | TRANS. | TITLE | LIEN | CT LEMON LAW SURCHARGE |
|---|---|---|---|---|
| 5.00 | N/A | N/A | N/A | N/A |
| | | | | 245.00 |

| 1. TOTAL CASH PRICE DELIVERED | | 31456.05 |
|---|---|---|
| 2. | DEPOSIT SUBMITTED WITH ORDER | N/A |
| | ADDITIONAL DEPOSIT | N/A |
| CASH DOWN PAYMENT AND ALLOWANCES | MFR. REBATE | N/A |
| | **NO REFUND OF DEPOSIT** | |
| | NET TRADE ALLOW | N/A |
| | CASH ON DELIVERY | 5000.00 |
| | TOTAL DOWN PAYMENT | 5000.00 |
| 3. UNPAID BALANCE OF CASH PRICE (1-2) | | 26456.05 |
| 4. | State of CT Trade-In Fee | N/A |
| OTHER CHARGES | Vendors Single Interest | N/A |
| | TOTAL OTHER CHARGES | N/A |
| 5. UNPAID BALANCE AMT. FIN. (3+4) | | 26456.05 |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. A.P.R. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all the payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ _____ is |
|---|---|---|---|---|
| 7.29 % | $ 7502.63 | $ 26456.05 | $ 33958.68 | $ 38958.68 |

## THIS ORDER IS NOT BINDING UNTIL SIGNED AND ACCEPTED BY DEALER

**ARBITRATION.** All disputes, claims, or controversies arising from or relating to this Purchase Order or Sale, or the validity of this arbitration clause, shall be resolved by neutral binding arbitration as described in this Section. This arbitration agreement shall be governed by Connecticut law. Judgment upon the award rendered may be entered in any court having jurisdiction. THE PARTIES AGREE AND UNDERSTAND THAT THEY ARE CHOOSING ARBITRATION INSTEAD OF LITIGATION TO RESOLVE DISPUTES. THE PARTIES UNDER-STAND THAT ALTHOUGH THEY HAVE A RIGHT TO LITIGATE DISPUTES THROUGH A COURT, THEY HEREBY WAIVE THAT RIGHT AND AGREE INSTEAD TO RESOLVE THE DISPUTES THROUGH ARBITRATION AS DESCRIBED IN THIS SECTION. THIS MEANS THAT YOU ARE VOLUNTARILY AND KNOWINGLY GIVING UP ANY RIGHT TO SETTLE SUCH CLAIMS IN COURT AND HAVE A JUDGE OR JURY DECIDE YOUR CASE.

You also agree not to pursue the claim as a class action either in court or in the arbitration proceeding.

AFTERMARKET SPECIALTY 866-267-5330

## ADDITIONAL TERMS OF AGREEMENT

"I", "me", "Consumer" and "Buyer" refer to the Purchaser; "You" "your" and "Dealer" refer to the Seller;

### I agree this order is subject to the following terms:

1. I understand that no guarantee should be implied that the vehicle is merchantable or fit for any special purpose; you do not authorize any other person to assume any liability for you. Any verbal promise is void unless it is in writing and signed by a selected person of the dealer and incorporated into the order.

2. In case this order is for a used vehicle: I understand that there is no guarantee (unless it is written on the face of this order). The mileage shown on the speedometer is not guaranteed or assumed to be correct. The express warranty on vehicle being purchased will be voided from damages resulting from an automobile accident or from misuse of the used motor vehicle by the consumer. Consumer's warranty period will be extended by any time period during which the used motor vehicle is in the possession of the dealer or his authorized agent for the purpose of repairing the used motor vehicle under the terms and obligations of the express warranty.

3. In case this order is for a new vehicle: I understand that it is subject to your ability to get delivery from the manufacturer; I agree to pay an increase in price made by the manufacturer at any time before the date of delivery; I agree to pay any and all taxes (State and Federal Excise and Sales Taxes) which are or may be imposed on this sale by State or Federal Governments.

4. a. If part of the purchase price is covered by a vehicle to be turned in, I agree to deliver the vehicle to you when I sign this order. If you loan back this vehicle to me (pending delivery of the new vehicle) I agree that you may re-appraise the allowance made for the turned in vehicle (as stated on the face of this order) at the time I deliver the trade-in vehicle to you I agree to give you satisfactory proof that I own the vehicle and to sign a mileage certification statement for the trade-in vehicle. I warrant (guarantee) that there are no liens or encumbrances on the trade-in vehicle except as shown on the face of this agreement; (b) that the trade-in does not have a welded or bent frame and that the motor block is not cracked, welded or repaired; (c) that the vehicle has not been flood damaged or declared a total loss for insurance purposes; and (d) that the emission controls have not been removed or tampered with.

### Emissions Control:

b. In accordance with Connecticut public Act 79-238 Motor Vehicle Emissions Sec. 2 (a) No Person shall fail to maintain in good working order or remove, dismantle or otherwise cause to be inoperative any equipment or feature constituting an operational element of the air pollution control system or mechanism of a motor vehicle required by regulations of the commissioner of environmental protection to be maintained or on the vehicle.

c. Consumer is responsible for any repairs to emission control system to conform to emissions standards.

5. If this order is for a new vehicle which you do not have in stock when the order is placed, and you are not able to provide it within 120 days of the specified delivery date, then I may cancel this order at any time after I give you 10 days notice (during which you may still deliver this vehicle.) If I do cancel the order as above, I shall be entitled to the return of any deposit in cash which I have made. If the deposit has been a trade-in vehicle, I shall be entitled to its return if it has not been sold. If the deposited vehicle is returned, I agree to pay storage cost and any sums spent to recondition it. If the deposited vehicle has been sold, you may pay me its sale price less 20 per cent and less the cost of reconditioning.

6. I agree to accept and pay for the vehicle within five days after I am notified that it is ready for delivery. If part of the purchase price is to be financed, I agree to execute such forms of note and conditional bill of sale which you shall provide. You shall have the right to demand payment of the balance in cash if my credit is not approved.

7. If I do not accept delivery of the vehicle within 5 days, (after I have been notified that it is ready for delivery); I will forfeit any deposit previously made on this order (whether by cash or trade-in vehicle). You may retain such deposit which will then (at your option) constitute liquidated damages for my breach of this contract.

8. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

9. 5-Year Vehicle Security Anti-Theft $2,500 Guarantee: The System installed will be an effective deterrent

This order is not transferable.

FTC-PROD-00001114

## ODOMETER DISCLOSURE STATEMENT

FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I, _MANCHESTER CITY NISSAN_____ STATE THAT
         (TRANSFEROR'S NAME - SELLER - PRINT)

THE ODOMETER NOW READS _____18098_____ MILES AND TO THE
                          ODOMETER READING (NO TENTHS)

BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED BELOW, UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

☐ (1) I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ (2) I HEREBY CERTIFY THAT THE ODOMETER READING IS **NOT** THE ACTUAL MILEAGE. **WARNING - ODOMETER DISCREPANCY.**

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| NISSAN | ROGUE SPORT | |
| VEHICLE IDENTIFICATION NO. | YEAR | DEALER STOCK NO. |
| ███████████ | 2017 | W643832A |

| TRANSFEROR'S SIGNATURE (SELLER) | (PRINTED NAME) |
|---|---|
| X | MANCHESTER CITY NISSAN |
| TRANSFEROR'S STREET ADDRESS (SELLER) | |
| 30 TOLLAND TURNPIKE | |

| (CITY) | (STATE) | (ZIP CODE) |
|---|---|---|
| MANCHESTER | CT | 06040 |

| DATE OF STATEMENT | |
|---|---|
| 10/30/2020 | |

TRANSFEREE'S SIGNATURE (BUYER)        (PRINTED NAME)
X
██████████████████████████████████████

ODOM-CT

WHITE - TRANSFEREE (BUYER)
YELLOW - TRANSFEROR (SELLER)
PINK - STATE COPY

AFTERMARKET SPECIALTY 888-257-5330

FTC-PROD-00001115

# Attachment C

FTC-PROD-00001116

**RETAIL INSTALLMENT CONTRACT**
**SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

**LAW** 553-CT-ARB-e 5/17

Dealer Number 0000022354    Contract Number ▮▮▮▮

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) N/A | Seller-Creditor (Name and Address) |
|---|---|---|
| ▮▮▮▮ | | MANCHESTER CITY NISSAN 30 TOLLAND TPKE MANCHESTER, CT 06042-1763 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2017 | NISSAN ROGUE | ▮▮▮▮ | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural    N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 5,000.00 is |
|---|---|---|---|---|
| 7.29 % | $ 7,502.63 | $ 26,456.05 | $ 33,958.68 | $ 38,958.68 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 404.27 | Monthly beginning 12/15/2020 |
| One Final Payment Of | $ N/A | On N/A |
| Or As Follows: N/A | | |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ __10.00__ or __5__ % of the part of the payment that is late, whichever is ___less___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**Returned Check Charge:** If the cash price of the vehicle is more than $50,000, you agree to pay a charge of $ ___20___ if any check you give us is dishonored.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X ▮▮▮▮
Co-Buyer Signs X _N/A_

**Finance Charge** begins on the date of this contract unless the box in the next sentence is checked. If this box is checked, ☐ Finance Charge begins on __N/A__ and we will not charge Finance Charge before this date, even if you pay late. Regardless of whether the box in the preceding sentence is checked, once Finance Charge begins, you will have to pay Finance Charge on the unpaid Amount Financed at the Annual Percentage Rate shown above. (See also Section 1.a. on page 3.)

Buyer Signs X ▮▮▮▮

If you make any required payment (including any deferred payment) more than 10 days late, you will have to pay a late charge as described above. If you make any required payment (including any deferred payment) late, we may also take the steps described in Sections 3.b. through 3.g. on pages 3 and 4.

By signing below, you agree that we told you what may happen if you do not make the first or any other required payment (including any deferred payment) on time.

Co-Buyer Signs X _N/A_

FTC-PROD-00001117

**ITEMIZATION OF AMOUNT FINANCED**

1  Cash Price (including $ 1,774.00 _____ sales tax)                                           $ 24,212.05 (1)

2  Total Downpayment =

    Trade-in  N/A _____

       (Year)    (Make)        (Model)

    Gross Trade-In Allowance                                                      $     N/A

    Less Pay Off Made By Seller                                                   $     N/A

    Equals Net Trade In                                                           $     N/A

    + Cash                                                                        $ 5,000.00

    + Other  N/A                                                                  $     N/A

    (if total downpayment is negative, enter "0" and see 4I below)                $ 5,000.00 (2)

3  Unpaid Balance of Cash Price (1 minus 2)                                        $ 19,212.05 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf:

    (Seller may keep part of these amounts):

  A  Cost of Optional Credit Insurance

    Paid to Insurance Company or Companies.

    Life                                                           $ N/A

    Disability                                                    $ N/A                   N/A

  B  Vendor's Single Interest Insurance

    Paid to Insurance Company                                                            N/A

  C  Other Optional Insurance Paid to Insurance Company or Companies                      N/A

  D  Optional Gap Contract                                                                1,500.00

  E  Official Fees Paid to Government Agencies

    to N/A        for N/A                                              $     N/A

    to N/A        for N/A                                              $     N/A

    to N/A        for N/A                                              $     N/A

  F  Government Taxes Not Included in Cash Price                                 $     N/A

  G  Government License and/or Registration Fees

    STATE                                                                      $ 245.00

  H  Government Certificate of Title Fees                                        $     N/A

  I  Other Charges (Seller must identify who is paid and

    describe purpose)

    to N/A        for Prior Credit or Lease Balance                    $     N/A

    to DEALER    for DOCUMENTATION FEE                                     $ 699.00

    to SEC PLUS  for MAINTENANCE                                            $ 1,500.00

    to SEC PLUS  for SERVICE CONTRACT                                       $ 3,300.00

    to N/A        for N/A                                              $     N/A

    to N/A        for N/A                                              $     N/A

    to N/A        for N/A                                              $     N/A

    to N/A        for N/A                                              $     N/A

    Total Other Charges and Amounts Paid to Others on Your Behalf              $ 7,244.00 (4)

5  Amount Financed (3 + 4)                                                        $ 26,456.05 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before

    N/A _____, Year _N/A_ . SELLER'S INITIALS  N/A

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, we require VSI insurance for the initial term of the contract to protect us for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for our sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through us, **the cost of this insurance is $ N/A _____** and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 84 _____ Mos.        DMS

                          Name of Gap Contract

I want to buy a gap contract.

Buyer Signs x ▓▓▓▓▓▓▓▓

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

    Credit Life $ N/A

    Credit Disability $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed.

Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A                             N/A

    Type of Insurance          Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

☐ N/A                             N/A

    Type of Insurance          Term

Premium $ N/A

Insurance Company Name

N/A

Home Office Address

N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X N/A                         N/A

Buyer Signature                Date

X N/A                         N/A

Co-Buyer Signature             Date

**THE INSURANCE INCLUDED IN THIS CONTRACT DOES NOT PROVIDE COVERAGE FOR PERSONAL LIABILITY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

This is not the Authentic Copy.

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

### 2. YOUR OTHER PROMISES TO US

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:

* The vehicle and all parts or goods put on it;
* All money or goods received (proceeds) for the vehicle;
* All insurance, maintenance, service, or other contracts we finance for you; and
* All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle.

If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, if less, the highest rate the law permits.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right the law gives you to reinstate your contract. Default means:

* You do not pay any payment on time;
* You give false, incomplete, or misleading information on a credit application;
* You start a proceeding in bankruptcy or one is started against you or your property, unless you are an individual and the bankruptcy is under Chapter 7 of the US Bankruptcy Code (11 U.S.C. Sections 701-727);
* Your debt, or the obligation to pay any part of the amount you owe under this contract, is discharged in a bankruptcy; or
* You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fees and court costs, as the law allows. The maximum attorney's fee you will pay will be 15% of the amount due and payable under this contract.

This is not the Authoritative Copy.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.

**f. We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are the actual and reasonable expenses we pay as a direct result of taking the vehicle, storing it, and selling it. Attorney fees and court costs the law permits are also allowed expenses.

If any money is left (surplus), we will pay it to you. If not, we will apply the greater of the money from the sale or the market value of the vehicle, less allowed expenses, to the amount you owe.

If the amount we apply (less allowed expenses) is not enough to pay all you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay. The market value of the vehicle will be figured as the law requires.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does **not** apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**5. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**6. APPLICABLE LAW**

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

This is not the Authoritative Copy.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs **X** ▓▓▓▓▓▓▓ Co-Buyer Signs **X** N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on this page, before signing below. You confirm that you received a true and completely filled-in copy when you signed it.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of the contract when you sign it. 3. Under the law, you have the following rights, among others: (a) To pay off in advance the full amount due and obtain a partial refund of any unearned finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.**

Buyer Signs **X** ▓▓▓▓▓▓ Date 10/31/2020 Co-Buyer Signs **X** N/A Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** N/A Address N/A

Seller signs MANCHESTER CITY NISSAN Date 10/31/2020 By **X** ▓▓▓▓ Title Bm

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.



CATLPNACASCACTPNAC-32033



chase autocare

## Total Protection
DECLARATIONS PAGE



FORTEGRA
Experience More

| CUSTOMER | | | EMAIL ADDRESS | |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | |
| A | | | TELEPHONE | |
| C | | STATE CT | ZIP CODE | |

| DEALER  Manchester City Nissan (Chase Nissan) | | DEALER CODE | |
|---|---|---|---|
| ADDRESS  30 Tolland Turnpike | | TELEPHONE  (860) 643-4165 | |
| CITY  Manchester | STATE  CT | ZIP  06040 | |

| LIENHOLDER  ALLY FINANCIAL | | |
|---|---|---|
| ADDRESS  PO BOX 8138 | | TELEPHONE |
| CITY  COCKEYSVILLE | STATE  MD | ZIP  21030 |

| ODOMETER MILEAGE ON GUARANTEE PURCHASE DATE   18098 | | | VEHICLE PURCHASE PRICE  $21,922.05 |
|---|---|---|---|
| GUARANTEE PURCHASE DATE  10/31/2020 | GUARANTEE PURCHASE PRICE  $516.00 | GUARANTEE TERMS OF PAYMENT:  PAID IN FULL ☐   PAYMENT PLAN ☐   FINANCED ☐   LEASED ☐ | |
| YEAR  2017 | MAKE  Nissan | MODEL  Rogue Sport | VEHICLE IDENTIFICATION NUMBER  ▮▮▮ |

Term: ☐ 12 mos  ☐ 24 mos  ☒ 36 mos  ☐ 39 mos  ☐ 42 mos  ☐ 48 mos  ☐ 60 mos  ☐ 72 mos  ☐ 84 mos

If no term is selected above, the 12 month term will automatically be applied.

YOU ARE NOT REQUIRED TO ENTER INTO THIS GUARANTEE IN ORDER TO PURCHASE, LEASE OR OBTAIN FINANCING FOR A VEHICLE. You should read this Guarantee carefully. It contains the entire guarantee between You and Us. It takes precedence over any other written or oral statements made to You with respect to this Guarantee. Any modification(s), alteration(s) or change(s) to the preprinted terms and conditions is/are invalid and of no force or effect.



_____
Customer Signature

_____
Dealership Signature

_____
Date

AUTHORIZATION IS REQUIRED PRIOR TO THE COMMENCEMENT OF ALL REPAIRS!
FOR NATIONWIDE CLAIMS CALL: 855-292-9312

White - Administrator          Canary - Dealer          Gold - Lessor          Pink - Customer          FDIBRE-PL-TPNA-C (AT-5P) 4-19

Performance to You under this Agreement is guaranteed through a policy of Insurance issued by Lyndon Southern Insurance Company 10151 Deerwood Park Blvd., Bldg. 100, Ste. 500, Jacksonville, FL 32256, Tel: (800) 888-2738.

In Georgia, our obligations under this agreement are insured under an insurance policy issued by the Insurance Company of the South, 10151 Deerwood Park Blvd., Bldg. 100, Ste. 500, Jacksonville, FL 32256, Tel: (800) 888-2738.

In California, New York, Rhode Island, and Wisconsin, our obligations under this agreement are insured under an insurance policy issued by Atlantic Specialty Insurance Company 605 North Highway 169, Suite 800, Plymouth, MN 55441, Tel: (800) 888-2738.

In the event the Obligor fails to pay an authorized claim within sixty (60) days after proof of loss has been filed, You may file a direct claim with Lyndon Southern Insurance Company, Insurance Company of the South, or Atlantic Specialty Insurance Company. To do so, please call the following toll-free number for instructions: (800) 888-2738.

## SECTION ONE -- DEFINITIONS

ADMINISTRATOR -- shall mean Independent Dealer Group, Inc. P.O. Box 852770, Richardson, TX 75085.
AUTHORIZED DEALER shall mean the licensed dealer named above that has provided this Guarantee.
DEALER CREDIT shall mean the Guarantee as described below.
DECLARATIONS PAGE -- shall mean the numbered document which is part of this Guarantee where information regarding You, Your Vehicle and coverage options is shown.
TOTAL LOSS shall mean a Total Loss of the vehicle due to accidental occurrence or theft.
REPLACEMENT VEHICLE shall mean a vehicle to replace the vehicle as above.
VEHICLE shall mean any of the following: Motorized Automobile or Truck, not to exceed 80,000 GVW.
NEW VEHICLE is classified as a Vehicle with less than 40,000 miles and/or 3 model years.
USED VEHICLE is classified as a Vehicle in excess of 40,000 miles and/or 4 model years.
WE, US, AND OUR COMPANY means the dealer named on the Declarations Page.
YOU, YOUR -- means the customer named on the Declarations Page.

## SECTION TWO -- COVERAGES

### A. COVERAGES AND CONDITIONS

#### A.1. GUARANTEE

If the **Vehicle** is declared a **Total Loss** or unrecovered theft by **Your** primary insurance company within the number of months (term) as described above from the date of **Vehicle** purchase or lease, then subject to the conditions and limitations set forth below, the **Authorized Dealer** guarantees the following: if the original **Vehicle** was a New Vehicle as of the date of **Vehicle** purchase or lease, the **Authorized Dealer** will provide **You** with a credit towards the purchase or lease of a Replacement Vehicle in an amount up to 10% of the original MSRP, not to exceed five thousand dollars ($5,000), minimum payment three thousand dollars ($3,000). If the original **Vehicle** was a Used Vehicle as of the date of **Vehicle** purchase or lease, the **Authorized Dealer** will provide **You** with a credit toward the purchase or lease of a **Replacement Vehicle** in an amount up to three thousand dollars ($3,000) but not to exceed 50% of the NADA Retail Official Used Car Guide value of the **Vehicle** as of the date of **Vehicle** purchase or lease. In the event **You** do not have theft/comprehensive insurance in effect at the time of **Total Loss**, verification of **Total Loss** must be made, at **Your** expense, by an adjuster approved by the Company.

#### A.2. GUARANTEE PERIOD

The Guarantee begins at 12:01 a.m. on the Date of Vehicle Purchase or Lease set forth AS ABOVE ON this Guarantee. This Guarantee expires at 12:01 a.m. ACCORDING TO THE TERM from the Date of Vehicle Purchase or Lease set forth AS ABOVE ON this Guarantee.

#### A.3. GUARANTEE LIMITATIONS

1.    The maximum Limit of Total Loss Liability under this Total Loss Guarantee is $5,000.
2.    No Total Loss Guarantee will be available in the event such Total Loss Guarantee would totally eliminate any Dealer profit of Replacement Vehicle. In such event, a reduced amount will be paid.
3.    Any loss other than Total Loss, and any loss due to any fraudulent, dishonest, illegal, or criminal act by You, whether acting alone or in collusion with others, is specifically excluded.
4.    This Total Loss Guarantee is for the sole benefit of the registered customer shown on this Guarantee, may not be assigned or transferred to another person, may not be used at any other automobile dealer, and is not renewable.
5.    Replacement Vehicle shall be an amount equal to or greater than the value of the original vehicle.
6.    The guarantee holder is required to have comprehensive coverage on their automobile insuring at least 100% of the ACV of the vehicle.

FTC-PROD-00001123

## B. CLAIM PROCEDURE

**Credit will only be available at the Authorized Dealer**, provided **You** report the **Total Loss** to law enforcement authorities within twenty-four (24) hours of knowledge of the Total Loss and the following is made available to the **Company within 30 days after the date of the Total Loss.**

1) Your copy of this Guarantee;
2) A copy of the Original and Replacement Vehicle's bill of sale;
3) A copy of the police report;
4) Verification from Your primary insurance carrier substantiating the date and cause of loss, net loss amount, copy of settlement check and breakdown of the gross settlement figures.

**For claims authorization please call 855-292-9312.**

## C. EXCLUSIONS

1.) **Total Loss** or damage resulting from war, whether or not declared, invasion, civil war, insurrection, rebellion or revolution, nuclear reaction, nuclear radioactive contamination;
2.) **Total Loss** or damage resulting directly or indirectly from forgery or any dishonest, fraudulent or criminal act, or due to conversion, embezzlement or secretion by any person in lawful possession of the covered collateral.
3.) **Total Loss** occurring prior to the effective date of this guarantee.

## SECTION THREE – GUARANTEE GENERAL PROVISIONS

### A. GUARANTEE GENERAL PROVISIONS

(1) Failure to satisfy the foregoing requirements will serve to terminate this Total Loss Guarantee with respect to the involved Total Loss. This is not an insurance policy and does not afford any protection against Bodily Injury or Property Damage, nor does it fulfill the requirements of financial responsibility laws. This Total Loss Guarantee does not eliminate the need for an automobile insurance policy. You can make a claim directly to the Administrator at 855-292-9312. (2) If more than one service guarantee/contract, warranty or insurance policy can be applied to a claim, coverage under this Guarantee shall be excess over all other such coverage(s), whether collectible or not. However, when You are required to pay a deductible under another service guarantee/contract, warranty or insurance policy, this Guarantee will reimburse You for such deductible if the claim would have been covered under this Guarantee. The maximum benefit per each covered deductible reimbursement shall be one hundred dollars ($100.00).

### B. TRANSFER

Conditions and rights regarding transfer in the state where You purchased this Agreement may be different from the conditions and rights set forth in this subsection. Please read SECTION FOUR, "SPECIAL STATE DISCLOSURES AND REQUIREMENTS" for the state in which You purchased this Agreement. This Agreement applies only to You and the Vehicle listed on the Declarations Page. Only You can transfer this Agreement. This Agreement cannot be transferred to or from an automobile dealer. We will allow a transfer of this Agreement only if each of the following conditions, if applicable, are met:
(1) You have requested a transfer request form from Us within fifteen (15) days of the change of ownership of the Vehicle.
(2) Within thirty (30) days of change of ownership You provide Us with the following:
(a) Copy of Bill of Sale
(b) A transfer fee of fifty dollars ($50.00). Only a check or a money order will be accepted.
(c) The completed transfer request form with all required signatures.
(3) If the transferee does not receive a confirmation of transfer within forty-five (45) days after change of ownership, the transferee should notify Us.

### C. CANCELLATION

1. The Guarantee Holder may cancel this Guarantee by contacting your issuing dealership.
2. If the Vehicle and this Guarantee have been financed, the lienholder may cancel this Guarantee for non-payment, or if the vehicle has been declared a total loss or has been repossessed. The rights under this Guarantee are transferred to the lienholder and the lienholder is also entitled to any refund.
3. The Agreement Holder may cancel this Agreement within thirty (30) days of the Agreement Purchase Date, if no claim has been made, and receive a full refund of the total Agreement Purchase price, less the applicable cancellation fee in the amount of seventy-five ($75.00). The Agreement Holder may cancel this Agreement at any other time and receive a pro-rata refund of the total Agreement Purchase Price based on the greater of the days in force or the miles driven compared to the total Agreement term, less the applicable cancellation fee. The term of this Agreement for cancellation purposes will be based on the date of purchase of the vehicle and the vehicle mileage on such date. Refunds issues hereunder shall be issued less the value of any services received by the contract holder (including claims paid).
4. In the event the purchase price of Your Guarantee is being paid for through a Payment Plan (or its equivalent) any outstanding balance held by payment plan provider would be deducted from the refund amount due to the Guarantee Holder.
5. The right of the Guarantee Holder to cancel the Guarantee applies only to the original purchaser of the Guarantee.
6. All refunds will be issued through the Dealer from whom the Guarantee was purchased.

Administrator reserves the right to cancel this Guarantee upon the occurrence of any of the following:
- Failure by the Guarantee Holder to pay an amount when due.
- Conviction of the Guarantee Holder of a crime, which results in an increase in the service required under this Guarantee.
- Discovery of fraud or material misrepresentation by the Guarantee Holder in obtaining this Guarantee or in presenting a claim for service hereunder.
- Discovery of an act or omission by the Guarantee Holder, or a violation by the Guarantee Holder of any condition of this Guarantee, which occurred after the effective date of this Guarantee and which substantially and materially increases the service required under this Guarantee, including but not limited to failure of the odometer of the vehicle or if for any reason it does not record the actual mileage of the vehicle after the Guarantee Purchase Date and the actual mileage of the vehicle cannot be established to a reasonable degree of certainty.
- A material change in the nature or extent of the required service or repair which occurs after the effective date of this Guarantee and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time this Guarantee was issued or sold.
- No cancellation of this Guarantee by The Administrator shall become effective until fifteen (15) days after the notice of cancellation is mailed to the Guarantee Holder the Administrator will not charge a cancellation fee if this Guarantee is cancelled by the Administrator.

## D. FOR ASSISTANCE

IN THE EVENT OF A CLAIM, TRANSFER OR FOR ANY OTHER QUESTIONS OR CONCERNS, CALL 855-292-9312 TOLL FREE.

---

**\*\*\*TEXAS CUSTOMERS ONLY:** Any unresolved complaints concerning the warrantor or questions concerning the regulation of a warrantor may be addressed to: Texas Department of Licensing and Regulation, P.O. Box 12157, Austin TX 78711. Or call 512-463-6599 / 800-803-9202. If covered service is not provided by the warrantor before the 61st day after the date the consumer provides proof of loss, the consumer may apply for reimbursement directly to the vehicle protection product's reimbursement insurance company. Regulated by The Texas Department of Licensing and Regulation.

---

TO TRANSFER THIS CONTRACT, COMPLETE THE FOLLOWING AND MAIL IT ALONG WITH A PHOTOCOPY OF THE FRONT OF THIS CONTRACT TO: THE ADMINISTRATOR/OBLIGOR, PO Box 852770, Richardson, TX 75085. *Please transfer the remainder of the Vehicle Service Contract. I am transferring this Contract in accordance with the provisions stated in the Contract. In order to transfer I am enclosing with this Application a $50.00 check or money-order payable to: Administrator (If applicable)*

*Name of New Owner:* _____    *Date of Transfer* _____

*Address:* _____    *City, ST, Zip* _____

*Odometer Mileage on Date of Transfer:* _____

*Signature of Vehicle Purchaser:* _____    *Signature of Vehicle Seller:* _____

Verification that the vehicle has been maintained as required by this contract must be supplied by the vehicle seller to the vehicle purchaser. Transfer will be valid when vehicle purchaser receives a confirmation letter from Administrator.

10-18



**Dealer Motor Services Inc.**

# (Gap) Addendum    AT320

This Guaranteed Automobile Protection (GAP) Contract Addendum (addendum) amends the financing contract. This GAP addendum is between the customer/borrower (I, you or your) and the dealer/creditor (we, us, or our), or if assigned with the assignee.

| CUSTOMER/BORROWER | DEALER/CREDITOR | | ACCOUNT NUMBER |
|---|---|---|---|
| ▮▮▮▮▮▮ | Manchester City Nissan (Chase Nissan) | | |
| ADDRESS | ADDRESS | | |
| ▮▮▮▮▮▮ | 30 Tolland Turnpike | | |
| | CITY | STATE | ZIP |
| | Manchester | CT | 06040 |
| | PHONE | CONTACT | |
| | (860) 643-4165 | | |

| YEAR | MAKE | MODEL | VIN NUMBER | CURRENT MILEAGE |
|---|---|---|---|---|
| 2017 | Nissan | Rogue Sport | ▮▮▮▮▮▮ | 18098 |

| FINANCIAL AGREEMENT DATE 10/31/2020 | VEHICLE PURCHASE PRICE $21,922.05 | FINANCIAL INSTITUTION/ LENDER ALLY FINANCIAL |
|---|---|---|

| ☑ LOAN/INSTALLMENT SALES CONTRACT | | ADDRESS |
| ☐ LEASE   *TERM OF LOAN/CONTRACT 75 MONTHS | | PO BOX 8138 |

| **MSRP/NADA $ 24,550.00 | AMOUNT FINANCED $26,456.05 | CITY COCKEYSVILLE | STATE MD | ZIP 21030 |
|---|---|---|---|---|

| GAP COST $ 1,500.00 | For Administrative Purpose: CLASS 1 | PHONE | CONTACT |
|---|---|---|---|

**Maximum Term of GAP: 96 Months    **Maximum Eligibility Limit: 150% and/or $100,000**

## The Charge for YOU for GAP is $  $1,500.00

Although not required to do so, you have elected to participate in our GAP Program. GAP does not take the place of insurance on the vehicle. You are responsible for maintaining collision and comprehensive insurance for the full value of the vehicle and any other insurance required by the financing contract or applicable law. You are responsible for all notifications or claims that are required to be filed with your automobile insurance company. We will not process or handle your insurance claims for you.
TERMINATION OF ADDENDUM: This addendum will terminate on the date that either of the following events occur: 1. the date your financing contract is scheduled to terminate; 2. upon payment in full of the financing contract; 3. expiration of any redemption period following the repossession or surrender of the covered vehicle; 4. in the event of a constructive total loss or theft of the covered vehicle; or 5. the date the financing contract is prepaid or the financing contract is refinanced. It is your responsibility to notify the dealer/creditor, in writing, of your request to cancel this coverage and request a refund/credit of the GAP charges.
IN THE EVENT OF A CONSTRUCTIVE TOTAL LOSS TO THE COVERED VEHICLE, WE AGREE TO WAIVE OUR RIGHTS AGAINST YOU FOR THE AMOUNT DUE UNDER A WAIVABLE LOSS. IN ADDITION TO THE PROVISIONS OF WAIVABLE LOSS, YOU WILL REMAIN RESPONSIBLE FOR PAYMENT OF ANY ITEMS STATED UNDER EXCLUSIONS.
YOUR RIGHT TO CANCEL: You have the unconditional right to cancel and terminate this optional addendum for a refund/credit of the unearned portion of the charge for this addendum at any time. If any termination occurs within 30 days of the addendum purchase you will receive a full refund/credit of the addendum cost, provided no loss has occurred. After 30 days, you will receive a refund/credit of the addendum cost calculated by the Pro Rata method, or by the refund method as may be required by state or federal law, less a $50.00 cancellation fee. We will refund all charges to the financial institution/lender. To cancel the addendum and request a refund/credit, you must contact the dealer/creditor, in writing, at the address shown above. If you do not receive the refund/credit within 60 days of notice of cancellation/termination, contact the GAP Administrator stated below. Cancellation cannot be processed while a claim is being paid or after a claim has been paid.
ENROLLMENT IS AVAILABLE ONLY AT THE TIME THE FINANCING CONTRACT IS ORIGINALLY EXECUTED. BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT YOUR ACCEPTANCE OF THIS GAP ADDENDUM IS VOLUNTARY AND IS NOT REQUIRED IN ORDER FOR YOU TO OBTAIN CREDIT, DOES NOT
IMPACT YOUR ABILITY TO OBTAIN ANY PARTICULAR OR MORE FAVORABLE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THIS VEHICLE.
This coverage may decrease over the term of your financing contract and may not extend for the full term of your financing contract. You may wish to consult an alternative source to determine whether similar coverage may be obtained and at what cost. You also acknowledge that you have read and understand this addendum and its provisions. No other verbal representations have been made to you that differ from these written provisions. If you purchase GAP from this dealer/creditor, you understand that the dealer may retain all or a portion of the charge paid by you. This addendum includes a binding arbitration clause. You should carefully read the back of this addendum for additional information on eligibility, requirements, conditions and exclusions that could prevent you from receiving benefits under this addendum.

☐ Yes, I accept this GAP addendum and its terms and Conditions.

| X ▮▮▮▮▮▮ | 10/31/2020 | |
|---|---|---|
| Customer/Borrower Signature | Date | AT320#  AT AT320-159612 |
| X ~~~~~ | 10/31/2020 | |
| Dealer/Creditor Signature | Date | |

REPORT YOUR TOTAL LOSS TO OUR GAP ADMINISTRATOR
Dealer Motor Services • P.O. Box 852770 RICHARDSON, TX 75085 • (800) 242-7316

Pg 1 of 4    ORIGINAL-CUSTOMER/BORROWER    YELLOW-DEALER/CREDITOR    PINK-ADMINISTRATOR    GOLD-FINANCIAL INSTITUTION/LENDER    AT-DMS 320 12-18

FTC-PROD-00001126

ASSIGNMENT: The GAP addendum will follow the financing contract or lease with no subrogation rights against the customer/borrower, if the financing contract is sold or assigned by the dealer/creditor.

LIMITATIONS:

A.   No addendum will be issued for the covered vehicle with a Manufacturer's Suggested Retail Price (MSRP) or NADA retail value of more than $100,000, or if the amount financed exceeds $100,000 and/or 150%.

B.   No coverage is provided for that portion of the net payoff that results from the amount financed/lease cap cost exceeding the Maximum Eligibility Limit stated above at the address shown above). or is located in territories where NADA or an equivalent national or regional guide and will be deducted from the waivable loss due.

C.   The waivable loss for financing contracts with terms greater than the Maximum Term of GAP stated above will be based on a net payoff calculated using the Maximum Term of GAP stated above.

D.   Any addendum issued for an amount financed in excess of B or C above will be deemed eligible for enrollment as limited by this section.

E.   No coverage is provided for a financing contract that does not have uniform monthly repayment terms for the full period of the financing agreement and/or for a financing contract that is self- financed.

LOSS DOCUMENT PROCEDURES: In the event of a constructive total loss, you must notify and provide all of the following to our GAP Administrator, Dealer Motor Services (at the address shown above): 1. a complete copy of the primary insurance settlement, including the valuation report; 2. a copy of the original financing contract and this addendum; 3. a copy of the accident/police report; 4. a copy of your automobile insurance policy; 5. a copy of the payoff from the financial institution/lender as of the date of loss; 6. a copy of the insurance settlement check; and 7. any additional reasonable documentation requested by our GAP administrator or us. The GAP Administrator will not obtain this information for you. The GAP Administrator must receive this documentation within 90 days of settlement by your primary carrier. If you do not have primary insurance coverage, the Administrator must receive this documentation within 90 days from the Date of Loss. No waiver will be made if this documentation is not provided to the GAP Administrator within this stated time period. Reasonable access must be provided to the vehicle for inspection if required.

## DEFINITIONS

Actual Cash Value (ACV) – The retail value of the covered vehicle, on the date of loss, as listed in a national or regional guide, such as National Automobile Dealers Association (NADA) or, at the administrator's discretion, the GAP administrator may use an equivalent national or regional guide for the territory in which the covered vehicle is principally garaged. For a covered vehicle which has no retail value available, or is located in territories where NADA or an equivalent national or regional guide is not customarily used, ACV will be determined using the best information available to our GAP administrator, or which GAP administrator reasonably believes accurately reflects the retail value of the covered vehicle and is customarily used as the basis for establishing ACV for a covered vehicle in the territory of the covered vehicle location.

Customer/Borrower (I, you or your) – The natural person(s) named in the financing contract receiving a financing contract from the financial institution/lender.

Constructive Total Loss – A direct and accidental loss of or damage of covered vehicle, which meets one of these criteria: 1. the total cost to repair the covered vehicle is greater than the ACV of the covered vehicle immediately prior to the date of loss; or 2. the covered vehicle is stolen and is not recovered within 30 days from the date a police report was filed, and your primary carrier declares the covered vehicle a total loss. In the case there is no primary insurance coverage, the covered vehicle must be available for the GAP Administrator's inspection or appraisal to determine if the covered vehicle is a constructive total loss. The Customer/Borrower is responsible for the cost of the inspection or appraisal. If the covered vehicle is not available for inspection or appraisal the waiver will not be granted, unless the vehicle has not been recovered due to theft.

Commercial Vehicle – Any vehicle in excess of 10,000 lbs, and/or used for commercial purposes including but not limited to: transportation of persons or property for hire, compensation, profit, or in the furtherance of a commercial enterprise, including but not limited to the following: a) a business name is permanently displayed on the vehicle; b) the vehicle is used for a business purpose more than 50% of the week; c) the primary insurance for the vehicle is a Business Auto Policy or Commercial Vehicle Policy. Trailers, special commercial usage optional equipment, accessories, and body components are excluded from coverage. Share-the-expense car pools are not considered a commercial purpose.

Covered Vehicle – Any four-wheel private passenger automobile, van, or light truck. as described in the financing contract, utilized for personal purposes. This definition is subject to the Exclusions provisions.

Date of Loss – The date on which covered vehicle is reported stolen or incurs physical damage that is severe enough to constitute a constructive total loss.

Delinquent Payment – Any payment, as described in the financing contract, which remains unpaid for a period of more than 30 days after the due date stated in the financing contract. The delinquent payment will be determined as of and limited to amounts past due on the date of loss.

Financing Contract – The contract which represents the financing agreement between the financial institution/lender and customer/borrower for the purchase or lease of the covered vehicle, and which explains the terms, conditions, inception date, and expiration date of the financing agreement.

Net Payoff – The amount of the financial institution/lender's interest as of the date of loss, as represented by the portion of the customer/borrower's unpaid balance according to the original payment schedule of the financing contract that is secured by collateral subject to the Limitations. The amount does not include any unearned finance charges: financing contract charges; late charges; any delinquent payments; uncollected service charges; refundable prepaid taxes and fees; disposition fees; termination fees; penalty fees; the recoverable portion of financed insurance charges; or the recoverable portion of financed amounts for unearned insurance premiums or refundable charges (including, but not limited to credit life and vehicle service coverages/warranties and guaranteed automobile protection charges) that are owed by you on the date of loss; and amounts that are added to the financing contract or lease balance after the inception date of the financing contract. The net payoff calculation also excludes loans or special finance offers that may waive or delay payment of principal and/or interest.

Waivable Loss – The difference between the net payoff and the primary carrier settlement. The waivable loss will not exceed $50,000. Waivable loss includes the amount of your physical damage deductible on the primary carrier's policy up to $1,000. In the event that there is no primary insurance coverage in effect on the date of loss, or if the primary carrier is declared insolvent, we will only waive the difference between the net payoff as of the date of loss and the ACV.

Primary Carrier – The insurance company that: is selected by the customer/borrower to provide physical damage coverage on the vehicle; or provides liability coverage to any person who has caused your vehicle to incur a constructive total loss.

Self-financed – A financing contract that is funded and retained by the selling dealer or an affiliate.

Territory – This coverage applies only to payable losses sustained while the covered vehicle is: 1. within the United States of America (U.S.), its territories or possessions; 2. Canada. 3. being transported between any of the previously stated.

## CONDITIONS

Exclusions – This addendum will not provide coverage for loss:
1. Resulting from losses occurring prior to the effective date of this addendum.
2. Resulting from confiscation of covered vehicle by a government body or public official.
3. Caused by theft, unless customer/borrower or financial institution/lender files a police report.

FTC-PROD-00001127

4. Resulting from being operated, used, or maintained in any race, speed contest, or other contest.

5. To a covered vehicle held as security under any wholesale, floor plan, field warehouse, or any type of financing to a dealership.

6. To the following vehicles which are excluded from coverage: Daewoo, Bentley, Lamborghini, Lotus, Maserrati, Ferrari, Rolls Royce, Yugo, Aston Martin, RV's, boats, ATV's, snowmobiles, motorcycles, trailers and commercial vehicles.

7. To a covered vehicle with a financing contract in which the capitalized cost or total amount financed is more than the Maximum Eligibility Limit at the inception date of the financing contract.

8. Attributable to other than the standard or optional equipment available from the manufacturer of the covered vehicle or any personal property within the motor vehicle, including but not limited to: special carpeting, furniture, bars, audio, video, or data equipment, cooking and sleeping facilities, customized paint, or any equipment installed to overcome a physical handicap. Factory approved conversion packages and dealer installed options usually included in used car value guidebooks are not excluded.

9. Occurring after covered vehicle has been repossessed by a financial institution/lender or placed in a financial institution/lender's possession or in possession of a financial institution/lender's employees or agents.

10. For any amounts deducted from the primary carrier's settlement due to wear and tear, prior damage, unpaid insurance premiums, salvage, towing and storage and other condition adjustments.

11. To a covered vehicle with a salvage or rebuilt title at the time of sale or for which title has been changed or re-issued as salvage or rebuilt prior to the date of loss.

12. Resulting directly or indirectly from any fraudulent, deceptive, illegal, or criminal act by You, whether acting alone or in collusion with others.

13. If the customer/borrower is covered by another GAP insurance policy.

**Arbitration** – It is understood and agreed that the transaction evidenced by this addendum takes place in and substantially affects interstate commerce. Any controversy or dispute arising out of or relating in any way to this addendum or the sale of this addendum, including for recovery of any claim under this addendum including the applicability of this arbitration clause and the validity of this addendum shall be resolved by neutral binding arbitration on an individual basis without resort to any form of class action or any other collective or representative proceeding by the American Arbitration Association (AAA), under the Commercial Arbitration Rules in effect at the time the claim is filed. All preliminary issues of arbitration will be decided by the arbitrator.

1. The arbitration shall take place in the county of residence of the customer/borrower unless another location is mutually agreed upon by the parties. The arbitration shall take place before a single arbitrator selected in accordance with the AAA Commercial Arbitration Rules. AAA rules and forms may be obtained and all claims shall be filed at www.adr.org. or at any AAA office.

2. The cost of the arbitration shall be borne by us except that each party must bear the cost of filing and the cost of its own attorneys, experts and witness fees and expenses. You may seek a waiver of the filing fee under the applicable AAA rules. If the arbitrator holds that a party has raised a dispute without substantial justification, the arbitrator shall have the authority to order that the cost of the arbitration proceedings be borne by the other party.

3. It is understood and agreed that the arbitration shall be binding upon the parties, that the parties are waiving their right to seek remedies in court, including the right to a jury trial. You will not be able to participate as a representative or member of any class of claimants. An arbitration award may not be set aside in later litigation except upon the limited circumstances set forth in the Federal Arbitration Act. An award in arbitration will be enforceable under the Federal Arbitration Act by any court having jurisdiction.

4. All statutes of limitations that would otherwise be applicable shall apply to any arbitration proceedings. If any portion of this arbitration provision is deemed invalid or unenforceable, the remaining portions of this arbitration provision shall nevertheless remain valid and in force. In the event of a conflict or inconsistency between this arbitration provision and the other provisions of this agreement or any prior agreement, this arbitration provision shall govern.

**Fraud and Misrepresentation** - This addendum is issued in reliance upon the truth of all representations made by you. We will not pay a claim as to any financing contract where you: 1. Intentionally concealed or misrepresented any material fact; 2. Engaged in fraudulent conduct; or 3. Made a false statement relating to submitting a claim. If you have concealed or misrepresented any material fact(s) concerning this coverage, or in case of fraud, attempted fraud, or the false swearing by affecting any matter relating to this coverage, whether before or after waivable loss, this addendum may be denied and all charges will be returned.

## STATE PROVISIONS

The cancellation fee is not applicable in the following states: Colorado, Indiana, Louisiana, Missouri, New Hampshire, New Mexico, South Carolina, Vermont, and Wisconsin.

**Alabama:** If this addendum is cancelled early because of early termination of the Financing Contract, you will be entitled to any refund of the purchase price without having to request cancellation of the addendum. Any cancellation refund due under this addendum may be paid directly to the Lienholder, who may apply the refund as a reduction of the amount owed under the Financing Contract, unless You can show the Financing Contract has been paid in full. The cost of this addendum is not regulated and you should determine whether the cost of this addendum is reasonable in relation to the protection afforded by this addendum.

**Alaska:** The following language does not apply, "Waivable loss includes the amount of your physical damage deductible on the Primary Carrier's policy up to $1,000."

**Georgia:** The effective date of any cancellation may be no earlier than ninety (90) days prior to the date such written notice is received by Administrator.

**Illinois:** There is no deductible coverage available for vehicles leased in Illinois.

**Kansas:** EXCLUSIONS section is amended by deleting exclusion 8. Resulting directly or indirectly from any fraudulent, deceptive, illegal, or criminal act by You, whether acting alone or in collusion with others. ASSIGNMENT: This addendum will remain a part of the Financing Contract with no subrogation rights against the Customer/Borrower, if the Financing Contract or lease is assigned, sold or transferred by the Dealer/Creditor. The coverage provided by this Addendum may not cancel or waive the entire amount owing at the time of loss. If you have questions or complaints regarding this Addendum You may contact the Office of the State Bank Commissioner, 700 S.W. Jackson #300, Topeka, KS 66603, 1-785-296-2266 or toll free 1-877-387-8523.

## Minnesota: THIS WAIVER IS OPTIONAL. YOU DO NOT HAVE TO PURCHASE THIS PRODUCT INORDER TO BUY OR LEASE THIS MOTOR VEHICLE. YOU ALSO HAVE A LIMITED RIGHT TO CANCEL.

FTC-PROD-00001128

Nebraska: This Addendum is not regulated by the Department of Insurance.

Nevada: Cancellations by Borrower:
(1) You may cancel this contract at any time by notifying Us in writing and enclosing a copy of this Waiver.
(2) If you cancel this Waiver in writing to Us within 60 days (new and 30 days used) after receipt of the Waiver.
(3) If you cancel this Waiver in writing to Us within 60 days (new and 30 days used) after receipt of the Waiver, and You have made a Claim, We will refund, at our option, a pro rata portion of the Waiver purchase price based on (a) expired months; or (b) expired mileage, or (c) the retail value of any service provided.
(4) If you cancel this Waiver in writing to Us after the first sixty (60) days (for new vehicle and 30 days for a used vehicle)n after receipt of the Waiver,We will refund, at our option, a pro rata portion of the Waiver purchase price based on expired months.
▪ A guaranteed asset protection waiverwaiver is not a policy of liability or casualty insurance nor does it satisfy the requirement
to maintain liability insurance, pursuant to NRS 485.185.
▪ Failure to make timely payment under the terms of the finance agreement may void the waiver.
The creditor may apply any refund owed to the borrower because of the cancellation of a GAP waiver, including, without limitation, cancellation during the free look period or cancellation caused by a default on the finance agreement or the repossession of the vehicle associated with the finance agreement, to any amount still owed to the creditor under the finance agreement.

New Hampshire: In the event You do not receive satisfaction under this Agreement, You may contact the New Hampshire Insurance Department at 21 South Fruit Street, Suite 14, Concord, NH 03301, 1-800-852-3416.

Oregon: In the Definitions section of this waiver, Net Payoff is amended to inlcude: If Borrower has insurance you must rely upon insurer's determination nof ACV. If insurance does not cover the loss, you must calculate the ACV using regional or national guide.ermination of Addendum is amended to add: Any cancellation refund shall be provided without requiring the Borrower to apply or submit a claim for the refund.

Pennsylvania: A portion of the charges you pay for your coverage will be retained by the Dealer.

South Carolina: THIS GAP WAIVER IS NOT REQUIRED TO OBTAIN CREDIT, NOR TO OBTAIN CERTAIN TERMS OF CREDIT OR TO PURCHASE THE RELATED MOTOR VEHICLE. THIS GAP WAIVER WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. The sale of the Addendum is not permitted if the amount financed, less the cost of a Waiver Addendum, the cost of credit insurance, and the cost of service contracts is less than eighty percent (80%) of the manufacturer suggested retail prices for a new vehicle or the National Automobile Dealers Association average retail value for a used vehicle.

Tennessee: The cost of this Addendum is not regulated and You have the responsibility to determine whether the cost of this Addendum is reasonabl  in relation to the protection afforded by this Addendum.

Utah: This Addendum is subject to limited regulation by the Utah Insurance Commissioner and a complaint regarding this Addendum may be submitted to the Commissioner at the Utah Department of Insurance, State Office Building, Room 3110, Salt Lake City, UT 84114.

Vermont: We must assign, sell or transfer, within fifteen (15) business days, the Financing Contract to a Financial Institution/Lender as defined in subdivision 11101(32) of Title 8 or a credit union or entity licensed under subdivision 2201(a)(1) or (3) of Title 8 or this Addendum is void and You will receive a full refund of the charges of this Addendum.

Washington: 1. Any refund of the purchase price for an Addendum that was included in the financing of the Covered Vehicle or vessel may be applied by the Lender/Financial Institution as a reduction of the overall amount owed under the Financing Contract, rather than applying the refund strictly to the charge for this Addendum.
2. The Guaranteed Asset Protection Addendum is not credit insurance, nor does it eliminate the Customer/Borrower's obligation to insure the Covered Vehicle as provided by laws of this state. Purchasing a Addendum does not eliminate the Customer/Borrower's rights and obligations under the vendor single-interest and collateral protection coverage laws of this state.

Wisconsin: A cancellation refund within the first thirty (30) days will also include the amount of the applicable finance charge.

FTC-PROD-00001129



# Let Us Pay Your Bills®

800.481.6863 · www.smartpaymentplan.com

AGENT: AIHAM ALKHATIB (FM)

SMART Payment Plan or its assigns ("SMART") and the Client listed below agree as follows:

## CLIENT INFORMATION

| Name | Client ID |
|------|-----------|
| ███████████████████████████████ | ███████ |

## CLIENT PRIMARY BANKING INFORMATION

| Account Type | 9 Digit Routing Number | Bank Account Number |
|--------------|------------------------|---------------------|
| Checking | ████████████ | ████████ |

## DEBIT DATES

| First Debit Date | First Debit Amount | Second Debit Date | Recurring Debit Amount |
|------------------|--------------------|--------------------|------------------------|
| 11/06/2020 | $252.46 | 11/20/2020 | $252.46 |

## ESTIMATED CLIENT BENEFITS AND FEE INFORMATION

| Interest Reduction | Term Reduction | One Time Membership Fee | Debit Fee | Total Plan Cost | Net Plan Savings |
|--------------------|----------------|-------------------------|-----------|-----------------|------------------|
| $854 | 7 Months | $399 | $2.49 | $772.50 | $81.50 |

## PAYMENTS

|  | Payment | Due Date | Bill Name / Loan Collateral | Biller / Lender |
|--|---------|----------|-----------------------------|-----------------|
| 1. | $499.94 | 12/14/2020 | 2017 NISSAN ROGUE SPORT | ALLY FINANCIAL SERVICES |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Client hereby (i) requests SMART to provide the Services described in this Agreement, (ii) acknowledges and agrees that Client has read, understands, and agrees to be bound by the terms and conditions of all pages of this Agreement, as amended from time to time, and (iii) acknowledges that this Agreement contains an arbitration provision.

Electronically signed pursuant 15 U.S.C. ch. 96

███████████████████████        10/31/20
Signature of Client                     – Didn't rcv new
                                         paperwork
10/30/2020 12:22:47 PM
Date                                    new amt =
                                           $204.63

Client IP: 98.163.53.214

1. **Debit Authorization.** Client authorizes SMART to initiate debits from the Client's Account identified on page 1 ("Account"). Debits shall begin on the date stated on page 1 and shall recur either weekly, every 2 weeks, twice per month or monthly as requested by Client.

2. **How The SMART Payment Plan Works.** SMART will debit your account for the amount and on the schedule indicated on page 1. After satisfying the Membership Fee from accelerated debits and Per Debit Fees, all additional accelerated debited amounts are submitted to the lender(s) to reduce loan balance. Amounts debited for payment to lender(s) are held in a non-interest bearing client trust account and/or regulatory approved investment accounts until paid to lender(s) or biller(s) once per month on or before due date(s).

3. **Per Debit Fee and Membership Fee.** A per debit fee is deducted for each debit from my Account as indicated on page 1. The Per Debit Fee may change if I add, modify or remove a bill, or upon 30 days prior written notice from SMART. There is also a Membership Fee as indicated on page 1. Accelerated debits occur when, because debits occur every other week, an extra debit occurs beyond what is required to make the minimum loan payment for that month. The Membership Fee is deducted from all accelerated debits until it is satisfied.

4. **Interest Reduction and Term Reduction.** Interest Reduction is the estimated amount of interest savings as a result of making payments at an accelerated rate. Term Reduction is the estimated time by which your payment period will be shortened as a result of making payments at an accelerated rate. In some instances, fees may exceed interest reduction. All calculations are estimates. Actual amounts may vary.

5. **Total Plan Cost/Net Plan Cost.** Total Plan Cost represents the Membership Fee plus the estimated total debit fees until you payoff the underlying loan. Net Plan Cost/Savings represents the Total Plan Cost less the estimated interest savings as a result of making accelerated payments. These calculations assume all scheduled debits occur on a timely basis and no changes are made to the plan. The "Net Plan Benefit" or "Net Plan Cost" represents the maximum possible monetary benefit associated with the automobile loan/lease payment referenced in the Bill Name/Loan Collateral listed on page one of your contract. Please note, however, that your SMART membership allows you to add additional bill/loan payments to your service. If you add additional bills/loans, your maximum possible monetary benefit may increase. If SMART has not been provided the underlying loan terms or you enroll a bill without a known end date, Total Plan Cost and Net Plan Cost cannot be computed and will appear blank.

6. **Fees For Additional Bills.** Additional fees will be charged if bills are added, as follows: Debits every 2 weeks/2x per month, $2.49/debit for the first payment if you use a checking account and $3.49 for the first payment if you use a debit card; $1.00/debit per additional payment. Weekly debits, $1.25/debit for the first payment if you use a checking account and $1.75 for the first payment if you use a debit card; $0.50/debit per additional payment. Monthly debits, $4.95/debit for the first payment if you use a checking account and $6.95/debit if you use a debit card; $3.95/debit per additional check and $2.00/debit per additional electronic payment.

7. **Term; Cancellation; Refund Procedures.** This Agreement shall continue until either party notifies the other of its intent to terminate at any time for any reason. Client may cancel this Agreement, without any penalty or obligation, within 60 days of execution. If Client cancels the Agreement within 60 days of execution, SMART will refund the Client any portion of the Membership Fee that has been collected. To cancel the plan and/or request a refund, Client should contact SMART at 800.481.6863 or support@smartpaymentplan.com.

8. **Stop Payment.** Client may stop payment of any debit by notifying SMART or Client's bank orally or in writing at any time up to three business days before the scheduled debit.

9. **Client's Duties.** Client has a duty to have sufficient funds in the Account, to notify SMART of any changes to Client's banking information, lender or loan holder and to authorize any debits pursuant to this Agreement.

10. **Debits Precede Payments.** Payments will not be made to lender until debits have been collected by SMART.

11. **Effect of Legal and Bank Holidays.** Debits or payments set for weekends or legal or banking holiday occur on the next business day.

12. **Recovery of Funds.** SMART is authorized to debit Client's Account at any time and for any amount to recover funds when loan payments are made from previously failed debits.

13. **Reversal of Debits.** This Agreement does not conflict with nor in any way interfere with Client's rights pursuant to Federal Reserve Regulation E or any other applicable banking laws. SMART reserves the right to recollect any reversed debits when debit amounts reflect prior successful loan payments on Client's behalf.

14. **Returned Debits.** SMART shall debit a $25 fee for any returned debit attempts. SMART has the right to debit the fee for returned debits at any time.

15. **Power of Attorney.** Client grants a limited power of attorney to SMART for purposes of communicating with lender on Client's behalf, including but not limited to receiving Client's loan account number and confirming receipt of Client's payments and remaining balance.

16. **Responsibility to Report Changes.** Client agrees to give immediate notice to SMART of any changes that may effect this Agreement.

17. **Plan Does Not Change or Modify Your Underlying Loan(s).** This Agreement is for a specialized payment system only and has no effect on the underlying loan(s). The lender is not a party to this Agreement and this Agreement in no way effects the terms or obligations of Client to the lender.

18. **Governing Law.** Any arbitration under this Agreement shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et. seq., the terms of this Agreement and the American Arbitration Association Rules. The laws of Client's state of residence, except those concerning arbitration and choice of law, when this Agreement is entered, shall govern all substantive matters regarding this Agreement.

19. **Other Terms.** (a) Failure to insist, in any one or more instances, upon performance hereunder, or to exercise any right hereunder, is not a waiver of the future performance of any term, covenant or condition or the future exercise of such rights; (b) if any provision of this Agreement is determined to be unenforceable, such unenforceability shall not affect the remainder of this Agreement unless a failure of consideration would thereby result; (c) this Agreement shall be binding upon and, except as otherwise provided herein, shall endure to the benefit of the parties hereto and their respective successors and assigns; (d) the rights and remedies granted herein are in addition to those otherwise available in equity.

20. **Arbitration; Waiver of Lawsuits and Class Actions.**

a. Any and all disputes, controversies, or claims ("Claims") between parties (and any affiliates, successors and assigns, officers, directors, employees, agents and contractors) arising out of or relating in any way to this Agreement, including without limitation any determinations regarding the arbitrability of this Agreement, shall be resolved exclusively by final and binding arbitration conducted by the American Arbitration Association in accordance with its Commercial Arbitration Rules (the "AAA Rules"). The parties waive the right to join or bring any Claims with or on behalf of others on a consolidated or class action basis, and any arbitration proceeding will consider only the Claims between the parties and not Claims of others. The parties agree that they will not elect to arbitrate any individual claims brought by either party in small claims court; however, if a Claim is transferred or appealed from small claims court to a different court, either party may elect arbitration.

2 - CONTINUED ON NEXT PAGE

FTC-PROD-00001131

b. This Agreement is made pursuant to a transaction in interstate commerce and any arbitration under this Agreement shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et. seq. (the "FAA"), the terms of this Agreement and the AAA Rules. The laws of Client's state of residence, except those concerning arbitration and choice of law, when this Agreement is entered, shall govern all substantive matters regarding this Agreement. Arbitration will be conducted by a single administrator in the federal judicial district where I reside. The arbitrator is directed to render an award within 30 days of the final hearing. The arbitrator's decision will be final and binding, except for any appeal right under the FAA and except for any Claims involving more than $100,000 ("Large Claims"). For Large Claims, either of us may appeal the award to a three arbitrator panel appointed pursuant to the AAA Rules. Any court with jurisdiction may enter judgment on an arbitration award. Arbitration proceedings will be confidential. Neither party will disclose or permit disclosure of any information about the evidence or documents in the arbitration or the contents of the award without the prior written consent of the other, except as required by law.

c. If the arbitrator or any court decides that one or more terms of this Agreement are unenforceable, the enforceability of the other provisions will not be affected. If I have questions about arbitration, I will obtain the arbitration rules and fee schedules for arbitration by writing to the American Arbitration Association at 335 Madison Avenue, New York, New York, or by calling 800-778-7879 or on the internet at http://www.adr.org/.

BY AGREEING TO ARBITRATION, CLIENT IS GIVING UP THE RIGHT TO PURSUE LAWSUITS AGAINST SMART EXCEPT IN SMALL CLAIMS COURT. ABILITY TO OBTAIN INFORMATION IS MORE LIMITED IN ARBITRATION THAN IN A LAWSUIT. OTHER RIGHTS IN A LAWSUIT, INCLUDING THE RIGHT TO A JURY TRIAL, ARE ALSO NOT AVAILABLE IN ARBITRATION. THE FEES CHARGED BY THE AAA MAY BE HIGHER THAN THE FEES CHARGED BY A COURT. BY GIVING UP THE RIGHT TO BRING OR PARTICIPATE IN ANY CLASS ACTION LAWSUIT, CLIENT AGREES THAT ANY CLAIMS AGAINST SMART WILL INVOLVE ONLY SMART AND CLIENT, EVEN IF OTHERS HAVE DISPUTES OR CLAIMS SIMILAR TO MINE. CLIENT AGREES HE OR SHE WILL NOT BRING ANY CLAIMS ACTING AS A PRIVATE ATTORNEY GENERAL, IN COURT OR IN AN ARBITRATION. ANY CLAIMS BROUGHT BY OR AGAINST ANY CO-BORROWER MAY NOT BE JOINED OR CONSOLIDATED WITH CLAIMS BROUGHT BY OR AGAINST ANY OTHER PERSON. THESE RESTRICTIONS ALSO APPLY TO SMART. BY SIGNING THIS AGREEMENT, CLIENT IS GIVING UP IMPORTANT LEGAL RIGHTS IN THE EVENT OF A DISPUTE.

**21. Consumer Liability for Unauthorized Transfers.** Tell us at once if you believe that an electronic fund transfer has been made without your permission. Telephoning is the best way to minimize potential losses. If you tell us within 2 business days after you learn of the loss, you can lose no more than $50 if someone accessed your account without your permission. If you do NOT tell us within 2 business days after you learn of the improper transfer, and we can prove we could have stopped someone from using your account without your permission, you could lose as much as $500. Also, if your statement shows transfers that you did not make, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we may extend the time periods.

**22. Contact in event of unauthorized transfer.** If you believe a transfer has been made without your permission, call: 800.481.6863 or write: SMART Payment Plan Customer Service 100 Congress Avenue, Suite 2000, Austin, TX 78701

**23. Business days.** For purposes of these disclosures, our business days are Monday through Friday. Holidays are not included.

**24. Transfer types and limitations.** You may only use your account to make the payments authorized on Page 1.

**25. Confidentiality.** We will disclose information to third parties about your account or the transfers you make: (i) Where it is necessary for completing transfers, or (ii) In order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant, or (iii) In order to comply with government agency or court orders, or (iv) If you give us your written permission.

**26. Periodic statements.** You will get a monthly account statement unless there are no transfers in a particular month. In any case, you will get the statement at least quarterly.

**27. Preauthorized payments.** (1) Right to stop payment and procedure for doing so. If you have told us in advance to make regular electronic payments out of your account, you can stop any of these payments. Here's how: Call us at 800.481.6863 or email support@smartpaymentplan.com or write us at SMART Payment Plan Customer Service 100 Congress Avenue, Suite 2000, Austin, TX 78701, in time for us to receive your request 3 business days or more before the electronic payment is scheduled to be made. We will charge you 10 per transaction for each stop-payment order you give. (2) Liability for failure to stop payment of preauthorized transfer. If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

**28. Financial institution's liability.** If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance: (1) If, through no fault of ours, you do not have enough money in your account to make the transfer. (2) If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken. (3) There may be other exceptions stated in our agreement with you.

**29. In Case of Errors or Questions About Your Electronic Transfers.** Call us at 800.481.6863 or email support@smartpaymentplan.com or write us at SMART Payment Plan Customer Service 100 Congress Avenue, Suite 2000, Austin, TX 78701 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts (accounts opened within the past 30 days), we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**30. Electronic collection of returned item fees.** If your payment is returned unpaid, you authorize us to make a one-time electronic fund transfer from your account to collect a fee of $25 per failed transaction.

**31. Collection Costs.** You understand that in the event of any default, SMART may declare the entire unpaid balance of the $399 Membership Fee to be immediately due and payable and if SMART then assigns this agreement to a collection agency, you agree to pay the costs of such collection up to no more than 30% of the amount owed. This provision shall not apply to residents of states that prohibit the imposition of such collection costs and shall be limited to the amount allowed by state law for residents of states that restrict the amount of such collection costs.

3 - CONTINUED ON NEXT PAGE

FTC-PROD-00001132

**CONSENT AND NOTICE REGARDING ELECTRONIC AND TELEPHONIC COMMUNICATIONS**

**1. Electronic Signature Agreement.** By selecting the "I Accept" button, you are signing this Agreement electronically. You agree your electronic signature is the legal equivalent of your manual signature on this Agreement. By selecting "I Accept" you consent to be legally bound by this Agreement's terms and conditions. You further agree that your use of a key pad, mouse or other device to select an item, button, icon or similar act/action, or to otherwise provide SMART instructions online, or in accessing or making any transaction regarding any agreement, acknowledgement, consent terms, disclosures or conditions constitutes your signature (hereafter referred to as "E-Signature"), acceptance and agreement as if actually signed by you in writing. You also agree that no certification authority or other third party verification is necessary to validate your E-Signature and that the lack of such certification or third party verification will not in any way affect the enforceability of your E-Signature or any resulting contract between you and SMART. You also represent that you are authorized to enter into this Agreement for all persons who own or are authorized to access any of your accounts and that such persons will be bound by the terms of this Agreement. You further agree that each use of your E-Signature in obtaining this Agreement from SMART constitues your agreement to be bound by the terms and conditions of the SMART Payment Plan Agreement as it exists on the date of your E-Signature.

**2. Consent To Electronic Delivery/File Portal.** You specifically agree to receive and/or obtain any and all SMART "Electronic Communications" (defined below) via email from support@smartpaymentplan.com and to your File Portal. The "File Portal" is an online document delivery system utilized to deliver and store electronic copies of the consumer agreement, debit calendar, periodic statements, regulatory disclosures, and other Electronic Communications. The term "Electronic Communications" includes, but is not limited to, any and all current and future notices and/or disclosures that various federal and/or state laws or regulations require that we provide to you, as well as such other documents, statements, data, records and any other communications regarding your relationship and transactions with SMART. You accept Electronic Communications provided via email or the File Portal as reasonable and proper notice, for the purpose of any and all laws, rules, and regulations, and agree that such electronic form fully satisfies any requirement that such communications be provided to you in writing or in a form that you may keep. Electronic Communications will be deemed received by you upon delivery to the email address you keep on file with us or posted them in the File Portal. It is your responsibility to open and review Electronic Communications that we deliver to you using the above described methods. We may, but not are obligated to under this Agreement, provide you with notice of the availability of an Electronic Communication that is delivered in one of the above described methods.

**3. Paper version of Electronic Communications.** You may request a paper version, sent via US Mail, of an Electronic Communication at any time. You acknowledge that SMART reserves the right to charge you a reasonable fee for the production and mailing of paper versions of Electronic Communications. To request a paper copy of an Electronic Communication, contact us at 800.481.6863.

**4. Revocation of electronic delivery.** You have the right to withdraw your consent to receive communications via email and posted to your File Portal at any time. You acknowledge that SMART reserves the right to restrict or terminate your access to such email communications and the File Portal if you withdraw your consent to receive Electronic Communications. If you wish to withdraw your consent, contact us at 800.481.6863. You acknowledge that SMART reserves the right to terminate access to the File Portal at any time for any reason or no reason.

**5. Valid and current email address, notification and updates.** Your current valid email address is required in order for you to obtain SMART's services. You agree to keep SMART informed of any changes in your email address. You may modify your email address by submitting a written or email request to SMART. SMART may notify you through email when an Electronic Communication or updated agreement pertaining to SMART's services is available via the File Portal. SMART may also use email for Electronic Communications. It is your responsibility to check your email and the File Portal regularly to check for Electronic Communications, including to check for updates to this Agreement.

**6. You are responsible for installation, maintenance, and operation of your computer, browser and software at your own expense.** SMART is not responsible for any errors or failures from any malfunction of your computer, browser or software. SMART is also not responsible for computer viruses or related problems associated with use of an online system. The following are the minimum hardware, software and operating system requirements necessary to use email and receive Electronic Communications:

    A personal computer or other device that is capable of accessing the Internet,
    an Internet browser that supports at least TLS 1.0 encryption;
    an e-mail account with an Internet service provider and e-mail software in order to participate in our Electronic Communications program;
    a program that accurately reads and displays PDF files (such as Adobe Acrobat Reader),
    an up to date anti-virus protection program.

You will also need a printer if you wish to print out and retain records on paper, and sufficient electronic storage if you wish to retain records in electronic form. By consenting to this Agreement, you confirm that you are able to meet the above requirements and that you can receive, open and print or save any Electronic Communications described in this Agreement.

**7. Telephone Contact.** SMART may occasionally have products or services we think may be of interest to you. By signing this Agreement, you give us consent to use automated technology to call and/or text message you at the phone number(s) listed on page one of this Agreement, or otherwise provided to us by you, including your wireless number if provided. Carrier messaging rates may apply. Please note that you are not required to give this consent to receive SMART's service. If you wish to withdraw your consent to receive automated calls and/or text messages, please contact us at 800.481.6863.

**8. Controlling Agreement.** This Agreement supplements and modifies any other agreements that you may have with SMART. To the extent that this Agreement and any other agreement contain conflicting provisions, the provisions in this agreement will control (with the exception of provisions in another agreement for an electronic service which provisions specify the necessary hardware, software and operating system, in which such other provision controls). All other obligations of the parties remain subject to the terms and conditions of any other agreement.

©2020 SMART Payment Plan. All Rights Reserved.

4

FTC-PROD-00001133

N2702

Dealer License Number:     MANCHESTER CITY NISSAN
Dealership Name & Address:    30 TOLLAND TURNPIKE
                                       MANCHESTER CT 06040

Customer Name: ████████████     Date: 10/30/2020

I acknowledge receipt of this form: ████████████████

**Customer Signature**

## DEALER CONVEYANCE / DEALER PROCESSING FEE

699.00

1.    AMOUNT OF DEALER CONVEYANCE/PROCESSING FEE: $ _____
      **THIS FEE IS NEGOTIABLE.**

2.    THE "DEALER CONVEYANCE FEE" OR "DEALER PROCESSING FEE" MEANS A FEE CHARGED BY A DEALER TO RECOVER REASONABLE COSTS FOR PROCESSING ALL DOCUMENTATION AND PERFORMING SERVICES RELATED TO THE CLOSING OF A SALE INCLUDING, BUT NOT LIMITED TO, THE REGISTRATION AND TRANSFER OF OWNERSHIP OF THE MOTOR VEHICLE WHICH IS THE SUBJECT OF THE SALE.

3.    SERVICES PERFORMED BY THIS DEALERSHIP FOR SUCH FEE (Mark As Appropriate):

      (x) Processing and submission of credit applications to finance companies.
      ( ) Preparation of finance or lease documents.
      (x) Preparation and submission of vehicle registrations both manually and electronically with the Connecticut Department of Motor Vehicles.
      (x) Filing and releasing security liens on purchased and traded vehicles as contractually required by lending institutions.
      (x) Processing applications for new or duplicate title documents with the Connecticut Department of Motor Vehicles.
      ( ) Processing the pay-off of an existing lien of any vehicle offered in trade.
      ( ) Other (describe): _____

      _____

      _____

4.    THIS FEE IS NOT PAYABLE TO THE STATE OF CONNECTICUT.

5    WHEN THE BUYER ELECTS, WHERE APPROPRIATE ,TO SUBMIT THE DOCUMENTATION FOR REGISTRATION AND TRANSFER OF OWNERSHIP TO THE COMMISSIONER OF MOTOR VEHICLES, THE DEALER CONVEYANCE/ PROCESSING FEE

75.00

      SHALL BE REDUCED BY: $ _____

      **NOTE: IF A LIENHOLDER OF RECORD EXISTS, THE DEALER MUST SUBMIT THE DOCUMENTATION TO THE DEPARTMENT OF MOTOR VEHICLES.**

      *A COPY OF THIS FORM MUST BE PROVIDED TO THE BUYER.*

Revised: 06/30/15

AFTERMARKET SPECIALTY 888-257-5330

### CANCELLATION

ou or a person authorized by you may cancel this PMA by submitting a written cancellation request which includes the mileage (signed Odometer Statement) of the vehicle at the time the cancellation is to be effective, and mailing this information to your selling dealer as listed under the Application/Declaration.

NESNA and/or the Lienholder may cancel this PMA if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this PMA, or c) the registered vehicle has been used in any manner not covered by this PMA.

If this PMA is cancelled within 60 days of its effective date, then you will receive a full refund, less any paid or pending claims.

After 60 days, a pro rata refund will be based on the greater of time in force or mileage driven, less a processing fee of $50 ($25 in AL, FL and WA, and $0 in GA).

| | 60 days or less | |
|---|---|---|
| | No Claims | Claim(s) |
| Cost | $500 | $500 |
| Pro Rata | N/A | N/A |
| Claim* | $ -- | $100 |
| Process Fee | $ -- | $ -- |
| Refund | $500 | $400 |

* If applicable

NOTE: If this PMA was financed, then the refund will be paid to the lienholder unless proof of lien payoff is submitted.

### 15  TRANSFER REQUESTS

This PMA is for the benefit of the Purchaser and applies only to the vehicle listed in this PMA. However, this PMA may be transferred to subsequent owners of the covered vehicle in the case of a private party sale only, and if all of the following conditions are met:

1. The vehicle's service records are current and indicate that the vehicle was maintained in accordance with Nissan's recommendations. In the event service records are not available, NESNA may require the vehicle to be inspected and serviced at an approved repair facility at the owner's expense to ensure the vehicle has been properly maintained. If the inspection and service disclose abnormal vehicle conditions, the transfer request may be rejected. This determination shall be within the sole discretion of NESNA.

2. The transfer request is made within 30 days of change in ownership.

3. The transfer information and the appropriate signatures are provided in the Transfer Certificate section.

4. A transfer fee of $50 ($40 in FL, $25 in AZ and WA , $0 in GA) payable to NESNA is included with the transfer request. Payment may be by check or money order.

NESNA cashes all checks upon receipt, but that does not constitute an approved transfer request. NESNA reviews all submitted documents, as well as other information such as vehicle history file, to determine whether or not to approve your request. It is NESNA's sole discretion to approve or deny a transfer request. If your request is denied, then your fee will be refunded.

An updated PMA will be sent to the subsequent owner after NESNA's receipt and successful processing of all requested material.

FTC-PROD-00001135



Security+Plus®

Model Year 2014 & later
**PREPAID MAINTENANCE AGREEMENT (PMA)**

## APPLICATION/DECLARATION

### VEHICLE INFORMATION

| CONTRACT # | VEHICLE ID NUMBER (17 DIGIT VIN) |
|---|---|
| ▉ | ▉ |

| YEAR | MAKE | MODEL |
|---|---|---|
| 2017 | NISSAN | Rogue Spt/Qashqai |

### DEALER INFORMATION

| SELLING DEALER | PHONE NUMBER | DEALER # |
|---|---|---|
| MANCHESTER CITY NISSAN 3872/5682 | (860) 643-4165 | 5682 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 30 TOLLAND TURNPIKE | MANCHESTER | CT | 06040 |

| LIENHOLDER | ADDRESS | |
|---|---|---|
| ALLY FINANCIAL | PO BX 8128 | COCKEYSVILLE MD 21030 |

### CONTRACT HOLDER INFORMATION

| FIRST NAME | LAST NAME |
|---|---|
| ▉ | ▉ |

| PHONE | EMAIL ADDRESS |
|---|---|
| ▉ | ▉ |

### CONTRACT INFORMATION

| Vehicle Type | New Only | New & Used | | PURCHASE INFORMATION | EXPIRATION INFORMATION |
|---|---|---|---|---|---|
| Plan Type | Scheduled Maintenance | Basic+Plus Maintenance | Basic Maintenance | PURCHASE DATE | EXPIRATION DATE |
| Genuine Nissan 5W-30 or 0W-20* | ☐ | ☐ | ☒ | 10/30/2020 | 10/30/2026 |
| 2.0L VC-Turbo† | ☐ | ☐ | ☐ | PURCHASE MILEAGE | EXPIRATION MILEAGE |
| Nissan LEAF‡ | 1☐ 2☐ | Not applicable | | 18,098 | 78,098 |
| GT-R§ | ☐ | Not applicable | | | |
| Titan XD Diesel** | ☐ | ☐ | ☐ | TERM / MILEAGE PURCHASED | PMA PURCHASE PRICE†† |
| *Or SAE equivalent weight and specification engine oil. 6-month 5,000-mile intervals; †12-month, 7,500-mile intervals/Mobil 1 5W-30 only; ‡6-month, 7,500-mile intervals/100% electric, no oil used; §6-month 5,000-mile intervals/Mobil 1 0W-40 only; **12-month/10,000-mile intervals/Mobil Delvac 10W-30 Only | | | | TERM/MONTHS: 72  MILEAGE: 60,000 | $1,500.00 ††Subject to state and local sales taxes, where applicable |

### TIME & MILEAGE TERMS

Coverage under Scheduled Maintenance (PMA) begins on the vehicle's original In-Service Date listed above (i.e., the manufacturer's original new vehicle warranty start date) and zero miles on the odometer. Basic and Basic+Plus PMA coverage begins on the PMA Purchase Date and Odometer Reading shown above. In all cases, the PMA expires at the PMA Expiration Mileage or PMA Expiration Date listed above. Vehicles which have been in service more than 6 months from the in-service date, or which have more than 7,500 miles on the odometer, are only eligible for Basic and Basic+Plus PMAs. All plans are $0 deductible.

### CUSTOMER ACKNOWLEDGEMENT

I am applying for the Security+Plus PMA covering the motor vehicle described in this Application/Declaration. I agree that the time and mileage limits for Scheduled Maintenance PMAs begin from the Original Manufacturer's New Vehicle Warranty Start Date and zero miles on the odometer. For Basic and Basic+Plus PMAs, time and mileage limits begin on the PMA Purchase Date and Odometer Reading shown above. Nissan Extended Services North America (NESNA) reserves the right to accept, correct, modify or refuse any Application/Declaration. NESNA reserves the right to reject any Application/Declaration for any reason at its discretion upon return of the full amount paid. I agree that my PMA is being issued in accordance with the information contained in this Application/Declaration and is subject to the terms and conditions stated therein.



| X ▉ | 10/30/2020 | X _(signature)_ | 10/30/2020 |
|---|---|---|---|
| APPLICANT'S SIGNATURE | DATE | AUTHORIZED DEALER'S SIGNATURE | DATE |
| | CUSTOMER | | |

SEC-PMA-526  0120



| | Model Year 2014 & later |
| --- | --- |
| Security+Plus® | PREPAID MAINTENANCE AGREEMENT (PMA) |

**1    HOW THIS SECURITY+PLUS PMA PROTECTS YOU**

In return for your payment, NESNA*, will arrange for a participating Nissan dealer to perform the service(s), including inspection and/or replacement of the parts listed and described in Exhibit A of this PMA, as applicable to the type of PMA that you purchased and vehicle which is covered by the PMA. Please refer to Exhibit A for your applicable plan's specific coverage information.

*Nissan Extended Services North America, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000.

**2    YOUR PMA TERM**

This PMA applies during the term shown in the Application/Declaration. Scheduled Maintenance PMAs begin at the Manufacturer's New Vehicle Warranty start date (i.e., the "in-service date" described in your warranty booklet and listed in the Application/Declaration) and at zero miles on the odometer. Basic and Basic+Plus PMAs begin at the time the PMA is sold and the odometer reading on that date.

This PMA continues until the expiration date or vehicle mileage listed in the Application/Declaration is reached, or until the performance of the final scheduled maintenance service covered (listed in Exhibit A) by the term of this PMA as provided in the Application/Declaration, whichever is earlier.

"Odometer Reading," which appears in the Application/Declaration, means the actual number of miles which the vehicle has been operated since manufacture as indicated on the vehicle's odometer, unless the odometer is/has been broken, has been replaced or has been tampered with. In such a situation, NESNA will make a good faith calculation of the total actual number of miles of vehicle operation since manufacture based on the information available. If ever the odometer is tampered with, and/or is inoperative, so that the vehicle's total actual number of recorded miles of operation since manufacture cannot be accurately determined by NESNA, this PMA will be void. Odometer reading reflects the mileage based upon the recording device and numerous factors, and may not reflect the actual distance traveled.

**3    THIS SECURITY+PLUS PMA COVERS**

* * * * Refer to Exhibit A for coverage afforded by this PMA for the type of vehicle (model/trim) and plan purchased, up to the time/mileage term limit (whichever occurs first) listed in the Application/Declaration.

**4    WHEN THESE SERVICES MAY BE PERFORMED**

The routine maintenance services described in Exhibit A of this PMA should be performed at the time and mileage intervals specified in Exhibit A. The number of services you can receive is based on the maintenance interval. Divide the term mileage by 5,000 miles to determine the maximum number of services. For example, a 36-month/45,000-mile term includes up to 9 services. Services can be used at any time, until you have used all your available services or your contract expires by time of mileage, whichever comes first.

**5    SCHEDULED MAINTENANCE SERVICE COVERAGE**

Please refer to the Maintenance Service Schedule described in Exhibit A for specific items and intervals. The Optional Premium Maintenance Upgrade items listed in the back of the Nissan Service and Maintenance Guide, and any other additional maintenance items NOT covered under this plan, may need to be inspected and/or replaced. For details relating to the expiration of your PMA, refer to the Application/Declaration.

**6    PARTS/FLUID REPLACEMENT**

The Basic and Scheduled Plans cover replacement of engine oil and oil filter. Scheduled Maintenance Plans also cover replacement of brake fluid, in-cabin microfilter and engine air filter. Replacement of covered parts/fluids will be made with Genuine Nissan or Nissan-approved replacement parts. Please refer to Exhibit A for parts/fluids covered. This plan pays for oil changes using Genuine Nissan 5w-30 or Genuine Nissan 0W-20 engine oil or SAE equivalent weight and specification engine oil per the Owner's Manual (except for Nissan GT-R, Altima Hybrid and all models with VC-Turbo engine that specify and for which this plan covers the cost of special engine oil). Your Nissan dealer may offer you alternative oils; or Genuine Nissan Ester Oil, neither of which is covered by this PMA, but is available for the additional cost of the alternative oil at the time of each oil change.

**7    HOW TO RECEIVE SERVICES**

- Return the vehicle to the selling Nissan dealer or the nearest participating Nissan dealer.
- Keep this PMA available in your vehicle.

These services must be performed by your selling Nissan dealer or by any participating Nissan dealer in the U.S. (including Alaska and Hawaii, but excluding U.S. Territories). Should you require assistance in locating the nearest participating Nissan dealer, point your browser to https://www.nissanusa.com/nissandealers/locate/ or call Nissan Consumer Affairs at 800-NISSAN-1. Services performed at any other service facility are not covered under the terms of this PMA and will NOT be eligible for reimbursement.

**8    CAR RENTAL REIMBURSEMENT (not applicable to GT-R*)**

The Scheduled Maintenance plan provides reimbursement for the actual expenses of substitute transportation up to $35, limited to one day, when having your scheduled maintenance performed as shown in Exhibit A. The LEAF plan provides reimbursement for the actual expenses of substitute transportation

FTC-PROD-00001137

up to $35, limited to one day, when having your scheduled maintenance performed at the 30,000-mile service. The term of your PMA, which is detailed in the Application/Declaration, will determine your eligibility for car rental reimbursement. *Service Loan Cars are provided under the GT-R's ownership amenities during the Powertrain Warranty.

## 9  NO DEDUCTIBLE

Coverage for parts and services (including taxes) for maintenance services eligible under this PMA includes no deductible.

## 10  WHAT IS NOT COVERED

**NV200 Taxi is not eligible for coverage.** Any items not listed in Exhibit A for your type of plan and vehicle are not covered. Maintenance otherwise covered by this PMA which is required due to incidents caused by operating the vehicle in severe usage conditions such as pulling a trailer or other vehicle that exceeds Nissan's recommendation or exceeding the maximum Gross Vehicle Weight (GVW) of the vehicle is not covered by this PMA. (See your owner's manual.) **This PMA does not cover incidental or consequential damages** including but not limited to: loss of the use of the vehicle, rental vehicle, storage charges, lost wages, inconvenience, and commercial loss.

**No refunds will be given for scheduled maintenance not performed at the prescribed intervals, or for maintenance services that do not apply to a particular vehicle.**

## 11  TIRE ROAD HAZARD PROTECTION*

This PMA provides Tire Road Hazard Protection as detailed below.

- Tires
  This PMA provides protection against damage to tire(s) that is not covered by the tire manufacturer's warranty and is caused by roadway debris such as potholes, nails, glass, or any other materials that might cause damage to the tire(s).
- Eligibility and Extent of Coverage
  This PMA covers the four original tires equipped on the vehicle at the time of your purchase of the vehicle. This PMA provides reimbursement for your tire repair costs or replacement of a covered tire(s) for the term of the plan or a maximum of 36 months on the 48- and 60-month plans, whichever is less, or until the covered tire's tread depth wears below 2/32 inch (4/32 inch for truck/sport utility vehicles), whichever occurs first (time or mileage).
- Flat Tire Repair Coverage (not applicable to GT-R**)
  This PMA will cover 100 percent of the cost to safely repair a covered tire up to a maximum of $35 in the event that a tire develops a repairable leak or puncture due to a road hazard condition. **GT-R tires must be replaced, once removed from the wheel.
- Tire Replacement Coverage
  This PMA covers the cost of a required tire replacement of a covered tire if replacement becomes necessary due to damage caused by a non-repairable road hazard in accordance with the pro-rated schedule listed below. Eligible tires are covered up to $250 per claim, ($550 per tire for GT-R) up to a maximum of four damaged tires per vehicle during the period of tire coverage provided by this PMA (see above). Included in this amount is a $25 allowance (per tire) for mounting & balancing, replacement of rubber valve stems, wheel weights, and tire disposal fees.
- **What Is Not Covered**
  **Premature or irregular tire wear; tire damage due to improper inflation, misalignment of wheels, fire, a vehicle collision or accident, vandalism, malicious or intentional acts or abuse, tire chains, or mechanical defects of the vehicle; scuffing damage to sidewalls or other cosmetic damage; roadside assistance services and towing costs.**

**NOTE: This is a tire repair/replacement reimbursement program ONLY. As detailed above, roadside assistance and towing are not covered or included.**

|  | Tire Tread Depth Remaining | Replacement Coverage Percent |  | Tire Tread Depth Remaining | Replacement Coverage Percent |
|---|---|---|---|---|---|
| Cars | 8/32" or Greater | 100% | Light Truck and Sport Utility | 10/32" or Greater | 100% |
|  | 6/32" to 7/32" | 75% |  | 8/32" to 9/32" | 75% |
|  | 4/32" to 5/32" | 50% |  | 6/32" to 7/32" | 50% |
|  | 2/32" to 3/32" | 25% |  | 4/32" to 5/32" | 25% |
|  | 2/32" or Below | 0% |  | 4/32" or Below | 0% |

- How To Receive Reimbursement For Tire Road Hazard Repair or Replacement
  Many Nissan or Infiniti dealers will be able to make necessary tire repairs or replacement services, and process your claim for reimbursement. If you have the repair/replacement done at an independent repair facility, you must submit a letter requesting evaluation for reimbursement which must include the following five items:
    1. Full VIN and PMA number
    2. Vehicle mileage
    3. Original repair order receipt from the dealership or repair facility
    4. Tread depth of damaged tire and cost of repair / replacement
    5. Reason for tire repair or replacement (what happened that caused the damage)
  Mail to: Security+Plus Prepaid Maintenance Tire Protection, Claims Department P.O. Box 9145, Medford, MA 02155.
- Recorded information about how to obtain reimbursement is also available by calling **800-225-2476, Option 3**.
- **Tire road hazard protection is not available on Basic plans and all contracts sold by dealers in Florida.**

FTC-PROD-00001138

- If you also have a Security+Plus Gold Preferred, Silver Preferred or Powertrain Preferred Vehicle Protection Plan, you can use the Roadside Assistance benefits provided with that plan to obtain flat tire service (change to your working spare) and then have your tire repaired or replaced under your Tire Road Hazard Protection included with Security+Plus PMA.

*Tire Road Hazard Protection services are administered by Cross Country Motor Club, Inc. Medford, MA 02155, except in AK, CA, HI, OR, WI and WY, where services are administered by Cross Country Motor Club of California, Inc., Medford, MA 02155. Reimbursement for claims may be mailed directly to: Security+Plus Prepaid Maintenance Tire Protection, Claims Department, P.O. Box 9145, Medford, MA 02155.

## 12  NOT A WARRANTY

THIS PMA IS NOT A WARRANTY, AN EXTENSION OF A NEW VEHICLE WARRANTY, OR AN IMPLIED OR GENERAL WARRANTY, AND IT IS NOT PROVIDED OR SOLD AS A CONDITION OF, OR INCLUDED WITH, THE SALE OF THE VEHICLE. This PMA is a "Service Contract" as defined in federal law and is sold only as a separate product apart from the vehicle itself. (See 15 USCS SEC. 2301 (8).) BY ENTERING INTO THIS PMA, YOU DO NOT WAIVE ANY APPLICABLE WARRANTIES. Be sure to read this PMA carefully so that you understand the difference in coverage between your Warranties and this PMA. FURTHER, you are advised that there are various state and federal laws that protect your interests as a consumer. In the event of a problem that cannot be resolved with NESNA, you may have other rights and remedies available to you.

## 13  CALIFORNIA-SPECIFIC INFORMATION

Section 14 is deleted in its entirety and replaced with the following information:

Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000, CA License #0E81392.

NESNA is the sole obligor under this PMA and is solely responsible for payment of or reimbursement for all covered claims. If any promise made in this PMA has been denied or has not been honored within 60 days after Your request, you may contact the California Department of Insurance at 800-927-4357 or access the department's Internet Web site (www.insurance.ca.gov).

This PMA is a "Service Contract" as defined in federal law (see CIC 12800 et seq.).

Cancel: If You request cancellation, then the fee will be the lesser of $25 or 10% of the purchase price of this PMA. This fee shall only apply to cancellation requests outside the free-look period. NESNA-initiated cancellations are not subject to a cancellation fee.

You or a person authorized by you may cancel this PMA by submitting a written cancellation request which includes the mileage (odometer reading) of the vehicle at the time the cancellation is to be effective, and mailing this information to Your selling dealer as listed under the Application/Declaration. If You cancel this PMA within 60 days of its effective date, then you will receive a full refund, or a pro rata refund if this PMA is cancelled within the free-look period but a claim has been paid by Us. After 60 days, a pro rata refund will be based on mileage driven, less a processing fee of the lesser of 10% of the PMA purchase price or $25.

(a)  NESNA may cancel this PMA within 60 days under the following conditions:
    (1)  Notice of cancellation is mailed to You postmarked before the 61st day after the date the PMA was sold by the selling dealer.
    (2)  NESNA provides You with a refund equal to the full purchase price stated in this PMA within 30 days from the date of cancellation. However, if NESNA has paid a claim, or has advised You in writing that it will pay a claim, it may provide a pro rata refund, less the amount of any claims paid prior to cancellation.
    (3)  This PMA ceases to be valid no less than 5 days after the postmark date of the notice.
    (4)  The notice states the specific grounds for the cancellation.
(b)  NESNA may at any time cancel this PMA for nonpayment by You, conditioned upon each of the following:
    (1)  Notice of cancellation is mailed to You.
    (2)  If any refund is owed pursuant to Section 1794.41 of the Civil Code, the refund is paid within 30 days of the date of cancellation.
    (3)  This PMA ceases to be valid no less than 5 days after the postmark date of the notice.
    (4)  The notice states the specific grounds for the cancellation.
(c)  NESNA may at any time cancel this PMA for material misrepresentation or fraud by You, conditioned upon each of the following:
    (1)  Notice of cancellation is mailed to You
    (2)  A pro rata refund of the purchase price stated on the PMA is paid within 30 days of the date of cancellation.
    (3)  The notice states the specific nature of the misrepresentation.
(d)  If NESNA cancels this PMA it is liable for any claim reported to NESNA if the claim is reported prior to the effective date of cancellation and is covered by this PMA. For the purpose of this subdivision, You are deemed to have reported a claim if You have completed the first step required under this PMA for reporting a claim.

Transfer: Fee is $25.

FTC-PROD-00001139

## 14 CANCELLATION

You or a person authorized by you may cancel this PMA by submitting a written cancellation request which includes the mileage (signed Odometer Statement) of the vehicle at the time the cancellation is to be effective, and mailing this information to your selling dealer as listed under the Application/ Declaration.

NESNA and/or the Lienholder may cancel this PMA if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this PMA, or c) the registered vehicle has been used in any manner not covered by this PMA.

If this PMA is cancelled within 60 days of its effective date, then you will receive a full refund, less any paid or pending claims.

After 60 days, a pro rata refund will be based on the greater of time in force or mileage driven, less a processing fee of $50 ($25 in AL, FL and WA, and $0 in GA).

|  | 60 days or less | |
|---|---|---|
|  | No Claims | Claim(s) |
| Cost | $500 | $500 |
| Pro Rata | N/A | N/A |
| Claim* | $  – | $100 |
| Process Fee | $  – | $  – |
| Refund | $500 | $400 |

* If applicable

NOTE: If this PMA was financed, then the refund will be paid to the lienholder unless proof of lien payoff is submitted.

## 15 TRANSFER REQUESTS

This PMA is for the benefit of the Purchaser and applies only to the vehicle listed in this PMA. However, this PMA may be transferred to subsequent owners of the covered vehicle in the case of a private party sale only, and if all of the following conditions are met:

1. The vehicle's service records are current and indicate that the vehicle was maintained in accordance with Nissan's recommendations. In the event service records are not available, NESNA may require the vehicle to be inspected and serviced at an approved repair facility at the owner's expense to ensure the vehicle has been properly maintained. If the inspection and service disclose abnormal vehicle conditions, the transfer request may be rejected. This determination shall be within the sole discretion of NESNA.

2. The transfer request is made within 30 days of change in ownership.

3. The transfer information and the appropriate signatures are provided in the Transfer Certificate section.

4. A transfer fee of $50 ($40 in FL, $25 in AZ and WA , $0 in GA) payable to NESNA is included with the transfer request. Payment may be by check or money order.

NESNA cashes all checks upon receipt, but that does not constitute an approved transfer request. NESNA reviews all submitted documents, as well as other information such as vehicle history file, to determine whether or not to approve your request. It is NESNA's sole discretion to approve or deny a transfer request. If your request is denied, then your fee will be refunded.

An updated PMA will be sent to the subsequent owner after NESNA's receipt and successful processing of all requested material.

FTC-PROD-00001140

## 16  TRANSFER CERTIFICATE

Address: _____ City: _____ State: _____

Zip: _____ Phone: _____ Date of Transfer: _____ Odometer at Transfer: _____

Transferred to: _____ Address: _____

City: _____ State: _____ Zip: _____

I have read and understand all the terms and conditions listed above:

Signature of Former Owner: _____ Date: _____

Signature of New Owner: _____ Date: _____

Your transfer request must include the following:

* Current and new PMA holder signatures
* Transfer date and mileage
* Current PMA holder's signature on the transfer request form OR copy of Power of Attorney and signature of that person who is authorized to sign for the current PMA holder
* Change of Ownership documents (at least one of the following: copy of title, registration application, or Bill of Sale; and signed Odometer Statement on that date)
* Transfer fee, by personal check or money order, payable to 'Nissan Extended Services North America' or 'NESNA'. Refer to Sections 13 & 15 for transfer fee information.

Mail the items listed above, a copy of this Transfer Certificate and your transfer fee payment to:

NESNA
P.O. BOX 685004
FRANKLIN, TN 37068-5004

NESNA may require the vehicle to be inspected and serviced at the owner's expense to assure that the vehicle has been properly maintained. If the inspection and/or service records show any abnormal conditions, NESNA will reject the transfer request.

If you have any questions, please contact Nissan Consumer Affairs at 800-647-7261.

FTC-PROD-00001141

## SCHEDULED MAINTENANCE

### EXHIBIT A

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |
| Replace brake fluid | | | | | | | | • |
| Replace engine air filter | | | | | | • | | |
| Replace in-cabin microfilter¹ | | | • | | | • | | |
| Replace manual transmission oil (Frontier only) | | | | • | | | | |
| Rental Car | | | | | | • | | |
| **Covered inspections** | | | | | | | | |
| Automatic transmission/CVT fluid⁴,⁵ | | • | | • | | • | | • |
| Axle & suspension parts | | | | • | | | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential oil² | | • | | • | | • | | • |
| Drive shaft boots³ | | • | | • | | • | | • |
| Engine drive belts | | | | | | | | • |
| Exhaust system | | | | • | | | | • |
| Front suspension ball joints | | | | • | | | | • |
| Fuel lines/connections | | | | • | | | | • |
| Fuel tank vapor vent system hoses | | | | • | | | | • |
| Manual transmission oil² | | • | | | | • | | • |
| Propeller shaft (4WD/AWD) | | • | | | | • | | • |
| Steering gear and linkage | | | | • | | | | • |
| Steering linkage ball joints | | | | • | | | | • |
| Transfer case oil (4WD/AWD) | | • | | | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |
| Replace brake fluid | | | | • | | | | |
| Replace engine air filter | | | | | | | | |
| Replace in-cabin microfilter¹ | • | | | | | | • | |
| Replace manual transmission oil (Frontier only) | | | | • | | | | |
| Rental Car | | | | • | | | | |
| **Covered inspections** | | | | | | | | |
| Automatic transmission/CVT fluid⁴,⁵ | | • | | • | | | | • |
| Axle & suspension parts | | | | • | | | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential oil² | | • | | • | | • | | • |
| Drive shaft boots³ | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | | | • |
| Exhaust system | | | | • | | | | • |
| Front suspension ball joints | | | | • | | | | • |
| Fuel lines/connections | | | | • | | | | • |
| Fuel tank vapor vent system hoses | | | | • | | | | • |
| Manual transmission oil² | | • | | • | | | | • |
| Propeller shaft (4WD/AWD) | | • | | • | | | | • |
| Steering gear and linkage | | | | • | | | | • |
| Steering linkage ball joints | | | | • | | | | • |
| Transfer case oil (4WD/AWD) | | • | | • | | | | • |

¹ If applicable
² Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Murano AWD
³ All front wheel drive, 4WD, AWD models.

⁴ Murano, Altima, Maxima, Rogue, Sentra, Versa
⁵ Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads

## BASIC+PLUS

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission/CVT fluid¹ | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential oil¹ ³ | | • | | • | | • | | • |
| Drive shaft boots² | | • | | • | | • | | • |
| Exhaust system | • | | • | | • | | • | |
| Fuel lines/connections | | | | | | | | • |
| Fuel tank vapor vent system hoses | | | | | | | | • |
| Manual transmission oil² | | • | | • | | • | | • |
| Steering gear and linkage | • | | • | | • | | • | |
| Steering linkage ball joints | • | • | • | • | • | • | • | • |
| Transfer case oil (4WD/AWD)³ | | • | | • | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission/CVT fluid³ | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Differential oil¹ ³ | | • | | • | | • | | • |
| Drive shaft boots² | | • | | • | | • | | • |
| Engine drive belts | | • | | | | | | |
| Exhaust system | • | | • | | • | | • | |
| Fuel lines/connections | | | | | | | | • |
| Fuel tank vapor vent system hoses | | | | | | | | • |
| Manual transmission oil² | | • | | • | | • | | • |
| Steering gear and linkage | • | | • | | • | | • | |
| Steering linkage ball joints | • | • | • | • | • | • | • | • |
| Transfer case oil (4WD/AWD)³ | | • | | • | | • | | • |

¹ Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Murano AWD.

² All front wheel drive, 4WD, AWD models.

³ Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.

## BASIC MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Replace engine oil and filter | • | • | • | • | • | • | • | • |
| Rotate tires (except Z) | • | • | • | • | • | • | • | • |

FTC-PROD-00001143

## GT-R SCHEDULED MAINTENANCE

**EXHIBIT A**

| | Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Miles | 6,000 | 12,000 | 18,000 | 24,000 | 30,000 | 36,000 | 42,000 | 48,000 | 54,000 | 60,000 |
| | Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
| **Covered services** | | | | | | | | | | | |
| Replace engine oil and filter | | • | • | • | • | • | • | • | • | • | • |
| Replace in-cabin microfilter | | | • | | • | | • | | • | | • |
| Replace transmission oil | | | | • | | | • | | | | |
| Replace differential oil front/rear | | | | • | | | • | | | | |
| Replace engine coolant | | | | | | • | | | • | | |
| Replace engine air filter | | | | | | | • | | | | |
| Replace brake fluid | | | | | | | • | | | | |
| Replace spark plugs | | | | | | | | | | | • |
| Replace brake hoses | | | | | | | | | | | • |
| Replace secondary air injection filter assy | | | | | | | | | | | • |
| **Covered Inspections** | | | | | | | | | | | |
| Axle & suspension parts | | • | • | • | • | • | • | • | • | • | • |
| Brake lines & cables | | | • | | • | | • | | • | | • |
| Brake pads & rotors | | • | • | • | • | • | • | • | • | • | • |
| Differential oil (front & rear) | | | • | | • | | • | | • | | • |
| Drive shaft boots | | • | • | • | • | • | • | • | • | • | • |
| Driving performance | | | • | | • | | • | | • | | • |
| Secondary air injection system | | | • | | • | | • | | • | | • |
| Engine drive belts | | | | | • | | • | | • | | • |
| Engine settings (Balancing of air flow for left & right banks) | | | | | | | | | • | | • |
| Engine startability & abnormal sounds | | | | | • | | • | | • | | • |
| Exhaust system | | • | • | • | • | • | • | • | • | • | • |
| Front suspension ball joints | | • | • | • | • | • | • | • | • | • | • |
| Fuel lines/connections | | | | | • | | | | • | | |
| Fuel tank vapor vent system hoses | | | | | • | | | | • | | |
| Transmission oil | | | • | | | | | | • | | • |
| Measurement & adjustment of wheel alignment | | | | | | | | | • | | • |
| Propeller shaft | | • | • | | • | | | | • | • | • |
| Steering gear and linkage | | • | • | • | • | • | • | • | • | • | • |
| Steering linkage ball joints | | • | • | • | • | • | • | • | • | • | • |
| Throttle chamber deposits | | | • | | • | | • | | • | | • |
| Transmission settings | | | | | | | | | • | | • |

## LEAF SCHEDULE 1 & 2

**Key: LEAF Schedule 1 = Prem/Sev   LEAF Schedule 2 = Std**

**EXHIBIT A**

| | Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 | 67,500 | 75,000 |
| | Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 |
| **Covered services** | | | | | | | | | | | |
| Rotate tires | | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 | 1, 2 |
| Replace brake fluid | | | 1 | | 1, 2 | | 1 | | 1, 2 | | 1 |
| Replace in-cabin microfilter | | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| **Covered Inspections** | | | | | | | | | | | |
| Axle & suspension parts | | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| Brake lines & cables | | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| Brake pads & rotors | | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 |
| Charging port | | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| Drive shaft boots | | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 | 1 | 1, 2 |
| Front suspension ball joints | | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| Reduction gear oil | | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 | | 1, 2 |
| Steering gear & linkage | | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| Steering linkage ball joints | | 1 | 1 | 1 | 1, 2 | 1 | 1 | 1 | 1, 2 | 1 | 1 |
| EV battery usage report[1] | | | | | | | 1, 2 | | 1, 2 | | 1, 2 |

[1] Review of the EV Battery Usage Report is required as a condition of EV battery warranty. Refer to the Nissan LEAF Warranty Information Booklet for details.

## TITAN XD DIESEL - SCHEDULED MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Rotate tires | ● | ● | ● | ● | ● | ● | ● | ● |
| Replace engine oil and filter | | ● | | ● | | ● | | ● |
| Replace fuel filters & drain water | | ● | | ● | | ● | | ● |
| Replace brake fluid | | | | ● | | | | |
| Replace engine air filter | | | | | | | | ● |
| Replace in-cabin microfilter | | | ● | | | | | |
| Replace automatic transmission oil | | | | ● | | | | |
| Replace Engine Coolant (every 45,000 miles) | | | | | | | | |
| Rental Car | | | | | | ● | | |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | ● | | | | ● | | |
| Brake lines & cables | | ● | | ● | | ● | | ● |
| Brake pads, drums, rotors & linings | | ● | | ● | | ● | | ● |
| Differential gear oil | | ● | | ● | | ● | | ● |
| Engine drive belts | ● | | | ● | | ● | | ● |
| Exhaust system | | | | ● | | | | ● |
| Fuel lines/connections | | | | ● | | | | ● |
| Propeller shaft & drive shaft boots (4WD models) | | ● | | | | ● | | ● |
| Steering gear and linkage, axle and suspension parts | | | | ● | | | | ● |
| Transfer case fluid (4WD models) | | ● | | | | ● | | ● |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires | ● | ● | ● | ● | ● | ● | ● | ● |
| Replace engine oil and filter | | ● | | ● | | ● | | ● |
| Replace fuel filters & drain water | | ● | | ● | | ● | | ● |
| Replace brake fluid | | | | ● | | | | ● |
| Replace engine air filter | | | | ● | | | | |
| Replace in-cabin microfilter | ● | | | | | | ● | |
| Replace automatic transmission oil | | | | ● | | | | |
| Replace Engine Coolant (every 45,000 miles) | ● | | | | | | | |
| Rental Car | | | | | | | | |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | ● | | | | ● | | |
| Brake lines & cables | | ● | | ● | | ● | | ● |
| Brake pads, drums, rotors & linings | | ● | | ● | | ● | | ● |
| Differential gear oil | | ● | | ● | | ● | | ● |
| Engine drive belts | | ● | | ● | | ● | | ● |
| Exhaust system | | | | ● | | | | ● |
| Fuel lines/connections | | | | ● | | | | ● |
| Propeller shaft & drive shaft boots (4WD models) | | ● | | | | ● | | ● |
| Steering gear and linkage, axle and suspension parts | | | | ● | | | | ● |
| Transfer case fluid (4WD models) | | ● | | ● | | ● | | ● |

SEC-PMA-526   0220

FTC-PROD-00001145

## TITAN XD DIESEL - BASIC+PLUS

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Brake Fluid | | | | | | | | • |
| Differential gear oil | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | • | | • |
| Engine air filter | | | | | | — | | |
| Exhaust system | | | | | | | | • |
| Fuel Filters | | • | | • | | | | • |
| Fuel lines | | | | • | | | | • |
| In-cabin microfilter | | | • | | | • | | |
| Propeller shaft & drive shaft boots (4WD models) | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | | • | | | | • |
| Transfer case fluid (4WD models) | | • | | • | | • | | |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | • | | • | | • |
| Brake lines & cables | | • | | • | | • | | • |
| Brake pads, drums, rotors & linings | | • | | • | | • | | • |
| Brake Fluid | | | | • | | | | • |
| Differential gear oil | | • | | • | | • | | • |
| Engine drive belts | | • | | • | | • | | • |
| Engine air filter | | | | • | | | | • |
| Exhaust system | | | | • | | | | • |
| Fuel Filters | | — | | • | | — | | • |
| Fuel lines | | | | • | | | | • |
| In-cabin microfilter | • | | | • | | | • | |
| Propeller shaft & drive shaft boots (4WD models) | | • | | • | | • | | • |
| Steering gear and linkage, axle and suspension parts | | | | • | | | | • |
| Transfer case fluid (4WD models) | | • | | • | | • | | • |
| Engine Coolant | — | | | | | | | |

## TITAN XD DIESEL - BASIC MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 5,000 | 10,000 | 15,000 | 20,000 | 25,000 | 30,000 | 35,000 | 40,000 |
| Months | 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |

| Service # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Miles | 45,000 | 50,000 | 55,000 | 60,000 | 65,000 | 70,000 | 75,000 | 80,000 |
| Months | 54 | 60 | 66 | 72 | 78 | 84 | 90 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires | • | • | • | • | • | • | • | • |
| Replace engine oil and filter | | • | | • | | • | | • |

## 2.0L 4-Cyl Variable Compression Turbo Engine - SCHEDULED MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 |
| Months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires (every 7,500 miles or 12 months) | • | • | • | • | • | • | • | • |
| Replace engine oil and filter (every 7,500 miles or 12 months) | • | • | • | • | • | • | • | • |
| Replace brake fluid (every 15,000 miles or 24 months) | | • | | • | | • | | • |
| Replace engine air filter (every 30,000 miles or 48 months) | | | | • | | | | • |
| Replace in-cabin microfilter (every 11,250 miles or 18 months) | | • | • | | | • | • | |
| Rental Car | | | | • | | | | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | • | | • | | • |
| Brake lines & cables | • | • | • | • | • | • | • | • |
| Brake pads, drums, rotors & linings | • | • | • | • | • | • | • | • |
| Differential gear oil | • | • | • | • | • | • | • | • |
| Engine drive belts | | • | | • | | • | | • |
| Exhaust system | | • | | • | | • | | • |
| Fuel lines/connections | | • | | • | | • | | • |
| Propeller shaft & drive shaft boots (4WD models) | • | • | • | • | • | • | • | • |
| Steering gear and linkage, axle and suspension parts | | • | | • | | • | | • |

## 2.0L 4-Cyl Variable Compression Turbo Engine - BASIC+PLUS MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 |
| Months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires (every 7,500 miles or 12 months) | • | • | • | • | • | • | • | • |
| Replace engine oil and filter (every 7,500 miles or 12 months) | • | • | • | • | • | • | • | • |
| **Covered inspections** | | | | | | | | |
| Automatic transmission fluid | | • | | • | | • | | • |
| Brake lines & cables | • | • | • | • | • | • | • | • |
| Brake pads, drums, rotors & linings | • | • | • | • | • | • | • | • |
| Differential gear oil | • | • | • | • | • | • | • | • |
| Engine drive belts | | • | | • | | • | | • |
| Exhaust system | | • | | • | | • | | • |
| Fuel lines/connections | | • | | • | | • | | • |
| Propeller shaft & drive shaft boots (4WD models) | • | • | • | • | • | • | • | • |
| Steering gear and linkage, axle and suspension parts | | • | | • | | • | | • |

## 2.0L 4-Cyl Variable Compression Turbo Engine - BASIC MAINTENANCE

**EXHIBIT A**

| Service # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Miles | 7,500 | 15,000 | 22,500 | 30,000 | 37,500 | 45,000 | 52,500 | 60,000 |
| Months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 |
| **Covered services** | | | | | | | | |
| Rotate tires (every 7,500 miles or 12 months) | • | • | • | • | • | • | • | • |
| Replace engine oil and filter (every 7,500 miles or 12 months) | • | • | • | • | • | • | • | • |

FTC-PROD-00001147

NA will mail a written notice to You at Your last-known address contained in Our records at least 5 days prior to cancellation by Us. The notice under par. (a) will state the effective date of the cancellation and the reason for the cancellation.

(c) If NESNA cancels this VSC for a reason other than nonpayment of the provider fee, We will refund to You 100% of the unearned pro rata provider fee, less any claims paid.

(d) NESNA will not charge a cancel fee that exceeds 10% of what You paid for this VSC.

**Wyoming:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Under Section 11, the following state requirements apply: If this VSC was financed and no proof of payoff is submitted, then the refund will be paid to the purchaser and the lienholder as an additional payee. Lienholders may cancel this VSC only if your vehicle is a total loss or repossessed.

1. Provisions for cancellation by the VSC holder: W.S. 26-49-103(e) "... A ten percent (10%) penalty per month shall be added to a refund that is not paid or credited within forty-five (45) days after return of the VSC to the provider."

2. Provisions for cancellation by the VSC provider: W.S. 26-49-105(k) "... The provider of the VSC shall mail a written notice to the VSC holder at the last known address of the VSC holder contained in the records of the provider at least ten (10) days prior to cancellation by the provider. Prior notice is not required if the reason for cancellation is nonpayment of the provider fee, a material misrepresentation by the VSC holder to the provider or a substantial breach of duties by the VSC holder relating to the covered product or its use."

Under Section 14, the following state requirements apply: You are not required to arbitrate any claim in the event of disagreement with NESNA, nor shall any language in Section 14 require arbitration results to be binding on the parties without the right of appeal, unless the parties agree to be so bound by a separate agreement. Also, any arbitration proceedings shall be conducted within Wyoming.

## 11  HOW DO I CANCEL MY VSC?

You or a person authorized by you may cancel this VSC by submitting a written cancellation request which includes the mileage (signed Odometer Statement or recent service record) of the vehicle at the time the cancellation is to be effective, and mailing this information to your selling dealer as listed in the Application/ Declaration, or directly to NESNA, P.O. Box 685004, Franklin, TN 37068-5004.

NESNA and/or the Lienholder may cancel this VSC if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this VSC, or c) the registered vehicle has been used in any manner not covered by this VSC.

If this VSC is cancelled within 60 days from the VSC effective date, then you will receive a full refund provided you have not filed a claim. If you have filed a claim or if this VSC is cancelled after 60 days, then the refund will be calculated based on the greater of the time in force or the mileage driven compared to the total time or mileage of your term. In addition, a processing fee of $75 (or as noted in Section 10) will be deducted from the refund.

If the VSC was financed, then the refund will be paid to the lienholder unless proof of pay-off is submitted.

For questions, please contact your selling dealer or call 800-NISSAN1.

## 12  HOW DO I TRANSFER MY VSC?

**This VSC is for the benefit of the Purchaser, and applies only to the vehicle listed in this VSC. However, this VSC may be transferred to subsequent owners of the covered vehicle in the case of a private party sale only, and if all of the following conditions are met:**

1. **The vehicle's service records are current and indicate that the vehicle was maintained in accordance with Nissan's recommendations. In the event service records are not available, NESNA may require the vehicle to be inspected and serviced at an approved repair facility at the owner's expense to ensure the vehicle has been properly maintained. If the inspection and service disclose abnormal vehicle conditions, then the transfer request may be rejected. This determination shall be within the sole discretion of NESNA.**

2. **The transfer request is made within 30 days of change in ownership.**

3. **The transfer information and the appropriate signatures are provided in the Transfer Certificate section.**

4. **A transfer fee of $50 (or as noted in Section 10), payable to NESNA, is included with the transfer request. Payment may be by check or money order.**

**NESNA cashes all checks upon receipt, but that does not constitute an approved transfer request. NESNA reviews all submitted documents, as well as other information such as vehicle history file, to determine whether or not to approve your request. It is NESNA's sole discretion to approve or deny a transfer request. If your request is denied, then your fee will be refunded.**

**An updated VSC will be sent to the subsequent owner after NESNA's receipt and successful processing of all requested material.**

FTC-PROD-00001148



**Certified Pre-Owned**

OPTIONAL CERTIFIED PRE-OWNED WRAP
APPLICATION/DECLARATION

VEHICLE SERVICE
CONTRACT (VSC)

| Dealer Information | | NESNA<br>P.O. BOX 685004<br>FRANKLIN, TN 37068-5004 | Vehicle Information | | |
|---|---|---|---|---|---|
| Dealer #<br>5682 | | | YEAR<br>2017 | BRAND<br>NISSAN | MODEL<br>Rogue Spt/Qashqai |
| Name<br>MANCHESTER CITY NISSAN 3872/5682 | | Contract Number | Vehicle ID Number (17-Digit VIN) | | |
| City<br>MANCHESTER | State<br>CT | #'s must be obtained from NNAnet/Carfax website.<br>VSC11982485 | ███████████████ | | |
| Phone<br>(860) 643-4165 | | | | | |

| Applicant Information | | | Lienholder or Service Payment Plan (0% Financing) | | |
|---|---|---|---|---|---|
| Last Name | First | M.I. | Name<br>ALLY FINANCIAL | | |
| ████████████████████ | | | Street / P.O. Box Address<br>PO BX 8128 | | |
| | | | City<br>COCKEYSVILLE | State<br>MD | Zip Code<br>21030 |
| | | | Applicant Email | | |

| Odometer Reading | New Vehicle Warranty Start Date | Date Of Purchase: CPO Vehicle |
|---|---|---|
| 18,098 | Month Day Year<br>02/17/2018<br>Start of original ownership from Service-Comm.<br>Cannot be the same as date of purchase of CPO vehicle. | Month Day Year<br>10/30/2020<br>Start of subsequent ownership.<br>Cannot be the same as new vehicle warranty start date. |

**Optional Certified Pre-Owned Wrap**

| | Product Type | VSC Purchase Price | Expiration Date and Miles (whichever occurs first) | | |
|---|---|---|---|---|---|
| PRODUCT PLAN:<br>PLAN TYPE:<br>DEDUCTIBLE: | Service Contract with Roadside<br>Security+Plus Gold Preferred<br>$0 per visit | $3,300.00 | 100,000 | MONTH DAY YEAR<br>02/17/2025 | |
| Time/Mileage:<br>(check one) | X 7 years/100,000 miles on the odometer | | 100,000 | | |
| | 8 years/120,000 miles on the odometer | | 120,000 | 7 OR 8 years from manufacturer's original | |
| | 7 years/unlimited miles on the odometer | | UNLIMITED | new vehicle warranty start date | |

**ACKNOWLEDGEMENT**

Coverage begins on the manufacturer's original warranty start date, with mileage beginning at zero, regardless of the vehicle age or odometer reading at the time of sale, ALTHOUGH ANY OR ALL COMPONENTS OR PARTS MAY BE COVERED BY THE MANUFACTURER'S LIMITED WARRANTY, WARRANTY EXTENSIONS, RECALLS OR CAMPAIGNS.

On the date of purchase, eligible vehicles must have fewer than 80,000 miles on the odometer.

Nissan Extended Services North America (NESNA) reserves the right to accept, correct, modify or refuse any VSC Application/Declaration. Claims within the first 90 days and/or 3,000 miles of the effective date are subject to review and/or denial for a pre-existing condition. NESNA reserves the right to reject any application or contract for any reason at its discretion upon return of the full amount paid.

☐ **WA Residents:** By initialing this box, YOU acknowledge that YOU have received the attached VSC/Summary which contains information on material conditions that YOU must meet to maintain coverage, including, but not limited to: the maintenance schedule to which YOU must adhere; the requirement to document repair and maintenance work; the procedures for filing claims; the work and parts covered by the VSC; the time and mileage limitations; the exclusions of coverage; the right to return the VSC for a full refund; the implied warranty of merchantability of the motor vehicle is not waived if the VSC has been purchased within 90 days of the purchase date of the motor vehicle from a provider who also sold the motor vehicle covered by the VSC. **Nissan Security+Plus is administered by Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068, tel. 615-725-1000.**

I agree that my VSC is being issued in accordance with the information contained in this Application/Declaration and is subject to the terms and conditions stated therein. I understand that purchase of the VSC is not required in order to purchase or obtain financing for a motor vehicle.

**I agree that maintenance of the above-described vehicle, in accordance with factory standards in the Owner's Manual, is a condition precedent to the coverage under this VSC.** A deductible, if applicable, applies per visit where a covered component is repaired. Please review the attached VSC before signing this Application/Declaration. Please call 800-NISSAN-1 if you have any questions.

| X ████████████ | 10/30/2020 | X ~~~~~~~~~ | 10/30/2020 |
|---|---|---|---|
| | DATE | | DATE |
| | CUSTOMER | AUTHORIZED DEALER'S SIGNATURE | |

NCPO-WRAP

0720

 **Security+Plus**®

VEHICLE SERVICE
CONTRACT (VSC)

**1   HOW DOES MY VEHICLE SERVICE CONTRACT (VSC) PROTECT ME?**

In return for your payment, NESNA* will arrange for a Nissan dealer to repair or replace all covered parts of your vehicle (see Section 4 below) when such repair or replacement is due to a mechanical breakdown, as defined below, and when all other terms and conditions of this VSC are met. The deductible which you must pay, if any, is listed in the Application/Declaration.

Mechanical breakdown means the inability of a covered part(s) to perform the function(s) for which it was designed, due solely to defects in Nissan materials or faulty workmanship for which Nissan is responsible. Mechanical breakdown does not include damage due to negligence, damage caused by an accident, or the gradual reduction in operating performance due to wear and tear. In addition, this VSC does not provide any benefit for any mechanical failure or breakdown caused by a non-covered part.

*Nissan Extended Services North America, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000.

**2   WHAT ARE MY VSC TERMS?**

This VSC applies during the term shown in the Application/Declaration.

**3   WHEN DOES MY COVERAGE BEGIN AND END?**

Coverage begins on the manufacturer's original warranty start date, with mileage beginning at zero, regardless of the vehicle age or odometer reading at the time of sale , ALTHOUGH ANY OR ALL COMPONENTS OR PARTS MAY BE COVERED BY THE MANUFACTURER'S LIMITED WARRANTY, WARRANTY EXTENSIONS, RECALLS OR CAMPAIGNS.

This VSC continues until the expiration date or expiration mileage listed in the Application/Declaration is reached, whichever occurs first.

Odometer reading, which appears in the Application/Declaration, means the actual number of miles which the vehicle has been operated since manufacture as indicated on the vehicle's odometer, **unless the odometer is/has been broken, has been replaced or has been tampered with**. In such a situation, NESNA will calculate the total actual number of miles of vehicle operation since manufacture based on the information available. If ever the odometer is tampered with, and/or is inoperative so that the vehicle's total actual number of recorded miles of operation since manufacture cannot be accurately determined by NESNA, then this VSC will be void. Odometer reading reflects the mileage based upon the recording device and numerous factors, and may not reflect actual distance traveled.

**4   WHAT DOES MY VSC COVER?**

This VSC covers repairs needed due to MECHANICAL BREAKDOWN, as defined above, for all Nissan parts and components of your vehicle except for those items described in Section 8.

Only those specific parts listed in this VSC are covered.

**NOTE: Seals and gaskets are covered components for leakage failures as they relate to any repairs needed due to mechanical breakdown, as defined above. However, seepage is not covered and cannot be claimed under this VSC. Leakage is defined as an actively dripping seal/gasket; seepage is defined as a wet seal/gasket.**

**DEDUCTIBLE:**

Repairs for components covered under this VSC are subject to the deductible listed in the Application/Declaration, per visit.

**REPLACEMENT PARTS:**

Replacement of any part will be made with a new or remanufactured Genuine Nissan or Nissan-approved replacement part in use at the time of repair. The replacement part may differ from the original part.

**CAR RENTAL REIMBURSEMENT**

If you require alternate transportation due to the mechanical breakdown of a covered part, then this VSC will provide reimbursement for the actual expenses of substitute transportation up to $35 per day, to a maximum of five (5) days, and $175 per breakdown. Rental must be made from an authorized rental agency or your repairing Nissan dealer. Substitute transportation is based on the Nissan Flat Rate Time required to repair the vehicle according to the following table:

| Repair Time Required | Number of Days Allowed | Maximum Reimbursement |
|---|---|---|
| 0.1 - 8.0 Hours | 2 | up to $70 |
| 8.1 - 16.0 Hours | 3 | up to $105 |
| 16.1 - 24.0 Hours | 4 | up to $140 |
| 24.1 - 32.0 Hours | 5 | up to $175 |

**EMERGENCY ROADSIDE ASSISTANCE* BENEFITS**

This VSC includes a Roadside Assistance Program:

* ROADSIDE ASSISTANCE

Upon receiving your call, a Roadside Assistance administrator will dispatch a qualified service facility to provide assistance for: battery boost (jump-start); flat tire change (with your good spare); out-of-gas delivery (maximum $5); and lock-out assistance, up to a maximum of $100 per claim. Battery boost and gas delivery does not apply to Nissan LEAF; see enhanced towing assistance for Nissan LEAF below.

FTC-PROD-00001150

- TOWING
If your vehicle requires towing due to the mechanical breakdown of a covered part, then this VSC will provide reimbursement for the actual towing expense incurred in towing it to the nearest participating Nissan dealer, not to exceed $100 per claim. For Nissan LEAF, towing is covered via flatbed tow truck in the sole discretion of NESNA to: 1) the VSC holder's home for charging, 2) an independent charging facility, 3) the closest authorized Nissan Certified Electric Vehicle dealership for charging or repair, or 4) the VSC holder's choice of a Nissan Certified Electric Vehicle dealership within 50 miles beyond the nearest Nissan Certified Electric Vehicle dealership for charging or repair. The $100 limit does not apply to Nissan LEAF.

- TRIP INTERRUPTION BENEFITS
Emergency travel/trip interruption coverage is provided should any mechanical breakdown occur when you are 100 miles or more away from home. Benefits may apply to the occurrence of the following expenses: alternate transportation, meals and lodging. This VSC will provide coverage for trip interruption, not to exceed $500 per claim.

### FOR 24-HOUR ROADSIDE ASSISTANCE CALL 800-225-2476
### (GT-R owners call 866-668-1GTR; LEAF owners call 800-801-6161)

*Services administered by Cross Country Motor Club, Inc., Medford, MA 02155, except in AK, CA, HI, OR, WI, and WY, where services are administered by Cross Country Motor Club of California, Inc., Medford, MA 02155.

Due to the requirements of the laws of certain states, some of the above coverages, such as towing, may be unavailable in your state. Please refer to the endorsements on this VSC for any exceptions to coverage mandated by state law or state regulatory authority. If you have any questions, please contact your dealer or call 800-NISSAN-1.

**5    WHAT DO I DO IN CASE OF THE MECHANICAL BREAKDOWN OF A COVERED PART?**

5.1    It is your responsibility to protect the vehicle against any further damage.

5.2    Return the vehicle to the selling dealer if possible, or the nearest participating Nissan dealer.

5.3    Provide this VSC to the repairing dealer to obtain coverage afforded.

5.4    Provide proof of maintenance to the repairing dealer, as applicable (refer to section 7).

5.5    Pay the deductible shown, if any, in the Application/Declaration. All other costs relating to excluded items will be the responsibility of the holder of this VSC.

5.6    If emergency repairs are required and performed outside of normal business hours, then please contact 800-647-7261 the next business day.

**6    WHAT IF I NEED ASSISTANCE LOCATING A NISSAN REPAIR FACILITY?**

The repair or replacement must be performed by your selling Nissan dealer or by a participating Nissan dealer in the U.S. (including Alaska and Hawaii, but excluding U.S. Territories), except as otherwise approved by NESNA. Should you require assistance in locating the nearest participating Nissan dealer, point your browser to https://www.nissanusa.com/nissandealers/locate/ or call Nissan Consumer Affairs at 800-NISSAN-1.

**7    WHAT ABOUT MAINTENANCE AND RECORD-KEEPING?**

You are responsible for properly using, maintaining and caring for your vehicle as outlined in the Scheduled Maintenance section of your Nissan Owner's Manual. Evidence of the performance of the required maintenance must be kept and presented as proof of such maintenance in connection with related repairs covered by this VSC. To assist you in maintaining appropriate records, the service record section of your Warranty Information Booklet can be used with supporting repair invoices, receipts and other such records. FAILURE TO PROVIDE SUCH EVIDENCE, OR FAILURE TO PROPERLY MAINTAIN THE VEHICLE IN ACCORDANCE WITH YOUR OWNER'S MANUAL, MAY DISQUALIFY YOU FROM COVERAGE.

**8    WHAT IS NOT COVERED BY MY VSC?**

8.1    Nissan Electric Vehicle lithium-ion battery (your 8-year/100,000-mile Original Equipment Manufacturer (OEM) factory battery warranty still applies. See the Warranty Information Booklet for complete details, terms and conditions).

8.2    Paint, exhaust system, carpet, glass, upholstery, soft trim, weatherstripping, convertible soft top fabric and liner, moldings, bright metal, clutch disc, pressure plate and throw out bearing (manual transmission), air bags and any related sensors and modules, conversion of the air conditioning system to operate on R134, battery and cables, lenses and bulbs, tires, brake drums, disc brake rotors, wheels, strut inserts, shock absorbers, squeaks, rattles, water leaks, wind noise, immobilizer key, and remote keyless entry switch assembly. Headlight systems including, but not limited to: High Intensity Discharge, Adaptive Front Lighting, Daytime Running Light, Head lamp/Tail lamp assemblies, Center high-mounted stop lamp assembly and their lenses, bulbs/LEDs.

8.3    Maintenance service expenses specified in your Owner's Manual such as: engine tune-up, wheel balance and alignment, spark plug and wire replacement/adjustment, timing belt replacement, fluid and lubricant replacement/replenishment, wiper blade replacement, headlight aiming, filter replacement, and brake pad and shoe replacement.

8.4    Any repairs relating to loss of performance caused by normal wear and tear unless an actual mechanical breakdown occurs.

8.5    Any failures due to damage resulting from: accident, fire, theft, water damage, freezing, vandalism, explosion, natural disaster, acts of God, physical damage, or any other outside influences.

8.6    Any failures resulting from:
- Lack of normal maintenance, as specified in your vehicle Owner's Manual, while the vehicle is owned by You
- Overheating of the powertrain
- Engine detonation
- Engine over-rev or transmission mis-shift (improper shift)
- Use of improper or contaminated fuels, fluids or lubricants

2

- Failure to maintain proper fluid, coolant or lubricant levels
- Sludge, sludge build-up, varnish, restricted oil passages, stuck piston rings, engine oil consumption
- Use of inferior, modified, or non-approved parts
- Modification of the vehicle departing from, or differing from, the original factory specifications, including but not limited to altering/ tampering with any computer, control unit or electronic modules, while the vehicle is owned by You.
- Negligent operation of a vehicle with a failed component(s), or failure to protect your vehicle from further damage when a breakdown has occurred or continued operation with a failed component that may result in further damages
- Pulling a trailer or other vehicle that exceeds Nissan's recommendations or exceeds the maximum Gross Vehicle Weight (GVW) of the vehicle

8.7   Any failures due to rust or corrosion, regardless of cause.

8.8   Any failures caused by racing and/or competitive driving of any sort whatsoever, and/or use on a track or driving on any closed course; or operation of the vehicle not in compliance with the vehicle's Owners Manual / Warranty Information Booklet.

8.9   Service adjustments not usually associated with the replacement of parts.

8.10  Any incidental or consequential damages such as loss of the use of the vehicle, storage charges, inconvenience or commercial loss.

8.11  Any vehicle with an inoperative or altered speedometer and/or odometer so that the actual mileage of the vehicle cannot be determined.

8.12  **Any failure resulting from pre-existing conditions which were present at the time of vehicle sale.**

8.13  Any vehicle used for commercial uses (such as taxi, limousine, rental, snow plow, fleet, etc.), except for Nissan Commercial Vehicles and vehicles used for on-demand "ride-sharing" services, where the vehicle is privately owned and is driven by the vehicle's owner (such as Uber, Lyft, Maven and the like).

8.14  Any expense that is covered by your New Vehicle Warranties, parts warranties, or other VSCs.

8.15  Any repair or replacement that has not been authorized by NESNA, or in which the information provided to NESNA cannot be verified as accurate or is found to be deceptive.

8.16  This VSC, and all coverages described herein, does not apply to any vehicle which has ever been:
- the subject of a "salvage" or similar title under any state's law, or
- "totaled" by a licensed insurance company; that is, been the subject of any insurance company's cash payment of claim in lieu of repairs because of a determination that the cost of repairs exceeded the actual cash value of the vehicle. If this VSC is written on such a vehicle, then the full amount of NESNA's liability under this VSC is limited to a refund from NESNA of the amount paid to NESNA for this VSC.

8.17  Liability for damage to property or injury to or death of any person arising out of the operation, maintenance, or use of the vehicle described in this VSC, whether or not related to the PARTS COVERED by this VSC.

8.18  Any vehicle not distributed by Nissan North America, Inc.

8.19  Repairs of covered components which components are still covered by a Nissan warranty, even if the particular repair is excluded from coverage by the terms of the warranty.

NESNA's limit of liability for any one repair visit, shall not exceed the actual cash value of the vehicle at the instant prior to the most recent loss. The aggregate total of all benefits paid or payable during the term of this VSC shall not exceed the private party value of the vehicle as listed by Kelley Blue Book® immediately preceding the loss due to the most current claim.

This VSC provides coverage only with respect to mechanical breakdowns which occur during this VSC period in the United States (excluding U.S. Territories).

## 9   LEGAL DEFINITIONS OF MY VSC

THIS VSC IS NOT A WARRANTY, AN EXTENSION OF A NEW VEHICLE WARRANTY, OR AN IMPLIED OR GENERAL WARRANTY AND IT IS NOT A CONDITION OF THE SALE OR FINANCING OF THE VEHICLE. This VSC is a "Service Contract" as defined in federal law. (See 15 USCS SEC. 2301 (8).) BY ENTERING INTO THIS VSC, YOU DO NOT WAIVE ANY APPLICABLE WARRANTIES. Be sure to read this VSC carefully so that you understand the difference in coverage between your Warranties and this VSC. FURTHER, you are advised that there are various state and federal laws that protect your interests as a consumer. In the event of a problem that cannot be resolved with NESNA, you may have other rights and remedies available to you.

## 10   ARE THERE ANY OPTIONS/EXCLUSIONS TO MY VSC?

**Please read the state amendatory endorsements below, which apply to the state in which the dealer You purchased this VSC from is located.**

**Alabama:** Cancel: Fee is $25. If the lienholder or NESNA cancels the VSC, then the fee may not be deducted. A 10% penalty per month shall be added to a refund that is not paid or credited within 45 days after return of this VSC to NESNA. Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

**Alaska:** If You cancel this VSC within 60 days of its effective date, then You will receive a full refund. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid.

If You cancel this VSC after 60 days from its effective date, then You will be charged a cancel fee of $75 or 7.5% of the unearned portion of the VSC purchase price, whichever is lesser. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty based on 10% of the unearned amount You paid for this VSC.

NESNA may cancel this VSC for:

(1)   nonpayment of the provider fee;

(2)   conviction of You of a crime having as one of its necessary elements an act increasing a hazard covered by this VSC;

(3)   discovery of fraud or material misrepresentation made by You or a representative of You in obtaining this VSC, or by You in pursuing a claim under this VSC;

FTC-PROD-00001152

(4)   discovery of a grossly negligent act or omission by You that substantially increases the hazards covered by this VSC;

(5)   physical changes in the vehicle covered by this VSC that result in the vehicle becoming ineligible for coverage under this VSC; or

(6)   a substantial breach of duties by You related to the covered vehicle.

If NESNA cancels this VSC for reasons other than nonpayment or fraud or material misrepresentation, then NESNA will provide cancellation notice to You at least 5 days prior to cancellation stating the effective date and reason for cancellation.

**Arizona:**

THERE IS NO COVERAGE UNDER THIS VSC FOR LOSS OR BREAKDOWN OF AN ELECTRIC MOTOR, BATTERY PACK, AND GENERATOR.

CONTRACTS CANNOT BE CANCELLED OR COVERAGE VOIDED FOR THE FOLLOWING REASONS: 1) PRE-EXISTING CONDITIONS; 2) PRIOR USE OR THE ODOMETER HAS BEEN TAMPERED WITH PRIOR TO YOUR PURCHASE OF THE VEHICLE; 3) MISREPRESENTATION BY EITHER THE MOTOR VEHICLE DEALER OR ITS SUBCONTRACTORS; 4) INELIGIBILITY FOR THE PROGRAM INCLUDING GRAY MARKET AND HIGH PERFORMANCE AUTOS.

Cancel: Fee is $75. The fee will not exceed 10% of the amount paid by You for this VSC.

Transfer: Fee is $25. Your refund will not be reduced by claims cost.

All Consumer complaints are subject to the provisions of A.R.S. 20-1095.04 and 20.1095.09. You may file such complaints directly with the Arizona Department of Insurance Consumer Affairs Division (toll-free number 800-325-2548 or email to consumers@azinsurance.gov).

Under Section 8, items 8.12 and 8.16 do not apply.

THIS VSC IS EFFECTIVE AS OF THE EFFECTIVE DATE SHOWN ABOVE, AND ITS TIME AND MILEAGE LIMITS BEGIN TO RUN AS OF THIS DATE, EVEN THOUGH ANY COMPONENTS OR PARTS COVERED BY THE MANUFACTURER'S LIMITED WARRANTY ARE NOT COVERED BY THIS VSC UNTIL EXPIRATION OF SUCH WARRANTY.

**Arkansas:** If You request cancellation of this VSC, then the fee is $50.

**California:** Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000, CA VSC License #0E81392.

NESNA is the sole obligor under this VSC and is solely responsible for payment of or reimbursement for all covered claims. If any promise made in this VSC has been denied or has not been honored within 60 days after your request, you may contact the California Department of Insurance at 800-927-4357 or access the department's Internet Web site (www.insurance.ca.gov).

This VSC is a "Service Contract" as defined in federal law (see CIC 12800 et seq.). Replace all references to 'mechanical breakdown' with 'DEFECT IN MATERIALS OR WORKMANSHIP'.

Cancel: Replace Section 11 How Do I Cancel My VSC? in its entirety with the following:

You or a person authorized by You may cancel this VSC by submitting a written cancellation request which includes the mileage (odometer reading) of the vehicle at the time the cancellation is to be effective, and mailing this information to Your selling dealer as listed under the Application/Declaration.

If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, or a pro rata refund if this VSC is canceled within the free-look period (from the date You purchase this VSC), but a claim has been paid by Us. After 60 days, a pro rata refund will be based on mileage driven, less a processing fee of $25 or 10% of the VSC purchase price, whichever is lesser. No refunds will be given for prepaid maintenance not performed at the prescribed intervals, or for maintenance services that do not apply to a particular vehicle.

(a)   NESNA may cancel this VSC within 60 days under the following conditions:

   (1)   Notice of cancellation is mailed to You postmarked before the 61st day after the date the VSC was sold by the selling dealer.

   (2)   NESNA provides You with a refund equal to the full purchase price stated in this VSC within 30 days from the date of cancellation. However, if NESNA has paid a claim, or has advised You in writing that it will pay a claim, it may provide a pro rata refund, less the amount of any claims paid prior to cancellation.

   (3)   This VSC ceases to be valid no less than 5 days after the postmark date of the notice.

   (4)   The notice states the specific grounds for the cancellation.

(b)   NESNA may cancel this VSC after 60 days for nonpayment by you, conditioned upon each of the following:

   (1)   Notice of cancellation is mailed to You.

   (2)   If any refund is owed pursuant to Section 1794.41 of the Civil Code, the refund is paid within 30 days of the date of cancellation.

   (3)   This VSC ceases to be valid no less than 5 days after the postmark date of the notice.

   (4)   The notice states the specific grounds for the cancellation.

(c)   NESNA may cancel this VSC after 60 days for material misrepresentation or fraud by You, conditioned upon each of the following:

   (1)   Notice of cancellation is mailed to You

   (2)   A pro rata refund of the purchase price stated on the VSC is paid within 30 days of the date of cancellation.

   (3) The notice states the specific nature of the misrepresentation.

(d)   If NESNA cancels this VSC, it is liable for any claim reported to NESNA if the claim is reported prior to the effective date of cancellation and is covered by this VSC. For the purpose of this subdivision, you are deemed to have reported a claim if You have completed the first step required under this VSC for reporting a claim.

Under Section 5 What Do I Do In Case Of The Mechanical Breakdown Of A Covered Part?, delete item 5.4.

Under Section 7 What About Maintenance And Record-Keeping?, delete "...and presented as proof of such maintenance in connection with related repairs covered by this VSC."

Transfer: Fee is $25.

Under Section 14 Arbitration, replace "...Federal Arbitration Act (9 U.S.C. 1 et. seq.), and not by any state law concerning arbitration" with "California Arbitration Act (Code of Civ. Proc. 1280 et seq."

FTC-PROD-00001153

**Colorado:** NESNA is the sole obligor under this VSC and is solely responsible for payment of or reimbursement of all covered claims. The obligations of NESNA under this VSC are guaranteed under a motor vehicle mechanical reimbursement policy underwritten by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Connecticut:** The obligor/provider of this VSC is Nissan Extended Services North America, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 800-647-7261.

If You purchased this VSC in Connecticut, You may pursue mediation to settle disputes between You and NESNA. You may mail Your complaint to: State of Connecticut, Insurance Department, P.O. Box 816, Hartford, CT 06142-0816, Attention: Consumer Affairs. The written complaint must describe the dispute, identify the price of the product and cost of repair, and include a copy of this VSC. In-home service is not included with this VSC.

Should a VSC expire while a vehicle is at a NESNA authorized repair facility for a covered repair, NESNA will complete the repair [begun prior to the expiration of the service contract (based on the repair order open date)].

**District of Columbia:** If You cancel this VSC within 60 days from the date of purchase, then You will receive a full refund. If You cancel this VSC after 60 days from the date of purchase, then the cancel fee is $75 or 10% of the VSC purchase price, whichever is lesser. If You cancel this VSC after 60 days from its effective date and NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid. If NESNA cancels this VSC for reasons other than nonpayment or fraud or material misrepresentation, then NESNA will provide cancellation notice to You at least 5 days prior to cancellation stating the effective date and reason for cancellation.

**Florida:** Nissan Security+Plus is administered by Nissan Extended Services North America, Inc., License #60128. The retail price charged for this VSC is not regulated by the Florida Office of Insurance Regulation.

Cancel: If You cancel this VSC within 60 days of its effective date, then You will receive a full refund. You will be charged a $25 cancel fee or 5% of the VSC purchase price, whichever is lesser. After 60 days, NESNA will refund You no less than 90% of the unearned pro rata premium, less any claims paid on this VSC.

NESNA may cancel this VSC after 60 days only for:

(1)    nonpayment by You, in which case NESNA will provide You notice of cancellation by certified mail;

(2)    material misrepresentation or fraud made by You at the time of sale of this VSC;

(3)    failure by You to maintain Your vehicle as prescribed by Nissan;

(4)    tampering with or disabling the odometer and Your failure to repair it.

If NESNA cancels this VSC, then You will receive `no less than 100% of the paid unearned pro rata premium, less any claims paid on this VSC.

If, after 60 days, this VSC is canceled by NESNA, then You will receive not less than 90% of the unearned pro rata premium, less any claims paid on this VSC.

Transfer: Fee is $40.

**Georgia:** Cancel: No fee. Transfer: No fee. Obligations of NESNA under this VSC are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. Cancellations by the obligor will comply with O.C.G.A. 33-24-44. If this VSC has been in force less than 30 days or is canceled for nonpayment of premium, then a 10-day written notice will be issued to You. If this VSC has been in force 60 days or more and cancels for fraud or material misrepresentation, then a 30-day written notice will be issued to You. If NESNA cancels this VSC, then refunds will be issued on a 100% pro-rata basis. Exclusion 8.6 for sludge and sludge build-up is deleted, and is amended to read "Any modifications to the vehicle made by You, or with Your knowledge." Exclusion 8.12 is amended to say "...pre-existing conditions known to you." Exclusion 8.11 is amended to say "Subsequent to the purchase of this VSC, any vehicle with an inoperative or altered speedometer and/or odometer".

This VSC shall be non-cancelable by NESNA except for fraud, material misrepresentation or failure to pay the consideration due therefore.

If You cancel this VSC, then NESNA shall refund the excess of the consideration paid for this VSC above the customary short rate for the expired term of the VSC. Your refund will not be reduced by the amount of the claim. Under Section 8 CANCELLATION, the last line in the third paragraph is deleted.

**Hawaii:** Obligations of the provider under this VSC are backed by the full faith and credit of the provider. Upon return of this VSC to NESNA within sixty days, and if no claim has been made under this VSC prior to its return to NESNA, this VSC shall be void and NESNA will refund to You, or credit Your lienholder, the full purchase price of this VSC. A ten per cent penalty per month will be added to a refund that is not paid or credited within forty-five days after the return of this VSC to NESNA. The right to void this VSC is not transferable, and shall apply only to the original VSC purchaser upon the terms and conditions provided in this VSC. Upon cancellation of this VSC by NESNA, We, at least five days prior to cancellation, will mail to You at your last known address, a written prior notice of cancellation that states the effective date of the cancellation; provided that prior notice is not required if cancellation is for:

(1)  Nonpayment of NESNA's fee for the service provided under this VSC;

(2)  A material misrepresentation by You to NESNA; or

(3)  A substantial breach of duties of You under this VSC

**Idaho:** Cancel: Fee is $50. Obligations of NESNA under this VSC provider are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within sixty (60) days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. Coverage afforded under this motor VSC is not guaranteed by the Idaho Insurance Guarantee Association.

**Illinois:** The cancellation fee is $50 or 10% of the retail price, whichever is lesser. NESNA is the sole obligor under this VSC and is a) the party responsible for honoring cancellation requests, and b) solely responsible for payment of or reimbursement for all covered claims.

**Indiana:** This VSC is not insurance and is not subject to Indiana insurance law. Obligations of NESNA under this VSC provider are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within sixty (60) days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Iowa:** At the time of purchase of this VSC, the following options for payments are made available to You: 1) Single payment; 2) 0% financing; or 3) Financing through a lienholder.

The obligations of NESNA under this VSC are guaranteed under a motor vehicle mechanical reimbursement policy underwritten by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157-6596, Tel. 305-253-2244. If NESNA fails to pay or provide service on a claim within sixty days after proof of loss has been filed, then the VSC holder is entitled to make claim directly against the reimbursement policy.

FTC-PROD-00001154

If You cancel this VSC, then NESNA shall mail a written notice of termination to You within fifteen (15) days of the date of the termination. You may cancel and return this VSC within at least twenty (20) days of the date this VSC was mailed to You, or within at least ten (10) days after delivery of this VSC, if this VSC is delivered to You at the time of sale of this VSC, or within a longer period of time as permitted under this VSC. If You have made no claim under this VSC prior to returning it, then this VSC is void and its full purchase price shall be refunded to You. A 10% penalty shall be added each month to a refund that is not paid to You within thirty (30) days of returning this VSC to NESNA. The applicable time period for cancellation of this VSC shall apply only to the original VSC holder who purchased this VSC.

Consumers requesting additional information pertaining to this VSC may contact the Iowa Insurance Division, Two Ruan Center, 601 Locust Street, 4th Floor, Des Moines, IA 50309-3738, Tel. 515-281-5705.

**Kentucky:** The obligations of NESNA under this VSC are insured under a motor vehicle mechanical reimbursement policy underwritten by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. You are entitled to make a direct claim against the insurer in the event the claim is not paid within sixty (60) days after the proof of loss has been submitted to the VSC Administrator. In consideration of the provisions and stipulations of this VSC, it is agreed that the lienholder identified in the Application/Declaration shall be provided coverage under this VSC to the extent of its financial interest in the covered vehicle.

**Louisiana:** Under Section 11, the phrases "provided you have not filed a claim" and "if you have filed a claim" are deleted. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, You are entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Maine:** Maine: Your vehicle is covered under an express dealer warranty for thirty (30) days. The coverage provided under your VSC begins upon the expiration of:

1.    The thirty-day dealer express warranty period.
2.    The New Vehicle Limited Warranty, if any.

If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, including any sales tax refund required pursuant to state law. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then NESNA will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid. If You cancel this VSC after 60 days, then You will be charged a $75 cancellation fee or 10% of the VSC purchase price, whichever is lesser. If NESNA cancels this VSC, then We will provide notice to You at least 15 days prior to cancellation stating the effective date and reason for cancellation.

**Maryland:** The VSC Purchaser is entitled to make a direct claim against the insurer in the event the claim is not paid within sixty (60) days after the proof of loss has been submitted to the VSC Administrator. Obligations of NESNA under this VSC are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the VSC holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244. If You request cancellation of this contract, and if the refund is not paid or credited within forty-five (45) days after Your cancellation request to Us, then a 10% penalty will be added to the refund for every thirty (30) days the refund is not paid. The term of this VSC will be extended automatically if NESNA fails to perform the services under this VSC. This VSC does not terminate until the services are provided in accordance with the terms of this VSC.

**Minnesota:** This VSC is administered by Nissan Extended Services North America, which is obligated to perform under this VSC. The obligations of NESNA under this VSC are guaranteed under a motor vehicle mechanical reimbursement policy underwritten by American Reliable Insurance Company, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

Section 8 is amended to read: 8.11 Any coverage under this VSC if the information provided by the purchaser of this VSC is later discovered by NESNA to have been either false or clearly misleading in the submission of a claim. In Section 7, add "Statute 325F.662, subd.2, provides for express warranty coverage on used vehicles as follows: (1) if the used motor vehicle has less than 36,000 miles, the warranty must remain in effect for at least sixty (60) days or 2,500 miles, whichever comes first; (2) if the used vehicle has 36,000 miles or more but less than 75,000 miles, the warranty must remain in effect for at least thirty (30) days or 1,000 miles, whichever comes first. All coverage provided for your vehicle under this motor VSC shall exclude coverage currently in force under any express warranty providing the same coverage for such vehicle as outlined above."

Section 11 is amended to include the following: NESNA shall mail a written notice to you at your last known address at least fifteen (15) days prior to cancellation.

**Mississippi:** Section 11 is amended to include the following: NESNA shall mail a written notice to you at your last known address at least fifteen (15) days prior to cancellation.

**Missouri:** Obligations of the provider under this VSC are backed only by the full faith and credit of the provider (issuer) and are not guaranteed under a VSC reimbursement insurance policy. Nissan Security+Plus is administered by Nissan Extended Services North America, Inc., P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000. Cancel: Fee is $50. If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, less any claims paid on this VSC. If NESNA does not issue Your refund within 45 days of receiving Your cancellation request, then We will pay You an additional penalty of 10% of the VSC purchase price for each month the refund remains unpaid.

If NESNA cancels this VSC, then We will provide written notice to You within 45 days of the cancellation effective date.

**Montana:** If NESNA cancels this VSC for reasons other than nonpayment, material misrepresentation or substantial breach of duties, then NESNA will provide cancellation notice to You at least 5 days prior to cancellation stating the effective date and reason for cancellation.

**Nebraska:** The obligations of NESNA under this VSC are insured by a policy of insurance issued by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157. Please call Tel. 305-253-2244 for instructions.

**Nevada:** Obligations of the provider under this VSC are backed only by the full faith and credit of the provider and are not guaranteed under a reimbursement insurance policy. This VSC is not renewable. NESNA will refund to You the purchase price of this VSC within 45 days after it has been canceled. If We do not refund the purchase price within 45 days, then We will pay You a penalty of 10% of the purchase price for each 30-day period that the refund remains unpaid. NESNA may cancel this VSC for the following reasons:

(a)    Failure by You to pay an amount when due;
(b)    Conviction of You of a crime which results in an increase in the service required under this VSC;
(c)    Discovery of fraud or material misrepresentation by You in obtaining this VSC, or in presenting a claim for service thereunder;

FTC-PROD-00001155

(d) Discovery of (1) An act or omission by You; or (2) A violation by You of any condition of this VSC, which occurred after the effective date of this VSC and which substantially and materially increases the service required under this VSC;

(e) A material change in the nature or extent of the required service or repair which occurs after the effective date of this VSC and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that this VSC was issued or sold.

If NESNA initiates cancellation of this VSC, then cancellation will not become effective until at least 15 days after the notice of cancellation is mailed to You, and We will not charge You a cancellation fee.

If You request cancellation of this VSC, then We will charge a $25 cancellation fee to cover staff time processing, telephone, postage, mailing, and supplies. Transfer: Fee is $25.

**New Hampshire:**

1.  Replacement of any part may be made with a part of like kind or quality.

2.  For terms, conditions and exclusions regarding what is not covered under this VSC, see the appropriate section of the VSC.

3.  This VSC covers the specific components set forth therein upon expiration of the manufacturer's warranty.

**New Jersey:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Cancel: NESNA will pay You a 10% per month penalty, based upon the purchase price of this VSC, if the refund or credit is not completed within 45 days of the cancellation of this VSC. If NESNA cancels this VSC, then we will mail You a written notice at your last known address notifying You of the reason for and effective date of the cancellation. You will receive the cancellation notice at least five days prior to the effective date of the cancellation. You will not receive written notice if the reason for cancellation is non-payment of the provider fee, material misrepresentation or omission, or a substantial breach of the contractual obligations outlined in this VSC.

**New Mexico:** If You cancel this VSC within 60 days of its effective date, then there is no fee. If We do not refund the VSC purchase price within 60 days of receiving Your cancellation request, then We will pay You a penalty of 10% of the VSC purchase price for each 30-day period that the refund remains unpaid.

After 60 days, the cancel fee is $75 or 10% of the VSC purchase price, whichever is lesser. You will not be charged a cancel fee if NESNA cancels this VSC, and We will notify You at least 15 days prior to cancellation. If this VSC has been in effect for at least 70 days, then NESNA can cancel only for nonpayment, conviction of a crime that results in an increase in the service required under this VSC, discovery of fraud or material misrepresentation by You in obtaining this VSC or in presenting a claim thereunder, or discovery of either of the following if it occurred after the effective date of this VSC and substantially and materially increased the service required under this VSC: (a) an act or omission by You, or (b) a violation by You of any condition of this VSC.

**New York:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider. You have the right to return this VSC, pursuant to Sections 7905(n) and 7903(e) of Article 79 of the state Insurance Law. This VSC contains a termination provision requiring the VSC provider to mail written notice to You at least 15 days prior to cancellation by NESNA, unless the termination is for nonpayment of the provider fee, material misrepresentation, or substantial breach of duties by the consumer, pursuant to Section 7905(k) of the state Insurance Law.

**North Carolina:** If You cancel this VSC, then the fee is $75 or 10% of the VSC purchase price, whichever is lesser. NESNA will not cancel this VSC due to total loss or repossession of Your vehicle.

**North Dakota:** Nissan Security+Plus is administered by Nissan Extended Services North America, Inc., P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000.

**Oregon:** NESNA is the sole obligor under this VSC and is solely responsible for all covered claims. All VSCs issued by NESNA, Inc. are guaranteed by its parent company, NESNA, GP, P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000. Your refund may be requested and obtained directly from NESNA, or requested from the selling dealer for distribution from the dealer or directly from NESNA.

Replace Section 14 Arbitration in its entirety with "Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this clause, and the arbitrability of the claim or dispute), between You and NESNA or its employees, agents, successors or assigns, which arises out of or relates to any resulting transaction or relationship (including any such relationship with third parties who do not sign Your VSC) shall be resolved through arbitration by mutual agreement and conducted under Oregon law in the contract holder's county or another agreed upon location."

**South Carolina:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider. Consumers requesting additional information or in the event of a problem that cannot be resolved with NESNA may contact the South Carolina Department of Insurance, Office of Special Services, P.O. Box 100105, Columbia, SC 29202-3105, Tel. 800-768-3467. If You cancel this VSC within 60 days and NESNA does not refund the full purchase price within 45 days from the date We receive Your request, then We will pay You a refund penalty of 10% for each month the refund remains unpaid.

If NESNA cancels this VSC for reasons other than nonpayment, material representation, or substantial breach of duties by You, then We will provide notice of cancellation to You at least 15 days prior to cancellation stating the effective date and reason for cancellation.

**Texas:** Cancel: Fee is $50. If You cancel this VSC within 60 days of its effective date, then You will receive a full refund, less any claims paid. If NESNA cancels this VSC for reasons other than nonpayment, fraud or material representation, or substantial breach of duties by You, then We will provide notice of cancellation to You at least 5 days prior to cancellation stating the effective date and reason for cancellation, and We will not charge You a cancellation fee. A 10% penalty per month shall be added to a refund that is not paid or credited within 45 days after return of this VSC to NESNA. Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Consumers requesting additional information or in the event of a problem that cannot be resolved with NESNA may contact the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, Tel. 800-803-9202.

**Utah:** Obligations of NESNA under this VSC are guaranteed under a VSC reimbursement insurance policy. Should NESNA fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the contract holder is entitled to make a claim directly to American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

This VSC is subject to limited regulation by the Utah Insurance Department. To file a complaint, contact the Utah Insurance Department at 801-538-3800. Coverage afforded under this VSC is not guaranteed by the Property and Casualty Guaranty Association. Under Section 5, insert:

•   "If emergency repair is required and performed outside of normal business hours, call 800-647-7261 the next business day, or as soon as reasonably possible, to submit a request for reimbursement. Failure to give any notice or file any proof of loss required by the policy within the time specified in the policy does not invalidate a claim made by the insured, if the insured shows that it was not reasonably possible to give the notice or file the proof of loss within

FTC-PROD-00001156

the prescribed time and that notice was given or proof of loss filed as soon as reasonably possible. NESNA will determine if the mechanical breakdown is related to a component covered by this VSC and will reimburse you in accordance with this VSC."

Under Section 11, replace "if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this VSC, or c) the registered vehicle has been used in any manner not covered by this VSC" with "due to material misrepresentation; substantial change in the risk assumed, unless NESNA should reasonably have foreseen the change or contemplated the risk when entering into the contract; and substantial breaches of contractual duties, conditions, or warranties."

Under Section 11, insert third paragraph to read: "If your policy is cancelled for any of the reasons stated above except for nonpayment of premium, the cancellation is effective no sooner than 30 days after the delivery or first-class mailing of a written notice to you. If your policy is cancelled due to nonpayment of premium, the cancellation is effective no sooner than 10 days after delivery or first class mailing of a written notice to you." At the time of purchase of this VSC, the following options for payments are made available to you:

1) Single payment
2) 0% Financing
3) Financing through a lienholder.

**Vermont:** Any person who knowingly presents a false statement in an application for coverage under this VSC may be guilty of a criminal offense and subject to penalties under state law. For fraud or material misrepresentation in the presentation of a claim, the claim will be denied and the policy will be cancelled.

**Virginia:** If any promise made in this VSC has been denied or has not been honored within 60 days after your request, You may contact the Virginia Department of Agriculture and Consumer Services, Office of Charitable and Regulatory Programs at http://www.vdacs.virginia.gov/food-extended-service-contract-providers.shtml to file a complaint.

**Washington:** This VSC is not an insurance contract.

Trip interruption: The state of Washington requires that an insurance company underwrite trip interruption benefits, so Cross Country Motor Club has engaged Old Republic Insurance Company. Claims are to be submitted to Cross Country for routine handling, but after sixty (60) days from your filing a proof of loss, you are entitled to also submit a claim directly to Old Republic Insurance Company - Tulsa Branch, 8282 South Memorial Drive, Tulsa, OK 74133, Tel. 918-307-1000.

Definitions:

**Motor vehicle/vehicle** means any vehicle subject to registration under Chapter 46.16 RCW described in the **Application/Declaration** that is covered under this **VSC**.

**Provider Fee/Single Payment Contract Sales Price** means the consideration paid by the consumer for the **VSC**.

**Reimbursement Insurance Policy** means a policy of insurance issued by American Bankers Insurance Company of Florida issued to **NESNA**.

**VSC** means a **Service Contract/Service Agreement** which You have purchased for the **Motor Vehicle/Vehicle** described in the **Application/Declaration**.

**VSC Holder/You/Your** means the person who is the purchaser or holder of the **VSC** as shown in the **Application/Declaration**.

**VSC Provider** means NESNA, who is contractually obligated to the **VSC Holder** under the terms of the **VSC**.

Cancel: You may submit a cancellation request directly to your selling dealer, NESNA, or to the insurer of the reimbursement insurance policy. Fee is $25. A 10% penalty shall be added to any refund that is not paid within thirty days of return receipt of the VSC to the provider.

Transfer: Fee is $25. After the first 60 days, NESNA may not cancel the VSC and is fully obligated under the terms of the VSC. The State of Washington is the jurisdiction of any civil action in connection with a motor VSC. The State of Washington commissioner is the VSC provider's attorney to receive service of legal process in any action, suit or proceeding in any court. The implied warranty merchantability on the covered vehicle is not waived if the VSC has been purchased within ninety days of the purchase date of the covered vehicle and through the dealer from whom the vehicle was purchased.

NESNA shall not deny a claim for coverage based upon the VSC holder's failure to properly maintain the vehicle, unless the failure to maintain the vehicle involved the failed part or parts. NESNA's obligations under this VSC are guaranteed under a motor vehicle mechanical reimbursement insurance policy, Policy Number SFN-68-WA-1, issued to NESNA by American Bankers Insurance Company of Florida. We encourage you to submit your proof of loss directly to NESNA at P.O. Box 685009 (P-3-B), Franklin, TN 37068-5009 or by calling 800-888-5245. The claimant also has the option to submit a claim in writing to the insurer, American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157, Tel. 305-253-2244.

**Wisconsin:** NESNA (P.O. Box 685004, Franklin, TN 37068-5004, Tel. 615-725-1000) is the administrator and sole obligor under this VSC and is solely financially responsible for all covered claims.

**THIS CONTRACT IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE.**

In the state of Wisconsin, preauthorization of repair work is required by NESNA. However, if extenuating circumstances prevent you from obtaining preauthorization, NESNA will not deny a claim based solely on the lack of preauthorization.

Section 11 is amended as follows: If Your vehicle is repossessed, stolen or declared a total loss, You authorize the lender, if any, to cancel this VSC. If NESNA does not pay or credit a refund within 45 days after the return of Your contract to us, then we will pay a 10% per month penalty of the refund amount outstanding, which we will add to the amount of Your refund. If you cancel Your contract after having filed a claim, or 60 or more days after purchasing Your contract, then Your refund will be based on the lesser of the unused percentage of either time or mileage purchased. For example, if You purchased an 84-month/100,000-mile contract and canceled it at 48 months/60,000 miles, then the unused portion of Your time would be 36 months, or 43%, and the unused portion of you mileage would be 40,000 miles, or 40%. As a result, if You paid $1,000 for Your contract, then Your refund would be 40% (the lesser of the unused percentage of either time or mileage purchased), or $400, less the aforementioned cancellation fee.

You may return this VSC within 20 days of the date it was mailed to You, or within 10 days if it was delivered to You at the time of sale, and receive a full refund of the purchase price of this VSC.

In the event of a total loss of property covered by a VSC that is not covered by a replacement of the property pursuant to the terms of this VSC, You are entitled to cancel this VSC and receive a pro rata refund of any unearned provider fee, less any claims paid. In this case, NESNA will waive the $75 cancel fee.

Delete Section 14 Arbitration in its entirety.

NESNA may cancel this VSC only for nonpayment of the provider fee, material misrepresentation by You to NESNA, or substantial breach of duties by You relating to this VSC or its use. If NESNA cancels this VSC:

FTC-PROD-00001157

(a) NESNA will mail a written notice to You at Your last-known address contained in Our records at least 5 days prior to cancellation by Us.

(b) The notice under par. (a) will state the effective date of the cancellation and the reason for the cancellation.

(c) If NESNA cancels this VSC for a reason other than nonpayment of the provider fee, We will refund to You 100% of the unearned pro rata provider fee, less any claims paid.

(d) NESNA will not charge a cancel fee that exceeds 10% of what You paid for this VSC.

**Wyoming:** Obligations of NESNA under this VSC are backed by the full faith and credit of the provider.

Under Section 11, the following state requirements apply: If this VSC was financed and no proof of payoff is submitted, then the refund will be paid to the purchaser and the lienholder as an additional payee. Lienholders may cancel this VSC only if your vehicle is a total loss or repossessed.

1. Provisions for cancellation by the VSC holder: W.S. 26-49-103(e) "... A ten percent (10%) penalty per month shall be added to a refund that is not paid or credited within forty-five (45) days after return of the VSC to the provider."

2. Provisions for cancellation by the VSC provider: W.S. 26-49-105(k) "... The provider of the VSC shall mail a written notice to the VSC holder at the last known address of the VSC holder contained in the records of the provider at least ten (10) days prior to cancellation by the provider. Prior notice is not required if the reason for cancellation is nonpayment of the provider fee, a material misrepresentation by the VSC holder to the provider or a substantial breach of duties by the VSC holder relating to the covered product or its use."

Under Section 14, the following state requirements apply: You are not required to arbitrate any claim in the event of disagreement with NESNA, nor shall any language in Section 14 require arbitration results to be binding on the parties without the right of appeal, unless the parties agree to be so bound by a separate agreement. Also, any arbitration proceedings shall be conducted within Wyoming.

## 11 | HOW DO I CANCEL MY VSC?

You or a person authorized by you may cancel this VSC by submitting a written cancellation request which includes the mileage (signed Odometer Statement or recent service record) of the vehicle at the time the cancellation is to be effective, and mailing this information to your selling dealer as listed in the Application/Declaration, or directly to NESNA, P.O. Box 685004, Franklin, TN 37068-5004.

NESNA and/or the Lienholder may cancel this VSC if: a) your vehicle is a total loss or repossessed, or b) your odometer has been stopped or changed during the term of this VSC, or c) the registered vehicle has been used in any manner not covered by this VSC.

If this VSC is cancelled within 60 days from the VSC effective date, then you will receive a full refund provided you have not filed a claim. If you have filed a claim or if this VSC is cancelled after 60 days, then the refund will be calculated based on the greater of the time in force or the mileage driven compared to the total time or mileage of your term. In addition, a processing fee of $75 (or as noted in Section 10) will be deducted from the refund.

If the VSC was financed, then the refund will be paid to the lienholder unless proof of pay-off is submitted.

For questions, please contact your selling dealer or call 800-NISSAN1.

## 12 | HOW DO I TRANSFER MY VSC?

This VSC is for the benefit of the Purchaser, and applies only to the vehicle listed in this VSC. However, this VSC may be transferred to subsequent owners of the covered vehicle in the case of a private party sale only, and if all of the following conditions are met:

1. The vehicle's service records are current and indicate that the vehicle was maintained in accordance with Nissan's recommendations. In the event service records are not available, NESNA may require the vehicle to be inspected and serviced at an approved repair facility at the owner's expense to ensure the vehicle has been properly maintained. If the inspection and service disclose abnormal vehicle conditions, then the transfer request may be rejected. This determination shall be within the sole discretion of NESNA.

2. The transfer request is made within 30 days of change in ownership.

3. The transfer information and the appropriate signatures are provided in the Transfer Certificate section.

4. A transfer fee of $50 (or as noted in Section 10), payable to NESNA, is included with the transfer request. Payment may be by check or money order.

NESNA cashes all checks upon receipt, but that does not constitute an approved transfer request. NESNA reviews all submitted documents, as well as other information such as vehicle history file, to determine whether or not to approve your request. It is NESNA's sole discretion to approve or deny a transfer request. If your request is denied, then your fee will be refunded.

An updated VSC will be sent to the subsequent owner after NESNA's receipt and successful processing of all requested material.

FTC-PROD-00001158

## 13  TRANSFER CERTIFICATE

Address: _____  City: _____  State: _____

Zip: _____  Phone: _____  Date of Transfer: _____  Odometer at Transfer: _____

Transferred to: _____  Address: _____

City: _____  State: _____  Zip: _____

I have read and understand all the terms and conditions listed above:

Signature of Former Owner: _____  Date: _____

Signature of New Owner: _____  Date: _____

Your transfer request must include the following:

- Current and new VSC holder signatures
- Transfer date and mileage
- Current VSC holder's signature on the transfer request form OR copy of Power of Attorney and signature of that person who is authorized to sign for the current VSC holder
- Change of Ownership documents (at least one of the following: copy of title, registration application, Bill of Sale, and signed Odometer Statement on that date)
- Copies of complete maintenance records indicating the vehicle has been maintained in accordance with the manufacturer's recommendations OR inspection of the vehicle by a Nissan dealer and completion of a Vehicle Inspection Report (inspection at owner's expense)
- Transfer fee, by personal check or money order, payable to 'Nissan Extended Services North America' or 'NESNA'. Refer to Section 12 for transfer fee information.

Mail the items listed above, a copy of this Transfer Certificate and your transfer fee payment to:

NESNA
P.O. BOX 685004
FRANKLIN, TN 37068-5004
If you have any questions, please contact Nissan Consumer Affairs at 800-647-7261.

Applicable only if your contract(s) include Emergency Roadside Assistance (ERA) benefits. Please take a moment to find your VIN & Contract numbers on the Application/ Declaration page and write them on these cards (if applicable). Tear out just one ERA card and keep in your wallet, purse or glove box in the unlikely event you need ERA for your covered vehicle.



## 14  ARBITRATION

**ARBITRATION CLAUSE - IMPORTANT - PLEASE REVIEW - AFFECTS YOUR LEGAL RIGHTS**

1.  EITHER THE POLICY HOLDER ("YOU/YOUR") OR NISSAN EXTENDED SERVICES NORTH AMERICA ("WE/US/OUR") MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT, OR BY JURY TRIAL.

2.  IF A DISPUTE IS ARBITRATED, THEN YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US, INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3.  DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this clause, and the arbitrability of the claim or dispute), between You and Us or Our employees, agents, successors or assigns, which arises out of or relates to any resulting transaction or relationship (including any such relationship with third parties who do not sign Your VSC) shall, at Your or Our election, be resolved by neutral, binding arbitrations and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right You may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: JAMS, 1926 Main St., Ste. 300, Irvine, CA 92614 (www.jamsadr.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4604 (www.adr.org), or any other organization that You may choose subject to Our approval. You may get a copy of the rules of these organizations by contacting the arbitration's organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which You reside, unless the seller of the vehicle is a party to the claim or dispute, in which case the hearing will be held in federal district where this VSC was executed. We will advance Your filing, administration, service or case management fee, and Your arbitrator or hearing fee, all up to $2,500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this clause, then the provisions of this clause shall control. The arbitrator's award shall be final and binding on all parties, except that in the event the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party. In that case, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting the new arbitration shall be responsible for their filing fee and other arbitration costs, subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. {symbol} 1 et. seq.), and not by any state law concerning arbitration.

You and We retain any rights to self-help remedies, such as repossession, and You and We retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed, or appealed to a different court. Neither You nor We waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This clause shall survive any termination, pay Your or transfer of Your purchase, lease agreement, or financing contract. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Clause shall be unenforceable. Notwithstanding any other provision of this Arbitration Clause, the validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.

FTC-PROD-00001160

ManchesterCityNissan.com

# WE OWE

## PRESENT THIS ORDER WHEN WORK IS TO BE COMPLETED

## VOID IF NOT USED IN 30 DAYS

| NAME | ████████████ | STK. NO. | W643832A | NEW/USED | Used |
|------|------|------|------|------|------|
| ADDR | | YEAR | 2017 | MAKE | Nissan |
| CITY | | STATE CT | ZIP ████████ | MODEL | Rogue Sport |
| PHON | | VIN NO. ████████ | | | |

SALESPERSON **LUIS LOPEZ**          DEL. DATE **10/24/2020**

| QTY | NAME OF ITEM | PART | LABOR |
|-----|--------------|------|-------|
| | **TAIL LIGHT** | | |
| | **DENTS ON REAR P DOOR** | | |
| | **RECALL FOR NAV SCREEN** | | |
| | **FRONT FENDER SCRATCH** | | |
| | | | |
| | | | |

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY
DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT
WITH THE SERVICE DEPARTMENT before the above work can be performed.
(FOR APPOINTMENT CALL SERVICE DEPT.)

CUSTOMER ████████████████

DATE **10/24/2020**

APPROVED _____ MGR.

# YOU OWE

| YOU OWE | TO BE RECEIVED | | YOU OWE | TO BE RECEIVED | |
|---------|------|------|---------|------|------|
| | DATE | TIME | | DATE | TIME |
| 1) **Title to Trade In Vehicle** | | | 5) | | |
| 2) **All Money** | | | 6) | | |
| 3) **Valid Insurance Card** | | | 7) | | |
| 4) | | | 8) | | |

I hereby agree to provide such items in a timely manner.

DATE **10/24/2020**

CUSTOMER _____

APPROVED _____ MGR.

# Attachment D

FTC-PROD-00001162

November 19, 2020

Manchester City Nissan
30 Tolland Tnpk
Manchester, CT 06040

To Whom it May Concern:

Contract # █████████

After further consideration I do not feel it is necessary to keep this contract. As the purchaser I authorize the cancelation effective immediately 11/19/2020. I am aware of the termination processing fee and would like the remainder of $1450.00 to be refunded to the financing bank:

   Ally Financial
   PO Box 8128
   Cockeysville, MD 21030

I have enclosed an Odometer disclosure statement as requested

If you need anything else from me please contact me ████████████████████████████

Kind Regards,

*Refund rcvd  6/10/21*
*$1500.00*

## Odometer Disclosure Statement

I, ███████████████████████ _____ State That

The Odometer now reads 18 486 miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below as of 11/19/2020

MAKE: Nissan        MODEL: Rogue Sport

VIN: ████████████        YEAR: 2017

Buyer Signature:



November 19, 2020

NESNA
PO Box 685004
Franklin, TN 37068-5004

To Whom it May Concern:

Contract # ███████████

After further consideration I do not feel it is necessary to keep this contract. As the purchaser I authorize the cancelation effective immediately 11/19/2020. I am aware of the termination processing fee and would like the remainder of $3225.00 to be refunded to the financing bank:

    Ally Financial
    PO Box 8128
    Cockeysville, MD 21030

I have enclosed an Odometer disclosure statement as requested

If you need anything else from me please contact me ████████████████████████

Kind Regards,

*$3300*
*refund*
*rcvd 1/20/21*

## Odometer Disclosure Statement

I,  _____ State That

The Odometer now reads 18486 miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below as of 11|19|2020

MAKE: Nissan          MODEL: Rogue Sport

VIN: ████████████    YEAR: 2017

Buyer Signature:

