# PX34

Deposition of Hannah Tapio

*The public version of this filing has been redacted pending review and determination by the Court regarding the need for exclusion from the public record.*