UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>    Defendants. | Case No. 3:24-cv-00012-JCH<br><br>July 11, 2025 |

**DEFENDANT AIHAM ALKHATIB'S
MOTION TO SEAL FILINGS IN OPPOSITION TO SUMMARY JUDGMENT**

    The defendant Aiham Alkhatib hereby moves pursuant to Paragraph 14 of the Standing Protective Order in this case, Doc. # 9, and Local Rule of Civil Procedure 5(e), for an order permitting Mr. Alkhatib to file under seal his (1) Memorandum in Opposition to the Plaintiffs' respective Motions for Summary Judgment, (2) related exhibits, and (3) his Local Rule 56(a)2 Statement of Facts in Opposition to Summary Judgment. Mr. Alkhatib makes this sealing request in keeping with the Standing Protective Order and in response to the sealing request made by the Plaintiffs in filing their summary judgment motions, to which these opposition filings respond. While Mr. Alkhatib personally does not take a position about whether these materials ultimately should be sealed, he files here under seal to allow the Court to assess the need for ongoing sealing. As such, to the extent good cause exists to grant this motion, Mr. Alkhatib incorporates the arguments made in the Plaintiffs' motion to seal their summary judgment filings. *See* Doc. # 198.

1

DEFENDANT
                         AIHAM ALKHATIB

By:    //s// Thomas J. Murphy (ct07959)
       Thomas J. Murphy, Esq.
       James J. Healy, Esq.
       Allison D. White, Esq.
       Cowdery, Murphy & Healy, LLC
       280 Trumbull Street, 22nd Floor
       Hartford, CT 06103
       Telephone: (860) 278-5555
       tmurphy@cmandh.com
       jhealy@cmandh.com
       awhite@cmandh.com

       - His Attorneys -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 *//s// Thomas J. Murphy (ct07959)*
Thomas J. Murphy