## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>      Plaintiffs,<br><br>      v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>      Defendants. | Case No. 3:24-cv-00012-JCH<br><br>The Honorable Janet C. Hall |

### DEFENDANTS' MOTION TO SEAL FILINGS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

Defendants Chase Nissan, LLC, Patrick Dibre, Refaat a/k/a Brian Soboh, Matthew Chmielinski, and Freddy Mojica (the "Defendants"), hereby move, pursuant to Paragraph 14 of the Standing Protective Order in this case (*see* ECF No. 9), and Local Rule of Civil Procedure 5(e), for an order permitting Defendants to file under seal their (1) Memorandum in Opposition to Plaintiff Federal Trade Commission's Motion for Summary Judgment; (2) Memorandum in Opposition to Plaintiff State of Connecticut's Motion for Summary Judgment; (3) Exhibits thereto; and (4) Local Rule 56(a)(2) Statement of Facts in Opposition to Summary Judgment and Statement of Additional Material Facts.

Defendants make this sealing request in keeping with the Standing Protective Order in this case and in response to the sealing request made by the Plaintiffs in their summary judgment motions, to which these opposition filings respond. While Defendants personally do not take a position about whether these materials should ltimately be sealed, they file here under seal to

allow the Court to assess the need for ongoing sealing. As such, to the extent good cause exists to grant this motion, Defendants incorporate the arguments made in Plaintiffs' Motion to Seal their summary judgment filings. *See* ECF No. 198.00.

    THE DEFENDANTS,
    CHASE NISSAN LLC, PATRICK DIBRE,
    REFAAT SOBOH, MICHAEL HAMADI,
    MATTHEW CHMIELINSKI, AND FREDDY
    MOJICA

    By: */s/ Jonathan A. Kaplan*
    Jonathan A. Kaplan (ct27126)
    Meagan A. Cauda (ct31501)
    James T. Shearin (ct01326)
    Pullman & Comley, LLC
    90 State House Square
    Hartford, CT 06103
    Telephone:  860-424-4379
    jkaplan@pullcom.com
    jtshearin@pullcom.com
    mcauda@pullcom.com
    Their Attorneys

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on this 16th day of July, 2025.

                                            */s/ Jonathan A. Kaplan*
                                            Jonathan A. Kaplan