## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL )<br>        Plaintiffs,<br>)<br>vs.<br>)<br>CHASE NISSAN, LLC, ET AL<br>        Defendants.<br>)<br>) | CASE NO. 3:24 CV 00012 (JCH)<br><br>July 30, 2025 |

**DEFENDANTS' MOTION TO CORRECT DECLARATION OF PATRICK DIBRE SUBMITTED AS EXHIBIT DX02 TO DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

  The Defendants, Chase Nissan, LLC d/b/a Manchester City Nissan, Patrick Dibre, Michael Hamadi, Refaat a/k/a Brian Soboh, Matthew Chmielinski and Freddy Mojica (the "Defendants") hereby file this Motion to Correct the Declaration of Patrick Dibre, submitted as Exhibit DX02 to Defendants' Oppositions to Plaintiffs' Motions for Summary Judgment (*see* Dkt. No. 216.00).[1]

  The Defendants respectfully represent that the Corrected Declaration corrects certain exhibit numbers for documents referenced therein. Specifically, the Defendants submit that the order of Defendants' exhibits were changed after Mr. Dibre's declaration was signed and finalized.[2] Therefore, certain exhibits referenced therein contain incorrect exhibit numbers. To maintain accuracy of Defendants' filings, and to assist the Court and Plaintiffs in reviewing Defendants' exhibits, Defendants hereby file a Corrected Declaration. Defendants respectfully

---

[1] Because Defendants' Summary Judgment Opposition filings were filed under seal, including Mr. Dibre's declaration, Defendants file the Corrected Declaration under seal, under separate cover.
[2] Upon reviewing Defendants' filings in recent days, undersigned counsel only just recognized that Mr. Dibre's Declarations contained incorrect exhibit numbers.

submit that the substance of Mr. Dibre's declaration remains entirely the same; the only changes are correcting the exhibit numbers therein.

**WHEREFORE**, Defendants respectfully request that this Court grant their Motion to Correct.

THE DEFENDANTS,
CHASE NISSAN LLC, PATRICK DIBRE,
REFAAT SOBOH, MICHAEL HAMADI,
MATTHEW CHMIELINSKI, AND FREDDY
MOJICA

By: */s/ Jonathan A. Kaplan*
Jonathan A. Kaplan (ct27126)
Meagan A. Cauda (ct31501)
James T. Shearin (ct01326)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone: 860-424-4379
jkaplan@pullcom.com
jtshearin@pullcom.com
mcauda@pullcom.com
Their Attorneys

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on this 30th day of July, 2025.

*/s/ Jonathan A. Kaplan*
Jonathan A. Kaplan
