UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>    Defendants. | Case No. 3:24-cv-00012-JCH<br><br>The Honorable Janet C. Hall |

## **DEFENDANTS' MOTION TO SEAL CORRECTED DECLARATION OF PATRICK DIBRE**

Defendants Chase Nissan, LLC, Patrick Dibre, Refaat a/k/a Brian Soboh, Matthew Chmielinski, and Freddy Mojica (the "Defendants"), hereby move, pursuant to Paragraph 14 of the Standing Protective Order in this case (*see* ECF No. 9), and Local Rule of Civil Procedure 5(e), for an order permitting Defendants to file under seal their Corrected Declaration of Patrick Dibre in support of their Oppositions to Plaintiffs' Motions for Summary Judgment.[1]

As explained in Defendants' Motion to Seal Filings in Opposition to Motions for Summary Judgment (*see* Dkt. No. 215.00), Defendants make this sealing request in keeping with the Standing Protective Order in this case and in response to the sealing request made by the Plaintiffs in their summary judgment motions. While Defendants personally do not take a

---

[1] As explained in Defendants' Motion to Correct the Declaration of Patrick Dibre Submitted as Exhibit DX02 to Defendants' Oppositions to Plaintiffs' Motions for Summary Judgment (*see* Dkt. No. 216-3), Defendants submit the attached Corrected Declaration to correct inadvertently mislabeled exhibit numbers therein.

position about whether their opposition filings – including the Corrected Declaration of Patrick Dibre – should ultimately be sealed, they file here under seal to allow the Court to assess the need for ongoing sealing. As such, to the extent good cause exists to grant this motion, Defendants incorporate the arguments made in Plaintiffs' Motion to Seal their summary judgment filings. *See* ECF No. 198.00.

THE DEFENDANTS,
CHASE NISSAN LLC, PATRICK DIBRE,
REFAAT SOBOH, MICHAEL HAMADI,
MATTHEW CHMIELINSKI, AND FREDDY
MOJICA

By: */s/ Jonathan A. Kaplan*
Jonathan A. Kaplan (ct27126)
Meagan A. Cauda (ct31501)
James T. Shearin (ct01326)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone: 860-424-4379
jkaplan@pullcom.com
jtshearin@pullcom.com
mcauda@pullcom.com
Their Attorneys

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on this 30th day of July, 2025.

*/s/ Jonathan A. Kaplan*
Jonathan A. Kaplan
