UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>　　　　Defendants. | Case No. 3:24-cv-00012-JCH<br><br><br>The Honorable Janet C. Hall |

## MOTION TO RESCHEDULE HEARING ON MOTION FOR ENTRY OF STIPULATED ORDERS

The Defendants, Matthew Chmielinski and Freddy Mojica (the "Defendants") hereby respectfully move to reschedule the oral argument currently scheduled for Wednesday, October 1 at 11:30 am on Plaintiffs Federal Trade Commission ("FTC") and State of Connecticut's (the "State") (collectively, "Plaintiffs") Motion for Entry of Proposed Stipulated Orders as to the Defendants (ECF No. 223).[1]

Specifically, Defendants request that the Court reschedule the oral argument for earlier in the day on Wednesday, October 1, if the Court is available. The Defendants respectfully represent the following as good cause therefor. Upon being presented with proposed stipulated orders by Plaintiffs, Mr. Chmielinski engaged separate counsel, Attorney David Doyle, to review the proposed order and consult with Mr. Chmielinski on same. Attorney Doyle therefore wishes

---

[1] The Court's notice regarding the scheduling of oral argument on the Plaintiffs' Motion is ECF No. 224.

to be present for the oral argument on Wednesday, October 1, with Mr. Chmielinski.[2] However, he has an unavoidable conflict beginning at 12:00 pm. Therefore, the Defendants respectfully request that, if the Court is able, the hearing be heard earlier in the day in order to accommodate Attorney Doyle's schedule. The Plaintiffs **do not object** to the Court rescheduling the hearing for earlier in the day.

**WHEREFORE,** the Defendants respectfully request a rescheduling of the Oral Argument on the Plaintiff's Motion for Entry of Stipulated Orders, for an earlier time on Wednesday, October 1.

THE DEFENDANTS,
MATTHEW CHMIELINSKI, AND FREDDY MOJICA

By: */s/ Jonathan A. Kaplan*
Jonathan A. Kaplan (ct27126)
Meagan A. Cauda (ct31501)
James T. Shearin (ct01326)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone:  860-424-4379
jkaplan@pullcom.com
jtshearin@pullcom.com
mcauda@pullcom.com
Their Attorneys

---

[2] Although the undersigned recognize that Attorney Doyle does not have an appearance in this case, the parties nonetheless think it prudent that he, as the individual Mr. Chmielinski consulted with on the stipulated order, be present for the hearing.

2

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on this 26th day of September, 2025.

                                                */s/ Jonathan A. Kaplan*
                                                Jonathan A. Kaplan