UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date **October 1, 2025**

**Federal Trade Commission et al**
Vs.
**Chase Nissan LLC et al**

Start Time **11:36**   End Time **11:37**

Recess (if more than ½ hr) _____ to _____

Total Time **1** hour(s) **1** minute(s)

Case # **3:24-cv-00012-JCH**
Honorable Judge **Janet C. Hall**
Deputy Clerk **L. Barry**
Counsel for Pla(s) **Samuel Jacobson, Jonathan Blake**
Counsel for Dft(s) **Jonathan A. Kaplan, Meagan A. Cauda**
Reporter/ECRO/Courtsmart **Cassie Zayas**
Interpreter _____ Language _____
Hearing held ✔ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument **61** | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

■ Motion **for Entry of Stipulated Orders** filed by ■ Pla ☐ Dft ■ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

**Partial judgment shall enter for defendants Matthew Chmielinski and Fred Mojica.**

Rev. 3/21/24