**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHASE NISSAN LLC, a limited liability company, also d/b/a MANCHESTER CITY NISSAN, *et al*.<br><br>    Defendants. | Case No. 3:24-cv-00012-JCH<br><br><br>The Honorable Janet C. Hall<br><br><br>January 13, 2026 |

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 7(e), undersigned counsel, Meagan A. Cauda, respectfully moves this Court to withdraw her appearance previously filed in the above-captioned matter on behalf of Defendants Freddy Mojica and Matthew Chmielinski (*see* ECF No. 26).

In support of this Motion, the undersigned respectfully represents that, on October 3, 2025, the Court signed and entered into the record the Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief as to both Matthew Chmielinski and Freddy Mojica) (the "Stipulated Judgment") (*see* ECF Nos. 228, 229). Thus, the claims against Mr. Chmielinski and Mr. Mojica are a matter of judgment. Accordingly, this action, as it pertains to Mr. Chmielinski and Mr. Mojica, is in the post-judgment phase. The undersigned's representation with Mr. Chmielinski and Mr. Mojica was limited through the trial against them, and did not include post-judgment matters. Moreover, the undersigned notes that, as it pertains to Mr. Chmielinski, he retained separate counsel, Attorney David Doyle, who represented him with respect to the Stipulated Judgment. Further, the Stipulated Judgments require, *inter alia*, Mr.

Chmielinski and Mr. Mojica to cooperate with the Plaintiffs in this case and in any investigation related to the transactions that are the subject of the Complaint, and thus, withdrawal of the undersigned's appearance – who continues to represent the remaining defendants (outside of Mr. Alkahtib, who continues to be represented by separate counsel) – is appropriate. Withdrawal of the undersigned's appearance will not disrupt the proceedings. *See, e.g.*, *de Jesus Rosario v. Mis Hijos Deli Corp.*, 491 F.Supp.3d 8, 11 (S.D.N.Y. 2020).

Mr. Mojica and Mr. Chmielinski both <u>consent</u> to the withdrawal. Moreover, Mr. Mojica and Mr. Chmielinski have been sent a copy of this Motion by email and will be immediately sent a copy of this Motion as filed, by email, with return receipt requested, upon filing.

WHEREFORE, the undersigned respectfully requests that the Court withdraw the appearance of Meagan A. Cauda in this action as to Defendants Freddy Mojica and Matthew Chmielinski.

THE DEFENDANTS,
MATTHEW CHMIELINSKI & FREDDY MOJICA

By: */s/ Meagan A. Cauda*
Meagan A. Cauda (ct31501)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone: 860-424-4320
mcauda@pullcom.com
Their Attorneys

## **CERTIFICATION**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by email on this 13th day of January, 2026.

                                             */s/ Meagan A. Cauda*
                                             Meagan A. Cauda